RICK L. SHACKELFORD (SBN 151262)
DANIELL K. NEWMAN (SBN 242834)
RYAN C. BYKERK (SBN 274534)
GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: *ShackelfordR@gtlaw.com*
         *NewmanDK@gtlaw.com*
         *BykerkR@gtlaw.com*

Attorneys for Plaintiff, Lifeway Foods, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEWAY FOODS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM PRODUCTS, INC., d/b/a GT'S KOMBUCHA / SYNERGY DRINKS, a California corporation; COCOKEFIR LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:16-CV-07099<br><br>**DECLARATION OF RICK L. SHACKELFORD IN SUPPORT OF PLAINTIFF LIFEWAY FOODS, INC.'S *EX PARTE* APPLICATION FOR PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE, FOR TEMPORARY RESTRAINING ORDER**<br><br>Complaint Filed: Sept. 21, 2016<br>Trial Date:      None Set |

SHACKELFORD DECL. ISO LIFEWAY FOODS, INC.'S *EX PARTE* APPLICATION

...

I, Rick L. Shackelford, declare and state:

1. I am an attorney duly licensed to practice law by the State of California and before this court, and am a shareholder in the law firm of Greenberg Traurig, LLP, counsel of record for Plaintiff Lifeway Foods, Inc. ("Lifeway") in this action. Unless expressly otherwise stated, I have personal knowledge of the matters stated herein and could competently testify thereto.

2. On September 20, 2016, I went to the Café Gratitude located at 512 Rose Avenue, Venice, California. There I purchased six (6) bottles of "GT's CocoKefir," two bottles each of the three varieties Café Gratitude stocked.

3. Photographic images depicting a true and accurate representation of the principal display panel, Nutrition Facts panel and ingredient list of the "CocoKefir Cacao" flavor are attached hereto as **Exhibit 1**.

4. Photographic images depicting a true and accurate representation of the principal display panel, Nutrition Facts panel and ingredient list of the "CocoKefir Matcha" flavor are attached hereto as **Exhibit 2**.

5. Photographic images depicting a true and accurate representation of the principal display panel, Nutrition Facts panel and ingredient list of the "CocoKefir Pure" flavor are attached hereto as **Exhibit 3**.

6. True and correct copies of receipts for the purchases are attached as **Exhibit 4**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of September, 2016 at Los Angeles, California.

_____
Rick L. Shackelford

LA 132749204v1

1

SHACKELFORD DECL. ISO LIFEWAY FOODS, INC.'S *EX PARTE* APPLICATION

# Exhibit 1




# Exhibit 2




# Exhibit 3




SHACKELFORD DECL. EX. 3 - 003

# Exhibit 4

```
COPY COPY COPY COPY COPY COPY COPY COPY
            CAFE GRATITUDE VENICE
               512 ROSE AVE.
    0362  Table 994  #Party 1
    JENNIFER A   SvrCk: 72  6:19p 09/20/16

    2 GT COCONUT KIEFER                20.00

                      Sub Total:       20.00
                      Tax       :       1.80
    09/20  6:19pTOTAL:  21.80

              WE ARE GRATEFUL FOR YOU!
              www.cafegratitudeVENICE.com
                    424.231.8000
              Free 90 Validated Parking




                   AMT-TEND   CHANGE   TALLY
    CASH             25.00      0.00
    CASH/PAIDOUT                3.20   21.80
                   --------          --------
                     25.00            21.80
    09/20/16  6:19p

    JENNIFER A
```

```
COPY COPY COPY COPY COPY COPY COPY COPY
            CAFE GRATITUDE VENICE
               512 ROSE AVE.
    0359  Table 994  #Party 1
    JENNIFER A   SvrCk: 71  6:18p 09/20/16

    4 GT COCONUT KIEFER                40.00

                      Sub Total:       40.00
                      Tax       :       3.60
    09/20  6:19pTOTAL:  43.60

              WE ARE GRATEFUL FOR YOU!
              www.cafegratitudeVENICE.com
                    424.231.8000
              Free 90 Validated Parking




                   AMT-TEND   CHANGE   TALLY
    CASH             50.00      0.00
    CASH/PAIDOUT                6.40   43.60
                   --------          --------
                     50.00            43.60
    09/20/16  6:19p

    JENNIFER A
```