DocuSign Envelope ID: 4708E691-4591-438B-98C6-DD91ED239320

1  RICK L. SHACKELFORD (SBN 151262)
2  DANIELL K. NEWMAN (SBN 242834)
   RYAN C. BYKERK (SBN 274534)
3  GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
4  Los Angeles, California  90067
   Tel: (310) 586-7700; Fax: (310) 586-7800
5  E-mail: *ShackelfordR@gtlaw.com*
6          *NewmanDK@gtlaw.com*
           *BykerkR@gtlaw.com*
7
   Attorneys for Plaintiff, Lifeway Foods, Inc.
8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  LIFEWAY FOODS, INC., an Illinois corporation, | Case No.  2:16-CV-07099 |
| 13 | |
| | **DEREK MILLER DECLARATION IN** |
| 14  Plaintiff, | **SUPPORT OF PLAINTIFF LIFEWAY** |
| | **FOODS, INC.'S *EX PARTE*** |
| 15  vs. | **APPLICATION FOR PRELIMINARY** |
| | **INJUNCTION, OR IN THE** |
| 16  MILLENNIUM PRODUCTS, INC., | **ALTERNATIVE, FOR TEMPORARY** |
| d/b/a GT'S KOMBUCHA / SYNERGY | **RESTRAINING ORDER** |
| 17  DRINKS, a California corporation; | |
| COCOKEFIR LLC, a Delaware limited | |
| 18  liability company, | |
| | Complaint Filed:   Sept. 21, 2016 |
| 19  Defendants. | Trial Date:          None Set |

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 4708E691-4591-438B-98C6-DD91ED239320

I, Derek Miller, declare and state:

1.  I am the Vice President of Communications for Lifeway Foods, Inc. ("Lifeway").  I have held that position since 2014, and have been employed by Lifeway since 2009.  Unless otherwise stated on information and belief, I have personal knowledge of the facts stated herein, and if called and sworn as a witness I could and would testify competently to those facts.

2.  Lifeway is the nation's leading maker of genuine Kefir, which is a cultured milk product.  I say "genuine Kefir," because all of Lifeway's current Kefir products are made by inoculating dairy with certain Kefir cultures, which constitutes the commonly understood definition of what Kefir is.

3.  In 2011, I became aware of a product called "CocoKefir," which purported to be Kefir, but which contained no milk from animals.  This product posed a competitive threat, because it attempted to play on two mutually exclusive consumer trends – coconut "milk" and the probiotic benefit in genuine Kefir.

4.  Not long after this "CocoKefir" product appeared, I became aware of a warning letter from the FDA to the maker of "CocoKefir."  The FDA's warning letters are publicly available and are posted on the FDA's website at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/ucm281492.htm.  A true and correct copy of the warning letter I obtained from the FDA's web site is attached hereto as **Exhibit 1**.

5.  I recently became aware that a "CocoKefir" product was about to be introduced or reintroduced.  On or about September 15, 2016, I became aware of social media posts on Instagram by blogger and paid influencer Jeannette Ogden, whose Instagram handle is "*shutthekaleup*," depicting a product called "CocoKefir" that appeared to be the same or substantially similar product as the "CocoKefir" product I learned about in 2011.  Ms. Ogden's social media posts included a picture of the "CocoKefir" product, which appears to be very similar to the old product, except for some design elements, including the brand name.   True and correct copies of screenshots

MILLER DECLARATION ISO LIFEWAY FOODS, INC.'S *EX PARTE* APPLICATION

DocuSign Envelope ID: 4708E691-4591-438B-98C6-DD91ED239320

of the Instagram posts, including the pictures of the "CocoKefir" bottle, are attached hereto as **Exhibit 2**.

6.     Among other accounts, I follow Ms. Ogden's social media posts because Ms. Ogden is considered an "influencer" within the natural/health food space, with over 126,000 followers on Instagram alone.  Companies like Lifeway often use social media "influencers" to create consumer "buzz" about products, including new products, by compensating the influencers to mention their products or include them in their posts.  In other words, social media posts like Ms. Ogden's on her "shutthekaleup" may contain a mix of both paid and unpaid content that could be considered advertising.  By virtue of such advertising appearing in social media, a company that advertises a product like "CocoKefir" can get virtually real time feedback on the impression its ads have on the consumers it is targeting, through the "comments" that the influencer's social media followers post.  True and correct copies of the comments to Ms. Ogden's post that that I copied from her social media are attached hereto as **Exhibit 3**.

7.     On or about September 11, 2016, Ms. Ogden posted video in Instagram "Instastories" and made a regular post on Instagram in which she had tagged GT's Kombucha's Instagram account and posted about "CocoKefir."  I read comments from Ms. Ogden where referred to this "CocoKefir" as Kefir.

