RICK L. SHACKELFORD (SBN 151262)
DANIELL K. NEWMAN (SBN 242834)
RYAN C. BYKERK (SBN 274534)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: *ShackelfordR@gtlaw.com*
         *NewmanDK@gtlaw.com*
         *BykerkR@gtlaw.com*

Attorneys for Plaintiff, Lifeway Foods, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEWAY FOODS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM PRODUCTS, INC., d/b/a GT'S KOMBUCHA / SYNERGY DRINKS, a California corporation; COCOKEFIR LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  2:16-CV-07099<br><br>**DOUGLAS A. HASS DECLARATION IN SUPPORT OF PLAINTIFF LIFEWAY FOODS, INC.'S *EX PARTE* APPLICATION FOR PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE, FOR TEMPORARY RESTRAINING ORDER**<br><br>Complaint Filed:  Sept. 21, 2016<br>Trial Date:       None Set |

I, Douglas A. Hass, declare and state:

1.     I am the Legal Counsel for Lifeway Foods, Inc. ("Lifeway"). I have held that position since March 2016, and previously represented Lifeway as an outside counsel since 2011. Unless otherwise stated on information and belief, I have personal knowledge of the facts stated herein, and if called and sworn as a witness I could and would testify competently to those facts.

2.     I recently became aware that a "CocoKefir" product was about to be introduced or reintroduced. On or about September 13, 2016, I became aware of social media posts on Instagram by blogger and paid influencer Jeannette Ogden, whose Instagram handle is "*shutthekaleup*," depicting a product called "CocoKefir" purportedly manufactured by Millennium Products ("Millennium"). True and correct copies of screenshots of the posts, including the pictures of the "CocoKefir" bottle, are attached as **Exhibit 1**.

3.     On September 14, 2016, I prepared a cease and desist letter to Millennium Products expressing Lifeway's deep concern about Millennium's disregard for FDA regulations and Codex standards, the misleading representation of its products as Kefir, and the confusion this use engenders in consumers who seek the significant benefits of actual Kefir. The letter demanded that Millennium immediately cease and desist from use of the word "Kefir," as well as any other confusingly similar terms, anywhere on its product labels, merchandising, and advertising of non-dairy products that purport to be or incorporate Kefir. A true and correct copy of the cease and desist letter is attached as **Exhibit 2**.

4.     At approximately 4:00 p.m. CDT on September 14, 2016, I e-mailed a copy of the cease and desist letter to drinks4life@gtskombucha.com and info@gtskombucha.com, e-mail addresses listed as contacts on Millennium's website. I confirmed that our e-mail server delivered these messages. A true and correct copy of this e-mail is attached as **Exhibit 3**.

5. On September 15, 2016, I sent the same cease and desist letter by USPS Priority Mail Express 1-Day delivery, signature required, tracking number EF162483116US to Millennium at 4646 Hampton Street, Vernon, CA 90058. According to the tracking information from USPS, Millennium refused to sign for the letter when USPS attempted to deliver it on September 16, 2016.

6. On September 19, 2016, I requested that USPS attempt to redeliver the cease and desist letter.

7. As of the date of this declaration, I have received no response from Millennium.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of September, 2016 at __Munster__, __Indiana__.

_____
Douglas A. Hass

# HASS DECL. EXHIBIT 1



HASS DECL. EX. 1 - 001



HASS DECL. EX. 1 - 002

Case 2:16-cv-07099-R-JEM Document 6-3 Filed 09/21/16 Page 7 of 12 Page ID #:106



HASS DECL. EX. 1 - 003

# HASS DECL. EXHIBIT 2



DOUGLAS A. HASS
P: 847.779.8950
F: 847.647.6305
douglash@lifeway.net

September 14, 2016

**VIA ELECTRONIC MAIL AND OVERNIGHT COURIER, SIGNATURE REQUIRED**

Mr. G.T. Dave
President
Millennium Products, Inc. d/b/a GT's Kombucha/Synergy Drinks
4646 Hampton Street
Vernon, CA 90058

Re:   GT's Millennium Products

Dear Mr. Dave:

I represent Lifeway Foods, Inc., ("Lifeway") the leading manufacturer of kefir drinks in the United States. Millennium Products's "CocoKefir" probiotic beverage was recently brought to our attention, and upon review of the product labeling and advertising material, we believe that these are confusing and deceptive to potential consumers as a result of the purposeful and inappropriate association of these products to kefir.

The U.S. Food and Drug Administration ("FDA") regulates labeling for every food product in packaged form in the United States, requiring in particular that labels clearly and accurately identify the nature and composition of those food products in order to prevent confusion or deception of consumers, among other reasons. *See, e.g.*, 21 CFR §§ 101.3, *et seq*. Likewise, at the joint direction of the United Nations' Food and Agriculture Organization ("FAO") and World Health Organization ("WHO"), representatives of more than 180 countries have undertaken to implement food standards in order to "protect[ ] consumers' health and ensur[e] fair practices in the food trade." Codex Alimentarius Comm'n, Procedural Manual, at 16 (18th ed. 2008). To this end, the FDA has specifically warned other manufacturers that "Kefir is commonly understood to be a dairy beverage of fermented milk from cows, sheep, or goats" and that referring to non-dairy products as "kefir" may "potentially be misleading because it appears to imply that the product is a dairy beverage."