8.     The "buzz" being created online and in social media is leading up to the Natural Products Expo East 2016 trade show in Baltimore, Maryland, which begins on September 22, 2016.  The Expo East trade show is extremely important to companies like Lifeway in the natural foods space.  This is where we typically launch and debut new products for retailers and distributors to see. Exhibitors there try to build consumer "buzz" around new products, because it eases the sell-in with retailers.  Presentations made to retail buyers have rightly been compared to "speed dating," where manufacturers try to persuade buyers for all kinds of retailers – large chains, specialty stores, health food stores, etc. – to take a chance on a new product.  If a company can create the impression of consumer demand for a product like "CocoKefir," (such as consumer

2

DocuSign Envelope ID: 4708E691-4591-438B-98C6-DD91ED239320

interest expressed in social media comments), it becomes much easier to persuade retailers to stock them. Since retail space is finite, retailers are only going to carry a limited number of SKUs for Kefir products.  If they decide to carry a bogus Kefir product because of the impression of consumer demand for it, they are likely to drop a genuine Kefir product. There are many references in publications to the Kefir trend, which was in part created or amplified by Lifeway and focuses on Kefir being a cultured dairy product. For example:   http://www.huffingtonpost.com/2015/01/08/kefir-next-greek-yogurt_n _6436992.html

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of September, 2016 at Chicago _____, Illinois _____.

Derek Miller
Derek Miller

LA 132745976v4

---

3

# MILLER DECL.
# EXHIBIT 1

Case 2:16-cv-07099-R-JEM   Document 6-2   Filed 09/21/16   Page 6 of 23   Page ID #:82



## Archived Content

The content on this page is provided for reference purposes only. This content has not been altered or updated since it was archived.

Home Inspections, Compliance, Enforcement, and Criminal Investigations Compliance Actions and Activities Warning Letters

## Inspections, Compliance, Enforcement, and Criminal Investigations

## CocoKefir LLC 11/22/11





| | |
|---|---|
| UNITED STATES OF AMERICA | DEPARTMENT OF HEALTH |
| FEDERAL TRADE COMMISSION | AND HUMAN SERVICES |
| BUREAU OF CONSUMER PROTECTION | FOOD AND DRUG ADMINISTRATION |
| WASHINGTON, D.C. 20580 | COLLEGE PARK, MD 20740 |

November 22, 2011

**WARNING LETTER**

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

**Refer to MIN 12 – 10**

Mr. Michael Larsen
CocoKefir LLC
716 Tower Drive
Medina, MN 55340

Dear Mr. Larsen:

This is to advise you that the U.S. Food and Drug Administration (FDA) and the Federal Trade Commission (FTC) reviewed your website at www.cocokefir.com[1] in July 2011.  FDA has determined that your "CocoKefir" products are promoted for conditions that cause them to be drugs under section 201(g)(1)(B) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. § 321(g)(1)(B)].  The therapeutic claims on your website establish that these products are drugs because they are intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease.  The marketing of these products with these claims violates the Act.

In addition, it is unlawful under the FTC Act, 15 U.S.C. § 41 et seq., to advertise that a product can prevent, treat, or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made.  See FTC v. Direct Mktg. Concepts, 569 F. Supp. 2d

**MILLER DECL. EX. 1 - 001**

285, 300, 303 (D. Mass. 2008), aff'd, 624 F.3d 1 (1st Cir. 2010); FTC v. Nat'l Urological Group, Inc., 645 F. Supp. 2d 1167, 1190, 1202 (N.D. Ga. 2008), aff'd, 356 Fed. Appx. 358 (11th Cir. 2009); FTC v. Natural Solution, Inc., No. CV 06-6112-JFW, 2007-2 Trade Cas. (CCH) P75,866, 2007 U.S. Dist. LEXIS 60783, at *11-12 (C.D. Cal. Aug. 7, 2007).  More generally, to make or exaggerate such claims, whether directly or indirectly, through the use of a product name, website name, metatags, or other means, without rigorous scientific evidence sufficient to substantiate the claims, violates the FTC Act.  See In re Daniel Chapter One, No. 9239, slip op. 18-20, 2009 WL 516000 (F.T.C.), 17-19 (Dec. 24, 2009) (http://www.ftc.gov/os/adjpro/d9329/091224commissionopinion.pdf[2]), pet. for review den., 2010 WL 5108600 (D.C. Cir. Dec. 10, 2010).

Examples of some of the claims observed on your www.cocokefir.com[3] website include:

From the "Product" link under the headings titled, "Science and Links" and "Science and Links about Gut Health & Probiotics":

- "In people with sensitive neurological systems (such as people with autism) the imbalance [in probiotics] can result in dramatic effects on neurological function. When treated consistently over time with probiotics … disease symptoms can be reversed."