Importantly, the FDA has specifically addressed the misuse of "CocoKefir" in the past with a previous product that attempted to violate FDA labeling regulations in exactly the same way as your product. The FDA found that the same brand name, "CocoKefir," could mislead consumers because of the implication that it is a dairy beverage (kefir). The FDA also warned that "[u]se of bolding and an alternate font makes the word 'Kefir' appear more prominently featured than the word 'Coco,'" adding to the misleading implication that "CocoKefir" is a dairy beverage. Your label also contains the same misleading emphasis.

— www.lifewaykefir.com —



Mr. G.T. Dave
September 14, 2016
Page 2

Similarly, the resulting Codex Alimentarius ("Codex") requires that "[p]repackaged food shall not be described or presented on any label or in any labeling in a manner that is false, misleading or deceptive or is liable to create an erroneous impression regarding character in any respect." Codex Stan 1-1985, § 3.1.

The Codex defines "kefir" as one of a category of "milk products obtained by fermentation of milk." Codex Stan 243-2003, § 2.1. The Codex further defines "milk" as the normal mammary secretion of milking animals obtained from one or more milkings without either addition to it or extraction from it, intended for consumption as liquid milk or for further processing." Codex Stan 206-1999, § 2.1. This definition is, of course, entirely consistent with that applied by the FDA, which states that "[m]ilk is the lacteal secretion, practically free from colostrum, obtained by the complete milking of one or more healthy cows." 21 C.F.R. 131A, § 131.110.

That both the FDA and the Codex specifically address standards in this area—the very standards we believe Millennium Products is disregarding—is a tacit acknowledgement of the serious potential for confusion and deception of consumers of kefir. Because Millennium Products "CocoKefir" probiotic beverages do not comply with the standard definition of kefir, its prominent presentation of that term on product labeling and its advertising in connection with these products is reasonably likely and certainly calculated to deceive or confuse consumers of true kefir products as to the characteristics, composition, and ingredients of Millennium Products probiotic beverages.

Lifeway Foods is deeply concerned about Millennium Products misleading representation of its products as kefir and the confusion this use engenders in consumers who seek the significant benefits of actual kefir. For the foregoing reasons, we hereby demand that Millennium Products immediately cease and desist from use of the word "kefir," as well as any other confusingly similar terms, anywhere on its product labels, merchandising and in any advertising of its present probiotic beverages as well as any other non-dairy based products that purport to be or incorporate kefir. The use of the word "kefir" constitutes an unfair or deceptive trade practice and/or false advertising under California, Illinois, and other state and federal laws. Unless Millennium Products immediately complies with this demand, we will take any and all such action necessary to exercise all rights and remedies available to Lifeway Foods under the law, including but not limited to seeking injunctive relief requiring Millennium Products to immediately cease the advertising, sale, and distribution of "CocoKefir" and any other non-dairy based products that purport to be or incorporate kefir.

Your prompt attention to this matter is required. If we do not hear from you on or before September 23, 2016, we will assume Millennium Products will not comply with this demand and we will proceed accordingly. Lifeway Foods expressly reserves each and every right it may have notwithstanding Millennium Products' compliance with the demand herein.

Sincerely,

Douglas A. Hass
Legal Counsel, Lifeway Foods, Inc.

—— www.lifewaykefir.com ——

# HASS DECL. EXHIBIT 3

| | |
|---|---|
| **From:** | Doug Hass <douglash@lifeway.net> |
| **Sent:** | Wednesday, September 14, 2016 2:00 PM |
| **To:** | drinks4life@gtskombucha.com; info@gtskombucha.com |
| **Subject:** | Use of "CocoKefir" on products |
| **Attachments:** | C & D Letter to Millennium Products - CA (GT Dave) - 9-14-16.pdf |

**Importance:** High

Please see the attached correspondence, which is being sent to you by overnight courier as well.

Doug Hass
Legal Counsel
Lifeway Foods, Inc.
Direct: 847-779-8950
Tel: 847-967-1010 x225
Fax: 847-647-6305
NASDAQ (LWAY)
http://www.lifewaykefir.com

Twitter: http://twitter.com/lifeway_kefir
Facebook: www.facebook.com/lifewaykefir



The information contained in this e-mail message or any attachment may be confidential and/or privileged, and is intended only for the use of the named recipient. If you are not the named recipient of this message, you are hereby notified that any dissemination, distribution, or copying of this message or any attachment thereto, is strictly prohibited. If you have received this message in error, please contact the sender and delete all copies.