From the "Tula's Story" link under the heading titled, "Tula's Story – Antibiotics, Autism, and Cocokefir":

- "By gradually increasing the dose [of CocoKefir™], we minimized the effects of the "die off" and slowly brought Tula out of the fog of autism."

- "[CocoKefir] play[ed] a key role in healing her gut which ultimately was a major key to her recovery [from autism]."

- "Since everyone in the family began eating healthier and drinking young coconut kefir, we have all been healthy and colds and flu's have been short in duration with milder symptoms. Recurring cold sores and other mouth sores have all but dissappeared [sic]. … Ear infections are a thing of the past, acid reflux has been improved, UTI's are gone …"

Your website also contains disease claims in the form of personal testimonials, including:

From the "Product" link under the heading titled "Testimonials":

- "I was diagnosed with Ulcerative Colitis {inflammation of the large intestine} 5 years ago and have tried everything under the sun to keep my symptoms under control … I would say hands down that CocoKefir keeps my colon happy and it's something I simply cannot live without."

- "I've been drinking CocoKefir for the past couple of months … I'm 49 years old and have struggled with Crohn's disease since around the age of 12 … In a nutshell, this stuff rocks. Seriously, I've spent a great deal of time and money on alternatives and have experienced benefits from other methods, but this stuff rocks."

Your CocoKefir products are not generally recognized as safe and effective for the above referenced uses and, therefore, the products are "new drugs" under section 201(p) of the Act [21 U.S.C. § 321(p)].  New drugs may not be legally marketed in the U.S. without prior approval from FDA as described in section 505(a) of the Act [21 U.S.C. § 355(a)].  FDA approves a new drug on the basis of scientific data submitted by a drug sponsor to demonstrate that the drug is safe and effective.

Your CocoKefir products are also misbranded within the meaning of section 502(f)(1) of the Act [21 U.S.C. § 352(f)(1)], in that the labeling for these drugs fails to bear adequate directions for use.

**Labeling Violations**

FDA has determined that your CocoKefir™ Young Coconut Kefir product is misbranded within the meaning of Section 403(q) of the Act [21 U.S.C. 343(q)] in that the Nutrition Facts panel shown on your website fails to properly declare the serving size as required by 21 CFR 101.9(b) and 101.12 (b).  Specifically, serving sizes are determined based on the Reference Amounts Customarily Consumed (RACC), which are provided in 21 CFR 101.12(b).  The Nutrition Facts panel for your

**MILLER DECL. EX. 1 - 002**

CocoKefir™ Young Coconut Kefir product declares the serving size as "1/2 cup," but based on the RACC for beverages, the serving size is 8 oz (240 ml).  Additionally, the Nutrition Facts panel for your CocoKefir™ Young Coconut Kefir product does not follow the serving size with the equivalent metric quantity in milliliters as required by 21 CFR 101.9(b)(7).

FDA has also determined that your CocoKefir™ Young Coconut Kefir product is misbranded under section 403(r)(1)(A) of the Act [21 U.S.C. 343(r)(1)(A)] because the product bears a nutrient content claim but does not meet the requirements to make the claim.  Under section 403(r)(1)(A) of the Act, a claim that characterizes the level of a nutrient which is of the type required to be in the labeling of the food must be made in accordance with a regulation promulgated by the Secretary (or, by delegation, FDA) authorizing the use of such a claim.  Characterizing the level of a nutrient without complying with the specific requirements pertaining to nutrient content claims for that nutrient misbrands the product under section 403(r)(1)(A) of the Act.

Your website http://www.cocokefir.com[4] has the following nutrient content claim respecting your CocoKefir™ Young Coconut Kefir  product under the "Products" link, and under the heading, "CocoKefir™ Young Coconut Kefir":

 "CocoKefir™ … Young Coconut Kefir …

- •High in nutrients such as potassium … and magnesium."

The phrase "High in nutrients such as potassium … and magnesium" meets the definition of a nutrient content claim because it characterizes the product's level of potassium and magnesium, which are nutrients of the type required to be in nutrition labeling [21 CFR 101.13(b)].  Nutrient content claims that use the defined term "high" to characterize the level of a nutrient may be used in the labeling of a food only if the food contains 20 percent or more of the Reference Daily Intake or Daily Reference Value for the nutrient per RACC [21 CFR 101.54(b)(1)]. The claim "High in nutrients such as potassium … and magnesium"  does not meet the requirement for a "high" claim because your CocoKefir™ Young Coconut Kefir  product does not contain 20 percent or more of the Reference Daily Intake or Daily Reference Value for  potassium and magnesium. The Nutrition Facts panel on your website declares the level of potassium as 8%  of the Daily Value (DV) and the level of magnesium as 6% of the DV for a serving size of a 1/2 cup.  Accordingly, even at the correct RACC of 1 cup (8 oz.), the level of potassium would be 16% of the DV and the level of magnesium would be 12% of the DV.

The above violations are not meant to be an all-inclusive list of deficiencies in your products or their labeling. It is your responsibility to ensure that all products marketed by your firm comply with the Act and its implementing regulations.

You should take prompt action to correct the violations described above. Failure to do so may result in enforcement action without further notice.  The Act authorizes the seizure of illegal products and injunctions against manufacturers and distributors of those products [21 U.S.C. §§ 332 and 334].

FDA also notes the following in regards to your product:

- •We are concerned that the brand name of the product, "CocoKefir," may potentially be misleading because it appears to imply that the product is a dairy beverage. Use of bolding and an alternate font makes the word "Kefir" appear more prominently featured than the word "Coco."  Kefir is commonly understood to be a dairy beverage of fermented milk from cows, sheep, or goats.

- •Your website includes many links to other websites which discuss probiotics and diseases. Please be aware that you are responsible for ensuring that labeling for your products, including information provided through links on your website, complies with the Act and FDA's implementing regulations.

Please notify this office in writing within fifteen (15) working days from your receipt of this letter as to the specific steps you have taken to correct the violations noted above and to assure that similar violations do not occur. Include any documentation necessary to show that correction has been achieved.  If corrective actions cannot be completed within fifteen working days, state the reason for the delay and state the date by which the corrections will be completed.

**MILLER DECL. EX. 1 - 003**

Please send your reply to the attention of Ms. Melissa I. Michurski, Compliance Officer, Food and Drug Administration, 250 Marquette Ave., Suite 600, Minneapolis, MN 55401. If you have any questions regarding any issue in this letter, please contact Ms. Michurski at 612-758-7185.

In addition, FTC strongly urges you to review all claims for your products and ensure that those claims are supported by competent and reliable scientific evidence. This includes not only the claims appearing on the Internet website identified above, but also to the following claim appearing in your advertisement found in Sky magazine (May 2011, page 95) made available to passengers on Delta airlines:

- "Founded by parents who recovered their daughter from autism through diet and gut healing…see Tula's story of recovery at www.cocokefir.com[5]"

Violations of the FTC Act may result in legal action seeking a Federal District Court injunction or Administrative Cease and Desist Order. An order also may require that you pay back money to consumers. Please notify FTC via electronic mail at healthproducts@ftc.gov, within fifteen (15) working days of receipt of this letter, of the specific actions you have taken to address FTC's concerns. If you have any questions regarding compliance with the FTC Act, please contact Richard Cleland at 202-326-3088.

Sincerely,

/s/

Mary K. Engle
Associate Director
Division of Advertising Practices
Federal Trade Commission

/s/

Michael W. Roosevelt
Acting Director
Office of Compliance
Center for Food Safety
and Applied Nutrition
Food and Drug Administration

/s/

Elizabeth A. Waltrip
Acting Director
Minneapolis District Office
Food and Drug Administration

cc: **(b)(4)**

**Close Out Letter**

- CocoKefir, LLC - Close Out Letter 6/3/13[6]

Page Last Updated: 06/12/2013
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Site Map Transparency Website Policies

U.S. Food and Drug Administration

**MILLER DECL. EX. 1 - 004**

10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety
Emergency Preparedness International Programs News & Events Training and Continuing
Education Inspections/Compliance State & Local Officials Consumers Industry Health
Professionals FDA Archive

 U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.cocokefir.com/

2. http://www.ftc.gov/os/adjpro/d9329/091224commissionopinion.pdf

3. http://www.cocokefir.com/

4. http://www.cocokefir.com/

5. http://www.cocokefir.com/

6. /ICECI/EnforcementActions/WarningLetters/2013/ucm356378.htm

**MILLER DECL. EX. 1 - 005**

# MILLER DECL. EXHIBIT 2







# MILLER DECL.
# EXHIBIT 3



## <u>The Following Is The Full Text That Appeared In The Comments Section Depicted Above</u>

> **shutthekaleup**mmmm Sunday morning breakfast 🐱🍸🍫 currently obsessing over this banana bread I made yesterday. I'm not gonna say I didn't eat 3 whole slices yesterday cause then I'd be lyin. but I must ask **@rachlmansfield** this question, how is it that this recipe says "serves 8 slices per loaf".. I only got four 😂😂 hahha p.s. wanna know how this**@gtskombucha** cocokefir was?! check out my insta stories. I ain't neva lie 🌀 (bought mine at **@cafegratitude** last night 🐰 ☐) HAPPY SUNDAY! **#shutthekaleup#realfood #cleaneats #takeitwithyou**

> **livefitforeverwell**Omg - I have never seen the Cacao **@gtskombucha** 😊😊😊

> **musicfamilyfarmstead**I'm old. I don't understand instastories. Lol

> **amandafitlife**must find that cocokefir 😊 happy Sunday babe!!!

> **cara.eats**NO WAY!!! 😊😊 Was just telling my friends, Wouldn't it be SO AWESOME if GT had a coconut or cacao bev? This sums it up😊☐ Thanks for always being ahead in the foodie world 😊🏃☐☐🏃☐

> **hellohealthyeating**Yummm! Looks amazing!!! 🍫

> **hopefullyophelie@shutthekaleup** I see that banana bread😊

MILLER DECL. EX. 3 - 009

> **arianelyndsay@watson_29** look at the drink
> **schmarlyg@m_lewski** holy
> **alyssafitlife_** I need this!☺
> **itskellynn@michelleharkins** her drink 🍶
> **balancedbeet** Noms!! ☺☺☺ that cocokefir sounds absolutely delish I must try!! 🙌🍶❤🍶
> **restoring_radiance** yessss isn't that the best banana bread?! **@rachlmansfield** nailed it with this recipe & everything😊 also LOVEEE this whole plate of goodies!
> **lilsipper** Yea it's pretty gross lol
> **happyhealthyjoe** Cocokefir?! 🍶
> **janefonouni** Is there a recipe
> **amandafitlife** HA wait maybe not...just watched your story 😂😂😂
>  **littlemissfoodie** That siggis looks like a little pillow from heaven tho
> **thelittlehungrycaterpillar** YESSSS food game always on fleek (is that what the kids say these days?? 🍶)
> **lady_loves_cats** Wow yummy. ✴🍫🤚🤚💦
> **happyhealthyjoe** Just watched your insta story...still gonna try it haha
> **eatnuttzo** We like your portion sizes and NuttZo spread! WINNING!!! 🐦👀😊🍶
> **shutthekaleup@happyhealthyjoe** I'm still drinking it! so good for us!
> **shutthekaleup@eatnuttzo** awww thank you! I'm loving alllll the nut butter ❤🍶❤🍶❤🍶
> **shutthekaleup@amandafitlife** try it! either way, I'm drinking it! hahah
> **pathnutritionatx** ha. I had a very similar breakfast! Siggis on sale for $1 at the store yesterday!
> **melissas_healthykitchen** So delicious
> **hannahsfoodieadventures** Such a wonderful breakfast!
> **krisq23** This plate is straight 🕯🔥😊☺🍶
> **renegade_cow** 😂😂😂 Your insta story.
> **hannahsfoodieadventures** You're reaction was gold👌🍶🍶
> **thelittleflowerpetal** Omg hello beautiful
> **thelittleflowerpetal** Omgomgomg that GTS WUTTTT
> **realfoodgypsy** That flavor had me curious! Thanks for your honesty babe 😊 I love your genuineness ❤ Oh & your breakfast is bomb today
> **emilyshahmoon@amandashahmoon** what is this drink !!!!!! I'm sensing a new reverse osmosis
> **lyndsey_eden** Everything here! Happy Sunday babe xx
> **paigefost@suttonfosterr**
> **maureenquinn1** Whaaaat?! I need that flavor now. ☺
> **displacedhousewife** Oh my god...your IG Story!! 😂😂😂😂
> **rachlmansfield** LOVE YOU!!!! You're the best!!!!!
> **amandashahmoon@emilyshahmoon@travellingwithchopsticks** this is the kombucha am obsessed with@gtskombucha! Never tried this flavour though.... Let's definitely in LA next week ☺☺
>  **kruti** Best banana bread everrrr 🙌🍶

> **mamainthemakin**Deeee-licious looking breakfast!!!!
> **clap4food**I have never seen that booch before ☺
> **jennymdee**Lmao!! Love watching your stories!! Too funny/informative. Ps. Does your blog contain recipes of what you actually eat/use to cook, etc??
> **tiny_dancer1**Sunday morning at your house is da place to be! 😁 This looks delicious babe! ☺
> **thetoastedpinenut**Haha loved your honesty in the story!! 😳😳
> **healthyhumanlife**Wait Whaaat is that GT's?! Never seen it!!
> **melissadecker**@julieedoyle OMG LOOK AT THIS GTS
> **root_for_food**😊😊😊😊 you kill me.#reallife #whatisservingsize
> **the__accidental__athlete**😊😊😊 Your candid response to the kefir is exactly what I thought it would be... "It's actually disgusting." 😊
> **ready_wellness**whaaaaat I wanna try the cocokefir!
> **eatingwitharielle**The fluff ☺
> **samanthabelbel**I need this in my life!
> **giujubi**I love the plate!! It's really pretty, where did you get it?
> **wholesomelyhannah**Looks flawless!!!
> **maggieyanni**LOL I can never get eight slices either 😊
> **pepsinarcolepsy**Noooo way. I have to try the cocokefir!!!
> **sailor_bailey**Woah haven't seen that flavor before
> **exsloth**Those figs look like bomb AF shades 😊
> **gabriellesoliz**Gimme, gimme that bread guuuurl! 🏃☺
> **kendallegidion**I'm eyeing that coco kefir...need to find that when I'm home!
> **greensandchaos**Which recipe did you use? Because she has like 346 banana bread recipes and yours is looking👌👌👌 @shutthekaleup
> **carolines_kitchen**Banana bread and Nutzo!! Dream combo😊😊
> **briewilly**Turn that phone to the left and it looks like that yogurt has some fig glasses on doe... 😎
> **eatcleanla**Looked so good when you were making it. Still have to try this recipe. And I'm dying over all your new kitchen toys 🙌🔪🙌🔪🙌
> **rachaelsgoodeats**😊😊 I want all of this ESP that @gtskombucha !!!!!!
> **fit_n_clean_mama**That cacao drank looks ahhhhhhmaze 😊😊
> **allybogusitch**Healthy human vs. Hydroflask bottle?? Decisions decisions......
> **twist_of_lemons**Hahaha "but it's good for you"
> **michelleharkins**@itskellynn I want it
> **sogreensoclean**Omg I've never seen that @gtskombucha ! Must try! ☺
> **eatnourishlove**Just wanna face plant that bread ☺ so many noms in this pic 👄
> **alana_reina**Me neither@sogreensoclean! I wonder where I can find it
> **anxioustraveler**I love your IG and your IG stories! Seriously, you've been inspiring the shit out of me to eat better and exercise and just take care of myself more all around. Love it and love the personality and energy you bring! Just wanted to say thank you!
> **emilyblainclark**@ericaschwed can we spend our Sunday trying to find this cacao coco kefir?

**MILLER DECL. EX. 3 - 011**

> **charlestonfitfoodie**I need to find that coco kefir!!!
> **fitmittenkitchen**Agh this spread !!!
> **_julissamariee**Love ❤️🔲
> **east.coast.avocado**That's disappointing. The kefir looks so good tho
> **healthymood_sf**YUMMMM🍴🔲
> **mac.pollard**whats the pink stuff on this plate
> **kissmywheatgrass_**Everything about this is incredible 😊😊
> **yogalexia_**cocokefir?! 😊😊😊 where can i get that? --> Europe 🏃‍♀️
> **shutthekaleup**@east.coast.avocadonoooo! still get it! it's good for our belly🔲
> **shutthekaleup**@sogreensoclean@alana_reina bought mine at@cafegratitude babes!
> **jessameltzer**This spread is the dream 😊
> **alana_reina**@shutthekaleup oooh I've been meaning to make a trip there for gf/v donuts anyways so I'll have to go look for this!! ⚫️💧😋
> **nikfcn**I always do that with recipes. I'm like how the fudge did they get twice as many out of this as me! *proceeds to shove down face slathered in nut butter anyways*
> **guiltfreegoody**OHMAHGAHHHHH DROOLING
> **wifeofviking**You are so cute! Ps were on the same wavelength bc I bought the kefir in matcha favor yesterday. Scared to try it tho. Lol
> **simply_sare**NEED to get my hands on some of this 😊😊❤️🔲
> **inside.out.nutrition**Yum 😊
> **aunatureleats**Been dyinggg for some coco Kefir!! So excited GT makes it! ..But now I have to find it ..🔲
> **carmenluciaa**What's the pink fluffy stuff on the plate?
> **treat.yourhealth**Well this looks deelicious
> **dani_nemeh**love all things@gtskombucha!!! must try this🐱have you tried third eye chai!?! BOMB
> **berryfitt**Oh my gosh crushing HARD over this meal😊😊😊😊
> **shutthekaleup**@dani_nemeh I have! it's sooooo good!
> **shutthekaleup**@carmenluciaa it's raspberry yogurt!
> **shutthekaleup**@berryfitt@treatyourhealth_ @inside.out.nutrition it was delish!
> **shutthekaleup**@aunatureleats@simply_sare @wifeofviking it's interesting but good for our flora! so I'm downing it 🐱🔲🔲❤️🔲
> **shutthekaleup**@nikfcn hahahah it's so funny to me.. it's easy to eat it allllll!@alana_reina yes! do it.. those donuts are so good! @jessameltzer thanks babe!
> **shutthekaleup**@yogalexia_ I'm not sure in Europe babe! I'm sorry!@kissmywheatgrass_ @healthymood_sfthanks babes! @mac.pollard raspery@siggisdairy yogurt! @_julissamariee ❤️🔲🐱
> **shutthekaleup**@briewilly hahahah that's funny! @eatcleanla it's sooooo good babe! @rachaelsgoodeats@fit_n_clean_mama @twist_of_lemons it was interesting but my gut will thank me later so I'm all about it! 😊@allybogusitch healthy human all the way!
> **shutthekaleup**@eatnourishlove hhaha I did babe! and it was worth it!@anxioustraveler awww thank you so much for the love and support! I appreciate it

tons! @charlestonfitfoodie @sogreensoclean it's interesting since its kefir but good for the gut so I'm in! @fitmittenkitchen thanks babe!

> shutthekaleup @healthyhumanlife it's new! Im buying more cause it's good for the gut! @root_for_food hahaha it's true babe! @eatingwitharielle 😊 @readyfor_spaghetti @the_accidental_athlete @pepsinarcolepsy @sailor_bailey @kendallegidion coco kefir is bae for the gut so I'm all about it!
> shutthekaleup @greensandchaos it's the oat and raisin!
> simply_sare omge I just saw your story that it's not good ://// bummmmmer
> shutthekaleup @carolines_kitchen @gabriellesoliz @maggieyanni @wholesomelyhannah @samanthabelbel @tiny_dancer1 thank you so much babes! this bread was unreal!
> greensandchaos Thanks i'll give it a try😊😊 @shutthekaleup
> shutthekaleup @thetoastedpinenut @jennymdee I'm brutally honest baes! hahha
> shutthekaleup @giujubi thank you! my brother in law makes them! @quinnceramics ❤️ ☐
> shutthekaleup @exsloth hahha bomb AF babe!
> shutthekaleup @jennymdee no, only using snap, ig and stories at the moment! thank you so much babe!
> shutthekaleup @rachlmansfield love you babe!
> shutthekaleup @displacedhousewife hahahah @_kruti @mamainthemakin it was so good babes!
> madesimplebysarah ✋
> shutthekaleup @clap4food @amandashahmoon @maureenquinn1 @emilyshahmoon @realfoodgypsy @hannahsfoodieadventures @renegade_cow it's kefir so it's an interesting taste.. I'm drinking it though cause it's so good for our gut! ❤️ ☐
> kelseyfit710 Deliciousness!
> giujubi @shutthekaleup wow hes so talented!
> shutthekaleup @pathnutritionatx that's the best! love finding things on sale! @melissas_healthykitchen it was so good babe! @krisq23 @hannahsfoodieadventures @thelittleflowerpetal thank you babes!
> shutthekaleup @madesimplebysarah @giujubi @kelseyfit710 thank you!
> shutthekaleup @greensandchaos of course!
> shutthekaleup @simply_sare but good for you babe! try it!
> madmccoy16 @kelsey0ung we must try
> healthyliving.lc This breakfast is unreal 😊😊😊
> shutthekaleup @healthyliving.lc it was perfect babe!
> therealkaylanicole You got me obsessed
> brandeepoirier Your face in that vid after taking a sip 😂🙈
> shutthekaleup @therealkaylanicole 🙈❤️ @brandeepoirier 😊😊😊🙈
> bodymindbooty This looks so bomb 😊 So jealous of all your creations!
> east.coast.avocado True I still will because I love everything gts
> shutthekaleup @east.coast.avocado you get it! ☐
> shutthekaleup @bodymindbooty awwww thank you!
> chelsmolloy @c_castro & her!

> **amandashahmoon**@shutthekaleup I will definitely give it a try! ☺The rest of your breakfast looks amazing 🍴🍴

> **sushiprincesss**I think you have to shake it up before you drink it! I noticed the dark layer on the bottom of the bottle in your insta story. Not sure how much that'll help the taste tho LOL. I love your insta stories so much!!! ☺

> **kelsey0ung**@madmccoy16 I love everything about this

> **smileyyriley**Recipe?

> **shutthekaleup**@sushiprincesss you're not supposed to shake it up! I read it on the label hahah 👯

> **shutthekaleup**@smileyyriley on@rachlmansfield blog!

> **shutthekaleup**@amandashahmoonawww thanks babe!

> **smileyyriley**Thanks g @shutthekaleup

> **juliagharbaugh**Ooooo cacao kefir@catwillett @holly_sargeant ???!!!

> **shutthekaleup**@smileyyriley 🖤

> **jaczhoward**@kmrdedek if you don't already follow, you should. She's awesome!

> **leahsplate**Haha yes I never understand serving sizes

> **radiant_rita**Seeing your expression after taking a sip not sure I want to try it☺@shutthekaleup

> **kmrdedek**@jaczhoward following now! I want everything in this pic! I miss you! ☺

> **shutthekaleup**@radiant_rita hahah it's good for your gut! I'll be drinking it 🍴

> **shutthekaleup**@kmrdedek @jaczhoward🖤🖤🖤🖤

> **shutthekaleup**@leahsplate ☺ same babe!

> **camereats**OH BABE 👀

> **mary_walk**@therachelwalker cocokefir!!! ☺

> **shutthekaleup**@camereats it was delish girl!

> **isela1978**Oohhhh coconut keifer

> **bewell_allyandelle**That banana bread is to DIE for!!! Especially when smothered in nut butter ☺

> **kaythefitnessfoodie**Mmmm I gotta try to find that!!

> **barrongcheek**Just wanted to say how much I absolutely love your snapstories and instagrams!!! I legit look forward to watching them. You've inspired me to start my own blog! Just wanted to say thank you and keep doin you 🐵

> **yogiorlando1**So why is it that you can't shake it up to dissolve the separation? Doesn't it activate whatever probiotic ingredient when you do shake it up therefore providing the same benefit?

> **shutthekaleup**@yogiorlando1 sure does but it ends up exploding! haha

> **shutthekaleup**@kaythefitnessfoodie@isela1978 yesssss! so good for the gut!

> **shutthekaleup**@barrongcheek awww thank you so much love! this totally made my day 🖤 🖤🖤🖤

> **shutthekaleup**@bewell_allyandellethat's what I did and I wanted the whole loaf! hahah

> **yogiorlando1**Oh wow didn't know that! Yes definitely don't want a volcanic booch eruption lol 🙈 thanks for the info!

**MILLER DECL. EX. 3 - 014**

> **defectedmelody**Hahaha if it was me The recipe probably will only yield 1 serving 🙈
> **myfiggingcrazykitchen**Yeah I usually get about 5 slices LOL😄 from@rachlmansfield banana bread. It's so frickin good!!
> **floandcat**Holy yum
> **balancewithb**Yum! Loving this spread 🖤
> **zeebha**iyummy!! 😊 Where to buy them Coco kefirs? @shutthekaleup
> **feedingcaroline**Yuuuummmm
> **striving4zennyc**WHAAAAAAAAAAAT?!?!?!?!?????!!!! When did that happen? Oh@gtskombucha take ALL MY MONEY!!! Cuz I LOVE YOU! ❤□❤□❤□❤□❤□❤□❤□
> **amyy_marie7**@emilyyyy_b this kombucha tho 😊
> **akandfood**figs on point !
> **spinmeaneatclean**Such a delicious breakfast!!!!🖤❤□🙈□😊
> **thebalancedblonde**Ok how is that yogurt dollop so perfect?!?! 🙈
> **alexis.belbel**I'll take a slice!
> **teaonic**This spread! 😊🙈🖤
> **shutthekaleup**@akandfood@spinmeaneatclean @teaonic thank you babes! @thebalancedblonde I love my siggis babe! @alexis.belbel you got it sista!
> **shutthekaleup**@striving4zennycyesssss! so good for da gut! @zeebha I bought mine at cafe g! @feedingcaroline@balancewithb @floandcat thank you babes! it was so tasty!@myfiggingcrazykitchen hahahah it's easy to do! @defectedmelody hahah right?!
> **shutthekaleup**@yogiorlando1 hahahah of course babe!
> **consciousmommy**What the F is on that banana bread!? I may or may not have licked my phone.
> **shutthekaleup**@consciousmommyhahah it's @eatnuttzo original peanut buttah!
> **harrisonwebster**@omarmahmed let's make this together
> **nourishedbykale**There's that nana bread again!!!🙈🙈
> **crossfitfoodie**🙈
> **shutthekaleup**@harrisonwebsterhahahah
> **shutthekaleup**@nourishedbykale@crossfitfoodie so goooooood!
> **alana_reina**Ok finally made it to cafe gratitude - they were out of donuts and didn't have this cocokefir but they had another flavor! Matcha!!-
> **alana_reina**🙈🙈
> **merlinandmerrysmischiefmanaged**@tasimmonds we have got to find this.
> **wifeofviking**Thanks girly! Lemme know how you like the matcha cocokefir- that's the flavor I got, too. 🍵
> **lpthefinest**@shutthekaleup how bad is the coco kefir !? 🙈
> **shutthekaleup**@lpthefinest hahaha I'm still drinking it for my gut babe 😊🙈
> **lpthefinest**@shutthekaleup haha I know! I saw! I'll give it a try - I trust your judgement! It looks like it would be so tasty! 🙈
> **starrmatt1111**@shutthekaleup what does the drink do for your gut ?? Do the other flavored help diff stuff ?

> **starrmatt1111**I have cancer in my family so I'm trying to really learn more about fighting that ! Thx ! @shutthekaleup in love with this page
> **kim_balee**I cannot find this cocokefir anywhere !!!!!
> **shutthekaleup**@kim_balee oh no!
>> **shutthekaleup**@starrmatt1111 thank you so much! kefir helps with sealing your gut and if you have a healthy gut everything else should be in line. i'm sorry to hear that!

**MILLER DECL. EX. 3 - 016**