# EXHIBIT 1

Generated on: This page was generated by TSDR on 2016-10-04 18:17:43 EDT

Mark: COCOKEFIR

# CocoKefir

| | | | |
|---|---|---|---|
| US Serial Number: | 77835902 | Application Filing Date: | Sep. 27, 2009 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click the Trademark Document Retrieval link at the top of this page. | | |
| Status Date: | Jan. 07, 2011 | | |
| Date Abandoned: | Dec. 14, 2010 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | COCOKEFIR |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Description of Mark: | The mark consists of the first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |
| Color(s) Claimed: | The color(s) Gray, Red 117, Green 117, Blue 117 Blue, Red 1, Green 86, Blue 115 is/are claimed as a feature of the mark. |

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Coconut-based beverages | | |
| International Class(es): | 032 - Primary Class | U.S Class(es): | 045, 046, 048 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | No | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Larsen, Michael Rey |
| DBA, AKA, Formerly: | DBA CocoKefir LLC |

| | | |
|---|---|---|
| **Owner Address:** | 6013 Kellogg Ave<br>Edina, MINNESOTA 55424<br>UNITED STATES | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** MINNESOTA |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | LARSEN, MICHAEL REY<br>LARSEN, MICHAEL REY<br>6013 KELLOGG AVE<br>EDINA, MINNESOTA 55424-1830<br>UNITED STATES |
| **Phone:** | 952-929-1982 |
| **Correspondent e-mail:** | mlarsen@cocokefir.com |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 07, 2011 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Jan. 07, 2011 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Jun. 11, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 11, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 11, 2010 | NON-FINAL ACTION WRITTEN | 82085 |
| May 21, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 67287 |
| May 21, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 67287 |
| May 21, 2010 | ASSIGNED TO LIE | 67287 |
| Apr. 29, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 24, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 24, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 24, 2009 | NON-FINAL ACTION WRITTEN | 82085 |
| Dec. 23, 2009 | ASSIGNED TO EXAMINER | 82085 |
| Oct. 01, 2009 | NOTICE OF PSEUDO MARK MAILED | |
| Sep. 30, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 30, 2009 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | DUBRAY, KATHERINE M | **Law Office Assigned:** | LAW OFFICE 105 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 105 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Jan. 07, 2011 |

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Jan 7, 2011**

The trademark application identified below was abandoned in full because a response to the Office Action mailed on Jun 11, 2010 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**     77835902
**MARK:**              COCOKEFIR
**OWNER:**             Larsen, Michael Rey

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

LARSEN, MICHAEL REY
LARSEN, MICHAEL REY
6013 KELLOGG AVE
EDINA , MN  55424-1830

Page 026

| | |
|---|---|
| **To:** | Larsen, Michael Rey (mlarsen@cocokefir.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77835902 - COCOKEFIR - N/A |
| **Sent:** | 6/11/2010 5:41:45 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:    77835902

**MARK**: COCOKEFIR

**CORRESPONDENT ADDRESS**:
LARSEN, MICHAEL REY
LARSEN, MICHAEL REY
6013 KELLOGG AVE
EDINA, MN 55424-1830

# *77835902*

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:        Larsen, Michael Rey

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
N/A
**CORRESPONDENT E-MAIL ADDRESS**:
mlarsen@cocokefir.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 6/11/2010**

This Office action is in response to applicant's communication filed on April 29, 2010.

Registration has been refused because the mark is descriptive of the goods.  In response to the refusal, applicant has proposed an amendment to the mark and has provided dates of use and what is described as a specimen with the response.  These new issues are discussed below.  Applicant did not respond to other issues raised in the previous Office action.  Therefore, these issues are maintained and discussed below.

SUMMARY OF ISSUES:
- Drawing of the Mark – Amended Drawing Submitted with Response
- Application Filed under Section 1(b) – Dates of Use and Specimen Submitted with Response
- Refusal Under Section 2(e)(1) – Mark Describes the Goods
- Request for Information
- Clarification of Applicant's Entity Required

DRAWING OF THE MARK

The drawing of the mark filed with the application was a standard character drawing.  Standard character drawings do not claim any particular font style, size or color and thus may be depicted in <u>any</u> font style, size or color on the specimen.  In the response filed April 29, applicant has submitted a new drawing showing the mark in the colors blue and gray.  This drawing cannot be accepted because it contains the letters "TM." If applicant wishes to amend the drawing of the mark from a standard character drawing to a color drawing then applicant must comply with the following requirements:

Applicant must submit a new drawing with the "TM" symbol deleted.  *See* TMEP §807.14(a).  This is not considered part of the mark and is not

registrable matter. *See id.* Although deleting this unregistrable matter from the drawing of the mark is acceptable, changing or modifying the mark in other ways is only acceptable if such changes do not materially alter the mark depicted in the original drawing. *See* 37 C.F.R. §2.72(a)(2); TMEP §807.14.

The new drawing must show a clear depiction of the mark that will produce a high-quality image when copied; all lines must be clean, sharp and solid, not fine or crowded. *See* 37 C.F.R. §§2.52, 2.53(c), 2.54(e). The mark should appear in black on a white background unless the color is a feature of the mark, in which case the mark should be depicted in color on a white background. 37 C.F.R. §§2.52(b), (b)(1), 2.54(d).

If the new drawing of the mark is submitted on paper, the paper should be approximately 8.5 inches wide by 11 inches long, white, non-shiny, and include the caption "DRAWING PAGE" at the top.   37 C.F.R. §2.54(a)-(c).  For drawings submitted online via the Trademark Electronic Application System (TEAS), the image must be in jpg format.  37 C.F.R. §2.53(c).  Please review the instructions in the TEAS online response to Office action form for more information about electronic drawing submissions.

The amended drawing shows the mark in colors that differ from those specified in the color claim submitted with the response filed on April 29. Specifically, the drawing shows the mark in the colors gray and blue; however, the following colors appear in the color claim:  Gray: Red 117, Green 117, Blue 117 Blue: Red 1, Green 86, Blue 115.  The colors in the drawing, color claim, and mark description must all agree.  *See* 37 C.F.R. §§2.37, 2.52(b)(1); TMEP §§807.07(a) *et seq.*

Therefore, applicant must submit either a corrected color claim that agrees with the colors depicted in the drawing of the mark, or a substitute color drawing that agrees with the colors specified in the color claim and mark description  TMEP §807.07(c).  Any additional amendments to the applied-for mark will not be accepted if the changes would materially alter the mark.  37 C.F.R. §2.72; *see* TMEP §§807.07(c), 807.14 *et seq.*

If black, white and/or gray appear in the mark and are not being claimed as color, applicant must include a statement that the colors black, white, and /or gray represent background, outlining, shading and/or transparent areas and are not part of the mark.  TMEP §807.07(d)(ii).  Generic color names must be used to describe the colors in the mark, e.g., magenta, yellow, turquoise.  TMEP §807.07(a)(i)-(a)(ii).

If applicant elects to submit an amended color drawing with the letters "TM" deleted, then the following color claim and mark description is suggested:

      Colors claimed:  gray and blue

      Mark Description:  The mark consists of the letters "COCO" in gray and "KEFIR" in blue.

APPLICATION FILED UNDER SECTION 1(b) – INTENT-TO-USE

This application was filed under Section 1(b), an intent-to-use the mark in commerce.  In the response filed April 29, applicant has provided dates of use of the mark and what is described as a specimen.  The dates of use and specimen cannot be accepted because applicant has not filed an Amendment to Allege Use.

An applicant cannot amend an intent-to-use application filed under Trademark Act Section 1(b) to assert a use in commerce basis under Section 1(a) unless applicant also files an allegation of use.  15 U.S.C. §1051(b)-(d); 37 C.F.R. §2.35(b)(8); TMEP §806.03(e).  An allegation of use must include dates of first use, a specimen showing actual use of the mark in commerce for each international class, and a fee, among other requirements.  37 C.F.R. §§2.6, 2.76, 2.88; TMEP §1103.  In addition, certain time restrictions apply to filing allegations of use.  *See* 15 U.S.C. §1051(c)-(d); 37 C.F.R. §§2.76(a), 2.88(a); TMEP §§1104.03, 1104.03(b), 1109.04.  Allegations of use can be filed electronically using the Trademark Electronic Application System ("TEAS") at  http://www.uspto.gov/teas/index.html.

For applicant's information, the attachment filed with the response that is described as a specimen would not be acceptable in an Amendment to Allege Use because it is merely a photocopy of the drawing or a picture or rendering of the applied-for mark; it does not show the applied-for mark in actual use in commerce on the goods.  *See* 37 C.F.R. §2.56(c); TMEP §904.04(a).  Trademark Act Section 45 requires use of the mark "on the goods or their containers or the displays associated therewith or on the tags or labels affixed thereto."   15 U.S.C. §1127; *see* 37 C.F.R. §2.56(b)(1); TMEP §904.03.

Examples of specimens for goods are tags, labels, instruction manuals, containers, photographs that show the mark on the actual goods or packaging, or displays associated with the actual goods at their point of sale.  *See* TMEP §§904.03 *et seq.*  This is informational only and does not require a response.

SECTION 2(e)(1) REFUSAL – MERELY DESCRIPTIVE

Registration has been refused because the applied-for mark merely describes a feature or ingredient of applicant's goods.   Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services.  TMEP §1209.01(b); *see In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); *In re Gyulay*, 820 F.2d 1216, 1217-18, 3 USPQ2d 1009, 1010 (Fed. Cir. 1987).

Applicant is seeking registration of the mark COCOKEFIR in connection with the goods coconut-based beverages.

The determination of whether a mark is merely descriptive is considered in relation to the identified goods and/or services, not in the abstract. *In re Abcor Dev. Corp.*, 588 F.2d 811, 814, 200 USPQ 215, 218 (C.C.P.A. 1978); TMEP §1209.01(b); *see, e.g.*, *In re Polo Int'l Inc.* , 51 USPQ2d 1061 (TTAB 1999) (finding DOC in DOC-CONTROL would be understood to refer to the "documents" managed by applicant's software, not "doctor" as shown in dictionary definition);  *In re Digital Research Inc.*, 4 USPQ2d 1242 (TTAB 1987) (finding CONCURRENT PC-DOS merely descriptive of "computer programs recorded on disk" where relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).  "Whether consumers could guess what the product is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

As discussed in the previous Office Action, the word COCO means coconut.  The word KEFIR means a creamy drink with a low alcohol content made from fermented cow's milk.  Please see definitions provided with the Office Action issued December 24, 2009.  The combined term COCOKEFIR means a drink made of kefir and coconut.  This term is descriptive of applicant's goods because they include coconut-based beverages.

When two or more descriptive terms are combined, the composite mark may be merely descriptive if (1) the individual terms retain their descriptive significance within the composite mark, and (2) the composite mark creates no new or incongruous meaning or unique commercial impression as applied to the goods and/or services.  *See In re Petroglyph Games, Inc.,* 91 USPQ2d 1332, 1341 (TTAB 2009) (holding BATTLECAM merely descriptive for computer game software with a feature that involve battles and provides the player with the option to utilize various views of the battlefield); *In re Cox Enters.*, 82 USPQ2d 1040, 1043 (TTAB 2007) (holding THEATL the equivalent of THE ATL, a common nickname for the city of Atlanta, merely descriptive of publications featuring news and information about Atlanta); *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB 2002) (holding SMARTTOWER merely descriptive of highly automated cooling towers); TMEP §1209.03(d).

A term that describes an ingredient of the goods is merely descriptive.  TMEP §1209.01(b); *see In re Keebler Co.*, 479 F.2d 1405, 178 USPQ 155 (C.C.P.A. 1973) (holding RICH 'N CHIPS merely descriptive of chocolate chip cookies); *In re Andes Candies Inc.*, 478 F.2d 1264, 178 USPQ 156 (C.C.P.A. 1973) (holding CREME DE MENTHE merely descriptive of candy); *In re Entenmann's, Inc.* , 15 USPQ2d 1750 (TTAB 1990) (holding OATNUT merely descriptive of bread containing oats and hazelnuts), *aff'd per curiam* , 928 F.2d 411 (Fed. Cir. 1991); *Flowers Indus., Inc. v. Interstate Brands Corp.*, 5 USPQ2d 1580 (TTAB 1987) (holding HONEY WHEAT merely descriptive of bread containing honey and wheat); *In re Int'l Salt Co.* , 171 USPQ 832 (TTAB 1971) (holding CHUNKY CHEESE merely descriptive of cheese flavored salad dressing).

Finally, "[a] mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services."    *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b).  It is enough if the term describes only one significant function, attribute or property.  *In re Oppedahl*, 373 F.3d at 1173, 71 USPQ2d at 1371; TMEP §1209.01(b).

Because applicant's goods include coconut based beverages, and the terms in the mark describe coconut and kefir based beverages, the mark is descriptive.  Consumers viewing the proposed mark in connection with the goods would immediately know that applicant's goods include coconut and kefir.  For all of the foregoing reasons, the mark is descriptive of the goods and registration must be refused under Section 2(e)(1) of the Trademark Act.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

## ISSUE REGARDING APPLICANT'S ENTITY TYPE

The name of an individual person appears in the section of the application intended for the trademark owner's name, but the entity type is set forth as a limited liability company.  Applicant must clarify this inconsistency.  TMEP §803.03.

If applicant is an individual, applicant should simply request that the entity be amended to "individual" and must indicate his/her country of citizenship for the record.  15 U.S.C. §1051(a)(2); 37 C.F.R. §2.32(a)(3)(i); TMEP §§803.02(a), 803.03(a), 803.04.  Alternatively, if applicant is a limited liability company, applicant must set forth its correct name and U.S. state or foreign country of incorporation or organization.  TMEP §§803.03(h), 803.04; *see* 37 C.F.R. §2.32(a)(2), (a)(3)(ii).

If, in response to the above request, applicant provides information indicating that it is not the owner of the mark, registration may be refused under Trademark Act Section 1, 15 U.S.C. §1051, because the application was void as filed.  Only the owner of a mark may apply to register the mark.  TMEP §§803.01, 803.06, 1201.02(b).

INFORMATION ABOUT GOODS REQUIRED

To permit proper examination of the application, applicant must submit additional product information about the goods.  *See* 37 C.F.R. §2.61(b); *In re DTI P'ship LLP* , 67 USPQ2d 1699, 1701-02 (TTAB 2003); TMEP §814.  The requested product information should include fact sheets, instructions, and/or advertisements.  If these materials are unavailable, applicant should submit similar documentation for goods of the same type, explaining how its own product will differ.  If the goods feature new technology or advancements and no competing goods are available, applicant must provide a detailed description of the goods.

The submitted factual information must make clear how salient features of the goods, and their prospective customers and channels of trade.  Conclusory statements regarding the goods will not satisfy this requirement.

Applicant must also specify whether the wording "COCO KEFIR" has any significance in the beverage trade or industry or as applied to the goods described in the application.  *See* 37 C.F.R. §2.61(b); TMEP §§808.01(a), 814.  Applicant must also state for the record whether the goods contain kefir.

Failure to respond to a request for information is an additional ground for refusing registration.  *See In re Cheezwhse.com, Inc.*, 85 USPQ2d 1917, 1919 (TTAB 2008); *In re DTI*, 67 USPQ2d at 1701-02.  Merely stating that information about the goods is available on applicant's website is an inappropriate response to a request for additional information and is insufficient to make the relevant information of record.  *See In re Planalytics, Inc.*, 70 USPQ2d 1453, 1457-58 (TTAB 2004).

RESPONSE GUIDELINES FOR TEAS PLUS APPLICANTS

**TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:**  Applicants who filed their application online using the reduced-fee TEAS Plus application must continue to submit certain documents online using TEAS, including responses to Office actions.  *See* 37 C.F.R. §2.23(a)(1).  For a complete list of these documents, see TMEP §819.02(b).  In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and must maintain a valid e-mail address.  37 C.F.R. §2.23(a)(2); TMEP §§819, 819.02(a).  TEAS Plus applicants who do not meet these requirements must submit an additional fee of $50 per international class of goods and/or services.  37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04.  In appropriate situations and where all issues can be resolved by amendment, responding by telephone to authorize an examiner's amendment will not incur this additional fee.

For this application to proceed toward registration, applicant must explicitly address each refusal and/or requirement raised in this Office action.  If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register.  Applicant may also have other options for responding to a refusal and should consider such options carefully.  To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements and request that the Office enter them into the application record.

In addition, applicant filed a TEAS Plus application and therefore must respond online using the Trademark Electronic Application System (TEAS) at http://www.uspto.gov/teas/index.htm to avoid incurring an additional fee.  *See* 37 C.F.R. §2.23(a)(1), (b).

Applicant's response must be properly signed by (1) the individual applicant (for joint individual applicants, both must sign) or (2) someone with legal authority to bind a juristic applicant (e.g., a corporate officer or general partner).  *See* 37 C.F.R. §§2.62(b), 2.193(e), (e)(2)(ii); TMEP §§611.03(b), 611.06 *et seq.*, 712.01.  If applicant retains an attorney, the attorney must sign the response.  37 C.F.R. §2.193(e)(2)(i); TMEP §§611.03(b), 712.01.  The individual(s) signing must personally sign or personally enter his/her electronic signature.  *See* 37 C.F.R. §2.193(a), (e)(2)(ii); TMEP §§611.01(b), 611.02.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end, the trademark will fail to register, and the application fee will not be refunded.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a), 2.209(a); TMEP §§405.04, 718.01, 718.02.  In such case, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to live status.  *See* 37 C.F.R. §2.66; TMEP §1714.  There is a $100 fee for such petitions.  *See* 37 C.F.R. §§2.6, 2.66(b)(1).

If applicant has questions about the application or this Office action, please telephone the assigned trademark examining attorney at the telephone number below.

/Kate DuBray/
Trademark Examining Attorney, Law Office 105
Tel: 571-272-4815
Fax: 571-273-4815
Email: katherine.dubray@uspto.gov

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

| To: | Larsen, Michael Rey (mlarsen@cocokefir.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 77835902 - COCOKEFIR - N/A |
| Sent: | 6/11/2010 5:41:49 PM |
| Sent As: | ECOM105@USPTO.GOV |
| Attachments: | |

## IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 77835902) has been reviewed.  The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office action") on 6/11/2010 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:**

**1. Read** the Office letter by clicking on this **link http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77835902&doc_type=OOA&mail_date=20100611 OR** go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter.  If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from **6/11/2010** (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77835902 | FILING DATE | 09/27/2009 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | DUBRAY, KATHERINE M | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/22/2010 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 05/21/2010 |
| LITERAL MARK ELEMENT | COCOKEFIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | COCOKEFIR |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Larsen, Michael Rey |
| ADDRESS | 6013 Kellogg Ave<br>Edina, MN 55424 |
| ENTITY | 16-LTD LIAB CO |

| CITIZENSHIP | Minnesota |
|---|---|
| DBA/AKA | DBA CocoKefir LLC |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 032 |
|---|---|
| DESCRIPTION TEXT | Coconut-based beverages |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 032 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) Gray, Red 117, Green 117, Blue 117 Blue, Red 1, Green 86, Blue 115 is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |
| PSEUDO MARK | COCONUT KEFIR |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/21/2010 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 011 |
| 05/21/2010 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 010 |
| 05/21/2010 | ALIE | A | ASSIGNED TO LIE | 009 |
| 04/29/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 12/24/2009 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 12/24/2009 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 12/24/2009 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 12/23/2009 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 10/01/2009 | MPMK | O | NOTICE OF PSEUDO MARK MAILED | 003 |
| 09/30/2009 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 09/30/2009 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | LARSEN, MICHAEL REY<br>LARSEN, MICHAEL REY<br>6013 KELLOGG AVE<br>EDINA, MN 55424-1830 |
| DOMESTIC REPRESENTATIVE | NONE |

# CocoKefir

CocoKefir™

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77835902 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION (current)** | |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | COCOKEFIR |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **MARK SECTION (proposed)** | |
| MARK FILE NAME | \\TICRS\EXPORT10\IMAGEOUT 10\778\359\77835902\xml1\ ROA0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | COCOKEFIR |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) Gray: Red 117, Green 117, Blue 117 Blue: Red 1, Green 86, Blue 115 is/are claimed as a feature of the mark. |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 880 x 250 |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 032 |
| DESCRIPTION | Coconut-based beverages |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 032 |
| DESCRIPTION | Coconut-based beverages |
|    FIRST USE ANYWHERE DATE | At least as early as 08/01/2009 |
|    FIRST USE IN COMMERCE DATE | At least as early as 08/01/2009 |
| STATEMENT TYPE | **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"**[for an application based on Section 1(a), Use in Commerce] OR **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for** |

| | |
|---|---|
| | **filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use].* |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT 10\778\359\77835902\xml1\ ROA0003.JPG |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Michael Larsen/ |
| SIGNATORY'S NAME | Michael Larsen |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 04/29/2010 |
| RESPONSE SIGNATURE | /Michael Larsen/ |
| SIGNATORY'S NAME | Michael Larsen |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 04/29/2010 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Apr 29 18:05:34 EDT 2010 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XXX.XX-2 0100429180534075972-77835 902-460fa355eec3cc813212c 81f65bce7ff-N/A-N/A-20100 429171824358305 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **77835902** has been amended as follows:

**MARK**
**Applicant proposes to amend the mark as follows:**
**Current:** COCOKEFIR (standard characters)
**Proposed:** COCOKEFIR (Stylized and/or with Design, see mark)

The color(s) Gray: Red 117, Green 117, Blue 117 Blue: Red 1, Green 86, Blue 115 is/are claimed as a feature of the mark.

The mark consists of The first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 032 for Coconut-based beverages
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use:** The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. (15 U.S.C. Section 1051(b)).

**Proposed:** Class 032 for Coconut-based beverages

**Filing Basis: Section 1(b), Intent to Use:** The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. (15 U.S.C. Section 1051(b)).

In International Class 032, the mark was first used at least as early as 08/01/2009. and first used in commerce at least as early as 08/01/2009.

Applicant hereby submits a new specimen for Class 032.
**"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce]* OR **"The substitute (or new, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]*.
Specimen File1

## SIGNATURE(S)
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii); and/or the applicant has had a bona fide intention to exercise legitimate control over the use of the mark in commerce by its members. 37 C.F. R. Sec. 2.44. If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date or as of the date of any submitted allegation of use. 37 C.F.R. Secs. 2.34(a)(1)(i); and/or the applicant has exercised legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 244. The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Michael Larsen/     Date: 04/29/2010
Signatory's Name: Michael Larsen
Signatory's Position: President

**Response Signature**
Signature: /Michael Larsen/     Date: 04/29/2010
Signatory's Name: Michael Larsen
Signatory's Position: President

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 77835902
Internet Transmission Date: Thu Apr 29 18:05:34 EDT 2010
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XX-2010042918053407
5972-77835902-460fa355eec3cc813212c81f65
bce7ff-N/A-N/A-20100429171824358305

CocoKefir™

Coco**Kefir**™

CocoKefir™

| | |
|---|---|
| **To:** | Larsen, Michael Rey (mlarsen@cocokefir.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77835902 - COCOKEFIR - N/A |
| **Sent:** | 12/24/2009 8:00:26 PM |
| **Sent As:** | ECOM105@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:       77/835902

**MARK**: COCOKEFIR

**CORRESPONDENT ADDRESS**:
   LARSEN, MICHAEL REY
   LARSEN, MICHAEL REY
   6013 KELLOGG AVE
   EDINA, MN 55424-1830

# *77835902*

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:       Larsen, Michael Rey

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
   N/A
**CORRESPONDENT E-MAIL ADDRESS**:
   mlarsen@cocokefir.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 12/24/2009**

 TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:  Applicants who filed their application online using the reduced-fee TEAS Plus application must continue to submit certain documents online using TEAS, including responses to Office actions.  For a complete list of these documents, see TMEP §819.02(b).  In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and must maintain a valid e-mail address.  37 C.F.R. §2.23(a)(2); TMEP §§819, 819.02(a).  TEAS Plus applicants who do not meet these requirements must submit an additional fee of $50 per international class of goods and/or services.  37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04.  Responding by telephone to authorize an examiner's amendment will not incur this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SEARCH OF OFFICE'S DATABASE OF MARKS

 The trademark examining attorney has searched the Office's  database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

SECTION 2(e)(1) REFUSAL – MERELY DESCRIPTIVE

Registration is refused because the applied-for mark merely describes a feature or ingredient of applicant's goods.   Trademark Section

2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services.  TMEP §1209.01(b); *see In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); *In re Gyulay*, 820 F.2d 1216, 1217-18, 3 USPQ2d 1009, 1010 (Fed. Cir. 1987).

Applicant is seeking registration of the mark COCOKEFIR in connection with the goods coconut-based beverages.

The determination of whether a mark is merely descriptive is considered in relation to the identified goods and/or services, not in the abstract.  *In re Abcor Dev. Corp.*, 588 F.2d 811, 814, 200 USPQ 215, 218 (C.C.P.A. 1978); TMEP §1209.01(b); *see, e.g., In re Polo Int'l Inc.* , 51 USPQ2d 1061 (TTAB 1999) (finding DOC in DOC-CONTROL would be understood to refer to the "documents" managed by applicant's software, not "doctor" as shown in dictionary definition);   *In re Digital Research Inc.*, 4 USPQ2d 1242 (TTAB 1987) (finding CONCURRENT PC-DOS merely descriptive of "computer programs recorded on disk" where relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).  "Whether consumers could guess what the product is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

The word COCO means coconut.  The word KEFIR means a creamy drink with a low alcohol content made from fermented cow's milk.   Please see attached definitions.  The combined term COCOKEFIR means a drink made of kefir and coconut.  This term is descriptive of applicant's goods because they include coconut-based beverages.

A "compound mark," which consists of two or more words combined to create a single word, is merely descriptive if (1) the individual words are descriptive and retain their descriptive meaning within the compound mark, and (2) the compound mark has no unique or incongruous meaning as applied to the goods and/or services.  *See In re Cox Enters.*, 82 USPQ2d 1040, 1043 (TTAB 2007) (holding THEATL the equivalent of THE ATL, a common nickname for the city of Atlanta, merely descriptive of publications featuring news and information about Atlanta); *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB 2002) (holding SMARTTOWER merely descriptive of highly automated cooling towers); *In re Entenmann's, Inc.* , 15 USPQ2d 1750, 1751 (TTAB 1990) (holding OATNUT merely descriptive of bread containing oats and hazelnuts), *aff'd per curiam* , 928 F.2d 411 (Fed. Cir. 1991); TMEP §1209.03(d).

A term that describes an ingredient of the goods is merely descriptive.  TMEP §1209.01(b); *see In re Keebler Co.*, 479 F.2d 1405, 178 USPQ 155 (C.C.P.A. 1973) (holding RICH 'N CHIPS merely descriptive of chocolate chip cookies); *In re Andes Candies Inc.*, 478 F.2d 1264, 178 USPQ 156 (C.C.P.A. 1973) (holding CREME DE MENTHE merely descriptive of candy); *In re Entenmann's, Inc.* , 15 USPQ2d 1750 (TTAB 1990) (holding OATNUT merely descriptive of bread containing oats and hazelnuts), *aff'd per curiam* , 928 F.2d 411 (Fed. Cir. 1991); *Flowers Indus., Inc. v. Interstate Brands Corp.*, 5 USPQ2d 1580 (TTAB 1987) (holding HONEY WHEAT merely descriptive of bread containing honey and wheat); *In re Int'l Salt Co.* , 171 USPQ 832 (TTAB 1971) (holding CHUNKY CHEESE merely descriptive of cheese flavored salad dressing).

Finally, "[a] mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services."     *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b).  It is enough if the term describes only one significant function, attribute or property.  *In re Oppedahl*, 373 F.3d at 1173, 71 USPQ2d at 1371; TMEP §1209.01(b).

Because applicant's goods include coconut based beverages, and the terms in the mark describe coconut and kefir based beverages the mark is descriptive.  Consumers viewing the proposed mark in connection with the goods would immediately know that applicant's goods include coconut and kefir.  For all of the foregoing reasons, the mark is descriptive of the goods and registration must be refused under Section 2(e)(1) of the Trademark Act.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

Applicant must respond to the requirement(s) set forth below.

ISSUE REGARDING APPLICANT'S ENTITY TYPE

The name of an individual person appears in the section of the application intended for the trademark owner's name, but the entity type is set forth as a limited liability company.  Applicant must clarify this inconsistency.  TMEP §803.03.

If applicant is an individual, applicant should simply request that the entity be amended to "individual" and must indicate his/her country of citizenship for the record.  15 U.S.C. §1051(a)(2); 37 C.F.R. §2.32(a)(3)(i); TMEP §§803.02(a), 803.03(a), 803.04.  Alternatively, if applicant is a limited liability company, applicant must set forth its correct name and U.S. state or foreign country of incorporation or organization.  TMEP §§803.03(h), 803.04; *see* 37 C.F.R. §2.32(a)(2), (a)(3)(ii).

If, in response to the above request, applicant provides information indicating that it is not the owner of the mark, registration may be refused

under Trademark Act Section 1, 15 U.S.C. §1051, because the application was void as filed.  Only the owner of a mark may apply to register the mark.  TMEP §§803.01, 803.06, 1201.02(b).

RESPONSE GUIDELINES FOR TEAS PLUS APPLICANTS

Applicant is directed to use the online Trademark Electronic Application System (TEAS) at http://www.uspto.gov/teas/index.html to respond to Office actions.  If applicant files a response on paper via regular mail, then applicant must include a $50 per class fee.  37 C.F.R. §§2.6(a)(1)(iv), 2.23(a)(1)(i); TMEP §§819, 819.02, 819.04.  There is no fee, however, for filing a response on TEAS.

In the response, applicant should address each refusal and/or requirement raised in the Office action.  If a refusal has issued, applicant may wish to argue against the refusal, i.e., submit arguments and/or evidence as to why the refusal should be withdrawn and why the mark should register.  To respond to requirements, applicant should simply set forth in writing the required changes or statements and request that the Office enter them into the application record.

The response must be signed by the individual applicant or by a person with legal authority to bind a juristic applicant (e.g., a corporate officer, the equivalent of an officer for unincorporated organizations or limited liability companies, a general partner).  See 37 C.F.R. §2.62(b); TMEP §§611.03(b), 611.06 et seq., 712.01.  In the case of joint applicants, all should sign.  TMEP §611.06(a).  In addition, the proper signatory must personally sign or manually enter his/her electronic signature.  TMEP §§611.01(b), 611.02.

If applicant has questions about its application or this Office action, please contact the assigned trademark examining attorney listed below.

/Kate DuBray/
Trademark Examining Attorney, Law Office 105
Tel: 571-272-4815
Fax: 571-273-4815
Email: katherine.dubray@uspto.gov

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?lextype=3&search=coco
12/24/2009 07:56:31 PM



http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?lextype=3&search=coco
12/24/2009 07:56:31 PM



cockup
cocky
► **coco**
coco-de-mer
coco plum
cocoa
Cocoa Beach
cocoa bean
cocoa butter
cocoa-payol
cocoanut

noun

**Definition:**

**1.** PLANTS FOOD
*Same as* coconut

**2.** *Hispanic* **covered motorcycle used as taxi:** in Cuba, a government-owned, three-wheeled motorcycle housed in a yellow egg-shaped fiberglass body, reserved for paying tourists as taxi transportation ( *informal* )

[Mid-16th century. < Spanish *coco*, Portuguese *côco*, literally "grinning face"; from the appearance of the base of the shell]

Also available:

World English Dictionary
Dictionnaire Français

Encarta® World English Dictionary [North American Edition] © & (P)2009 Microsoft Corporation. All rights reserved. Developed for Microsoft by Bloomsbury Publishing Plc.

MSN Privacy   Legal   Advertise

Feedback   Help

© 2009 Microsoft | **Microsoft**

http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?lextype=3&search=kefir
12/24/2009 07:57:06 PM



http://encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?lextype=3&search=kefir
12/24/2009 07:57:06 PM



noun

**Definition:**

**drink of fermented cow's milk:** a
creamy drink with a low alcohol content
made from fermented cow's milk

[Late 19th century. Via Russian< Old
Turkic *köpür* "milk"]

Also available:

World English Dictionary
Dictionnaire Français

Encarta® World English Dictionary [North American Edition] © & (P)2009
Microsoft Corporation. All rights reserved. Developed for Microsoft by
Bloomsbury Publishing Plc.

MSN Privacy    Legal    Advertise                                        Feedback    Help

© 2009 Microsoft | **Microsoft**

| To: | Larsen, Michael Rey (mlarsen@cocokefir.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 77835902 - COCOKEFIR - N/A |
| Sent: | 12/24/2009 8:00:29 PM |
| Sent As: | ECOM105@USPTO.GOV |
| Attachments: | |

## IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 77835902) has been reviewed.   The examining attorney assigned by the United States Patent and Trademark Office ("USPTO")  has written a letter (an "Office action") on 12/24/2009 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:**

**1.** **Read** the Office letter by clicking on this **link http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77835902&doc_type=OOA&mail_date=20091224** **OR** go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter.  If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from 12/24/2009 (*or sooner if specified in the Office letter*), using the Trademark Electronic  Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

*** User:kdubray ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1013 | N/A | 0 | 0 | 0:05 | *{"ckq"}o{"ckq"}o*[bi,ti] and live[ld] |
| 02 | 233 | N/A | 0 | 0 | 0:05 | *{"ckq"}{v:2}{"ckq"}{v:2}n{v:2}t*[bi,ti] and live[ld] |
| 03 | 331 | N/A | 0 | 0 | 0:05 | *{"ckq"}{v:2}f{v:2}r*[bi,ti] and live[ld] |
| 04 | 152 | N/A | 0 | 0 | 0:04 | *{"ckq"}{v:2}ph{v:2}r*[bi,ti] and live[ld] |
| 05 | 1 | 0 | 1 | 1 | 0:01 | (1 2) and (3 4) |
| 06 | 2 | 0 | 2 | 2 | 0:02 | *{"ckq"}o{"ckq"}o${"ckq"}{v:2}f*[bi,ti] and live[ld] |
| 07 | 1670543 | N/A | 0 | 0 | 0:03 | "032"[cc] |
| 08 | 282 | 0 | 282 | 221 | 0:02 | (2 3 4) and 7 |
| 09 | 1 | 0 | 1 | 1 | 0:01 | cocokefir[on] |
| 10 | 0 | 0 | 0 | 0 | 0:02 | (machael and larsen)[on] |
| 11 | 7 | 3 | 4 | 3 | 0:02 | (michael and larsen)[on] |
| 12 | 133 | N/A | 0 | 0 | 0:33 | *{"ckq"}{v:2}{"ckq"}{v:2}{"ckq"}*[bi,ti] and live[ld] |
| 13 | 57 | 0 | 57 | 42 | 0:01 | 12 and 7 |
| 14 | 46 | N/A | 0 | 0 | 0:04 | *{"ckq"}${"ckq"}{v:2}f{v:2}r*[bi,ti] and live[ld] |
| 15 | 9 | 0 | 9 | 6 | 0:01 | 14 and 7 |

Session started 12/24/2009 7:40:18 PM

Session finished 12/24/2009 7:49:56 PM

Total search duration 1 minutes 11 seconds

Session duration 9 minutes 38 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77835902

**From:**             TMDesignCodeComments
**Sent:**             Thursday, October 1, 2009 00:15 AM
**To:**               mlarsen@cocokefir.com
**Subject:**          Notice of Pseudo Mark for Serial Number: 77835902
**ATTORNEY REFERENCE NUMBER:**

---

The USPTO may assign pseudo marks, as appropriate, to new applications to assist in searching the USPTO database for conflicting marks.  They have no legal significance and will not appear on the registration certificate.

A PSEUDO MARK may be assigned to marks that include words, numbers, compound words, symbols, or acronyms that can have alternative spellings or meanings.  For example, if the mark comprises the words 'YOU ARE' surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as 'YOU ARE SQUARE'.  A mark filed as 'URGR8' would receive a pseudo mark of 'YOU ARE GREAT'.

Response to this notice is not required; however, to suggest additions or changes to the pseudo mark assigned to your mark, please e-mail TMDesignCodeComments@USPTO.GOV.  You **must** reference your application serial number within your request.  The USPTO will review the proposal and update the record, if appropriate.  For questions, please call 1-800-786-9199 to speak to a Customer Service representative.

The USPTO will not send any further response to your e-mail.  Check TESS in approximately two weeks to see if the requested changes have been entered.  Requests deemed unnecessary or inappropriate will not be entered.

**Pseudo marks assigned to the referenced serial number are listed below.**

**PSEUDO MARK:**

COCONUT KEFIR

# CocoKefir

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77835902**
**Filing Date: 09/27/2009**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | CocoKefir |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CocoKefir |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Larsen, Michael Rey |
| DBA/AKA/TA/FORMERLY | DBA CocoKefir LLC |
| *STREET | 6013 Kellogg Ave |
| *CITY | Edina |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 55424 |
| PHONE | 952-929-1982 |
| EMAIL ADDRESS | mlarsen@cocokefir.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Minnesota |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 032 |

Page 054

| IDENTIFICATION | Coconut-based beverages |
|---|---|
| *FILING BASIS | SECTION 1(b) |

### ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

### CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Larsen, Michael Rey |
| FIRM NAME | Larsen, Michael Rey |
| *STREET | 6013 Kellogg Ave |
| *CITY | Edina |
| *STATE<br>(Required for U.S. applicants) | Minnesota |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 55424 |
| PHONE | 952-929-1982 |
| *EMAIL ADDRESS | mlarsen@cocokefir.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

### FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

### SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Michael Larsen/ |
| * SIGNATORY'S NAME | Michael Larsen |
| * SIGNATORY'S POSITION | President |
| * DATE SIGNED | 09/27/2009 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77835902**
**Filing Date: 09/27/2009**

### To the Commissioner for Trademarks:

**MARK:** CocoKefir (Standard Characters, see mark)
The literal element of the mark consists of CocoKefir.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Larsen, Michael Rey, DBA CocoKefir LLC, a limited liability company legally organized under the laws of Minnesota, having an address of
   6013 Kellogg Ave
   Edina, Minnesota 55424
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 032:  Coconut-based beverages
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Correspondence Information:
   Larsen, Michael Rey
   Larsen, Michael Rey
   6013 Kellogg Ave
   Edina, Minnesota 55424
   952-929-1982(phone)
   mlarsen@cocokefir.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Michael Larsen/   Date Signed: 09/27/2009
Signatory's Name: Michael Larsen
Signatory's Position: President

RAM Sale Number: 6201
RAM Accounting Date: 09/28/2009

Serial Number: 77835902
Internet Transmission Date: Sun Sep 27 13:07:47 EDT 2009
TEAS Stamp: USPTO/FTK-XX.XXX.X.XX-200909271307479624
79-77835902-4600427e45e962116552e74b4a77
9b51f5-CC-6201-20090927124922230132

# CocoKefir

# EXHIBIT 2

Case 2:16-cv-07001-RGK-JPR Document 102 Filed 05/21/18 Page 216 of 232 Page ID #:6099

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM375364

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| CocoKefir LLC | | 03/02/2016 | LIMITED LIABILITY COMPANY: MINNESOTA |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | CocoKefir, LLC |
| Street Address: | 4646 Hampton Street |
| City: | Vernon |
| State/Country: | CALIFORNIA |
| Postal Code: | 90058 |
| Entity Type: | LIMITED LIABILITY COMPANY: DELAWARE |

## PROPERTY NUMBERS Total: 4

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3982768 | TULA'S |
| Registration Number: | 4564160 | COCOYO |
| Serial Number: | 86691955 | BELLY BOOST |
| Serial Number: | 86801644 | COCOKEFIR |

## CORRESPONDENCE DATA

**Fax Number:**
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent
using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
Phone:                 212-504-2060
Email:                  adam@gglaw.us
Correspondent Name:     Adam L Marsh
Address Line 1:         411 West 14th Street
Address Line 4:         New York, NEW YORK 10014

| NAME OF SUBMITTER: | Adam Marsh |
|---|---|
| SIGNATURE: | /Adam Marsh/ |
| DATE SIGNED: | 03/02/2016 |

**Total Attachments: 5**
source=CocoKefir - Trademark Assignment - Fully Executed#page1.tif
source=CocoKefir - Trademark Assignment - Fully Executed#page2.tif

OP  $115.00  3982768

source=CocoKefir - Trademark Assignment - Fully Executed#page3.tif

source=CocoKefir - Trademark Assignment - Fully Executed#page4.tif

source=CocoKefir - Trademark Assignment - Fully Executed#page5.tif

**TRADEMARK**
**REEL: 005744 FRAME: 0583**

## ASSIGNMENT OF DOMAIN TRADEMARKS, DOMAIN ADDRESSES & GOODWILL

**WHEREAS**, COCOKEFIR LLC, a Minnesota limited liability company having an address of 716 Tower Drive, Medina, MN 55340, (hereinafter referred to as "Assignor") has registered two (2) trademarks, which are listed in the United States Patent and Trademark Office as set forth on the attached Schedule A (hereinafter referred to as "Registered Marks"), has applied for Federal registration of two (2) trademarks, which are listed in the United States Patent and Trademark Office as set forth on the attached Schedule A (hereinafter referred to as "Applied Marks"), and uses in commerce one (1) trademark which it has not applied for or registered with the United States Patent and Trademark Office as set forth on the attached Schedule A (the "Use Mark"; together with the Registered Marks and the Applied Marks, the "Marks") and is the owner of six (6) internet domain names or accounts associated therewith, which are set forth in the attached Schedule B (hereinafter referred to as "Domains");

**WHEREAS**, CocoKefir, LLC, a Delaware limited liability company having a place of business at 4646 Hampton Street, Vernon, California 90058 (hereinafter referred to as "Assignee") is desirous of acquiring any and all rights that Assignor may have in and to the Marks and the registrations thereof, together with the goodwill of the business in connection with which the Marks are used and which is symbolized by the Marks, along with the right to recover for damages and profits for past infringements thereof; and whereas Assignee is further desirous of acquiring any and all rights that Assignor may have in and to the Domains, including renewal, ownership, and administrative rights thereof or any accounts associated therewith;

**NOW THEREFORE**, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby irrevocably assign unto Assignee all right, title and interest in and to the Marks and resulting registrations for the United States and throughout the world together with the goodwill of the business in connection with which the Marks are used and which is symbolized by the Marks, along with the right to recover for damages and profits for past infringements thereof; and Assignor further hereby irrevocably assign unto Assignee all right, title and interest in and to the Domains, including renewal, ownership, and administrative rights thereof or any accounts associated therewith;

Assignor agrees to execute and deliver at the request of the Assignee, all papers, instruments, and assignments, and to perform any other reasonable acts the Assignee may require in order to vest all Assignor's rights, title, and interest in and to the Marks and Domains in the Assignee and/or to provide evidence to support any of the foregoing in the event such evidence is deemed necessary by the Assignee, to the extent such evidence is in the possession or control of the Assignor.

**IN WITNESS WHEREOF**, the Assignor has executed this Agreement effective as of the date and year written below.

**ASSIGNOR**

COCOKEFIR LLC, a Minnesota limited liability company

**ASSIGNEE**

COCOKEFIR, LLC, a Delaware limited liability company

By: _____
Name: Michael Larsen
Title:

By: _____
Name: GT Dave
Title: Chief Executive Officer

## ASSIGNMENT OF DOMAIN TRADEMARKS, DOMAIN ADDRESSES & GOODWILL

**WHEREAS,** COCOKEFIR LLC, a Minnesota limited liability company having an address of 716 Tower Drive, Medina, MN 55340, (hereinafter referred to as "Assignor") has registered two (2) trademarks, which are listed in the United States Patent and Trademark Office as set forth on the attached Schedule A (hereinafter referred to as "Registered Marks"), has applied for Federal registration of two (2) trademarks, which are listed in the United States Patent and Trademark Office as set forth on the attached Schedule A (hereinafter referred to as "Applied Marks"), and uses in commerce one (1) trademark which it has not applied for or registered with the United States Patent and Trademark Office as set forth on the attached Schedule A (the "Use Mark"; together with the Registered Marks and the Applied Marks, the "Marks") and is the owner of six (6) internet domain names or accounts associated therewith, which are set forth in the attached Schedule B (hereinafter referred to as "Domains");

**WHEREAS,** CocoKefir, LLC, a Delaware limited liability company having a place of business at 4646 Hampton Street, Vernon, California 90058 (hereinafter referred to as "Assignee") is desirous of acquiring any and all rights that Assignor may have in and to the Marks and the registrations thereof, together with the goodwill of the business in connection with which the Marks are used and which is symbolized by the Marks, along with the right to recover for damages and profits for past infringements thereof; and whereas Assignee is further desirous of acquiring any and all rights that Assignor may have in and to the Domains, including renewal, ownership, and administrative rights thereof or any accounts associated therewith;

**NOW THEREFORE,** for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby irrevocably assign unto Assignee all right, title and interest in and to the Marks and resulting registrations for the United States and throughout the world together with the goodwill of the business in connection with which the Marks are used and which is symbolized by the Marks, along with the right to recover for damages and profits for past infringements thereof; and Assignor further hereby irrevocably assign unto Assignee all right, title and interest in and to the Domains, including renewal, ownership, and administrative rights thereof or any accounts associated therewith;

Assignor agrees to execute and deliver at the request of the Assignee, all papers, instruments, and assignments, and to perform any other reasonable acts the Assignee may require in order to vest all Assignor's rights, title, and interest in and to the Marks and Domains in the Assignee and/or to provide evidence to support any of the foregoing in the event such evidence is deemed necessary by the Assignee, to the extent such evidence is in the possession or control of the Assignor.

**IN WITNESS WHEREOF,** the Assignor has executed this Agreement effective as of the date and year written below.

**ASSIGNOR**

COCOKEFIR LLC, a Minnesota limited liability company

By: _____
Name: Michael Larsen
Title: *Chief Executive Officer*

**ASSIGNEE**

COCOKEFIR, LLC, a Delaware limited liability company

By: _____
Name: GT Dave
Title: Chief Executive Officer

**TRADEMARK**
**REEL: 005744 FRAME: 0585**

STATE OF Minnesota )

                   ss.:

COUNTY OF Hennepin )

        On the 1 day of March, 2016, before me, the undersigned, personally appeared Michael Frame personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the State of Minnesota City of Edina, and County of Hennepin

 

 

                     _____

                 (Signature of individual taking acknowledgement)

JOY R ROSS
Notary Public-Minnesota
My Commission Expires Jan 31, 2018

STATE OF _____ )

                   ss.:

COUNTY OF _____ )

        On the ____ day of _____, 2016, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the State of _____, City of _____, and County of _____.

 

 

                     _____

                 (Signature of individual taking acknowledgement)

TRADEMARK
REEL: 005744 FRAME: 0586

**Schedule A**

<u>Registered Marks</u>

Mark: **TULA'S**
Serial Number: 85-129,165
Filing Date: 9-14-10
Class: 32

Mark: **COCOYO**
Serial Number: 86-133,856
Filing Date: 12-3-13
Class: 30

<u>Applied Marks</u>

Mark: **BELLY BOOST**
Serial Number: 86-691,955
Filing Date: 7-14-15
Class: 005

Mark: **COCOKEFIR**
Serial Number: 86-801,644
Filing Date: 10-28-15
Class: 005

<u>Use Mark</u>

Mark: **THEA'S**

**TRADEMARK**
**REEL: 005744 FRAME: 0587**

**Schedule B**

<u>Domains</u>

cocokefir.com
cocokefir.info
cocokefir.net
tulacocokefir.com
tulascocokefir.net
what-is-kefir.com

TRADEMARK
RECORDED: 03/02/2016                    REEL: 005744 FRAME: 0588

# EXHIBIT 3

**Generated on:** This page was generated by TSDR on 2016-10-04 18:18:45 EDT

**Mark:** COCOKEFIR



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86801644 | **Application Filing Date:** | Oct. 28, 2015 |
| **US Registration Number:** | 4996496 | **Registration Date:** | Jul. 12, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jul. 12, 2016 | | |
| **Publication Date:** | Apr. 26, 2016 | | |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | COCOKEFIR |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM |
| **Description of Mark:** | The mark consists of the first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) gray and blue is/are claimed as a feature of the mark. |

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Dietary and nutritional supplements containing kefir | | |
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 006, 018, 044, 046, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 02, 2009 | **Use in Commerce:** | Mar. 01, 2010 |

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | COCOKEFIR, LLC |
| **Owner Address:** | 4646 HAMPTON STREET<br>VERNON, CALIFORNIA 90058<br>UNITED STATES |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country** DELAWARE<br>**Where Organized:** |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Craig B. Bailey | **Docket Number:** | MILPRC-96070 |
| **Attorney Primary**<br>**Email Address:** | DocketLA@fulpat.com | **Attorney Email**<br>**Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent**<br>**Name/Address:** | Craig B. Bailey<br>FULWIDER PATTON LLP<br>HOWARD HUGHES CENTER<br>6100 CENTER DRIVE, SUITE 1200<br>LOS ANGELES, CALIFORNIA 90045<br>UNITED STATES | | |
| **Phone:** 310-824-5555 | | **Fax:** 310-824-9696 | |
| **Correspondent e-**<br>**mail:** docketla@fulpat.com cbailey@fulpat.com nwhitlock@fulpat.com | | **Correspondent e-**<br>**mail Authorized:** Yes | |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding<br>Number |
|---|---|---|
| Aug. 01, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 12, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| May 11, 2016 | ATTORNEY REVOKED AND/OR APPOINTED | |
| May 11, 2016 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 26, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 26, 2016 | PUBLISHED FOR OPPOSITION | |
| Apr. 06, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 23, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66213 |
| Mar. 19, 2016 | ASSIGNED TO LIE | 66213 |
| Mar. 16, 2016 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 03, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 25, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 25, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 25, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 25, 2016 | EXAMINERS AMENDMENT -WRITTEN | 83285 |
| Feb. 20, 2016 | ASSIGNED TO EXAMINER | 83285 |
| Nov. 02, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 31, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** PUBLICATION AND ISSUE SECTION | | **Date in Location:** Jul. 12, 2016 | |

# Assignment Abstract Of Title Information

### Summary

| | | | |
|---|---|---|---|
| **Total Assignments:** 1 | | **Registrant:** COCOKEFIR, LLC | |

### Assignment 1 of 1

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |

| | | |
|---|---|---|
| **Reel/Frame:** | 5744/0582 | **Pages:** 7 |
| **Date Recorded:** | Mar. 02, 2016 | |
| **Supporting Documents:** | assignment-tm-5744-0582.pdf | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | COCOKEFIR LLC | **Execution Date:** | Mar. 02, 2016 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | MINNESOTA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | COCOKEFIR, LLC | **State or Country Where Organized:** | DELAWARE |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | | |
| **Address:** | 4646 HAMPTON STREET VERNON, CALIFORNIA 90058 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ADAM L MARSH |
| **Correspondent Address:** | 411 WEST 14TH STREET NEW YORK, NY 10014 |

### Domestic Representative - Not Found

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86801644 |
| **REGISTRATION NUMBER** | 4996496 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **MARK SECTION** | |
| **MARK** | COCOKEFIR (stylized and/or with design, see http://tmng-al.uspto.gov/resting2/api/img/86801644/large) |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | Craig B. Bailey<br>Fulwider Patton LLP<br>6060 Center Drive, Tenth Floor<br>Howard Hughes Center<br>Los Angeles California 90045<br>US<br>310-824-5555<br>310-824-9696<br>DocketLA@fulpat.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Craig B. Bailey<br>FULWIDER PATTON LLP<br>6100 CENTER DRIVE, SUITE 1200<br>HOWARD HUGHES CENTER<br>LOS ANGELES<br>California<br>United States<br>90045<br>310-824-5555<br>310-824-9696<br>docketla@fulpat.com;cbailey@fulpat.com; nwhitlock@fulpat.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER** | MILPRC-96070 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Craig B. Bailey/ |
| **SIGNATORY NAME** | Craig B. Bailey |
| **SIGNATORY DATE** | 08/01/2016 |
| **SIGNATORY POSITION** | Attorney of Record, California bar member |
| **SIGNATORY PHONE NUMBER** | 310-824-5555 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Aug 01 19:30:28 EDT 2016 |

| | |
|---|---|
| **TEAS STAMP** | USPTO/CCA-XX.XX.XX.XX-201<br>60801193028684331-7851022<br>6-5503154f68e1e144f6626c9<br>8d47c884a822126a1630f7136<br>12903ee8acb9cadd9-N/A-N/A<br>-20160801190554368900 |

# United States of America

## United States Patent and Trademark Office

# CocoKefir

**Reg. No. 4,996,496**

**Registered July 12, 2016**

COCOKEFIR, LLC (DELAWARE LIMITED LIABILITY COMPANY)
4646 HAMPTON STREET
VERNON, CA 90058

**Int. Cl.: 5**

FOR: DIETARY AND NUTRITIONAL SUPPLEMENTS CONTAINING KEFIR, IN CLASS 5
(U.S. CLS. 6, 18, 44, 46, 51 AND 52).

**TRADEMARK**

FIRST USE 1-2-2009; IN COMMERCE 3-1-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE FIRST FOUR LETTERS "COCO" ARE IN THE GRAY COLOR.
THE LAST FIVE LETTERS "KEFIR" ARE IN THE BLUE COLOR.

THE COLOR(S) GRAY AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 86-801,644, FILED 10-28-2015.

MORGAN WYNNE, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2196 (Rev 09/2005)
OMB No. 0651-0056 (Exp 09/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86801644 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **ATTORNEY DOCKET NUMBER** | MILPRC-96070 |
| **MARK SECTION** | |
| **MARK** | COCOKEFIR (stylized and/or with design) |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned updates the attorney information of record. |
| **NAME** | Craig B. Bailey |
| **FIRM NAME** | Fulwider Patton LLP |
| **INTERNAL ADDRESS** | Howard Hughes Center |
| **STREET** | 6060 Center Drive, Tenth Floor |
| **CITY** | Los Angeles |
| **STATE** | California |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 90045 |
| **PHONE** | 310-824-5555 |
| **FAX** | 310-824-9696 |
| **EMAIL** | DocketLA@fulpat.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **NEW OTHER APPOINTED ATTORNEYS** | all attorneys of Fulwider Patton LLP |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Craig B. Bailey |
| **FIRM NAME** | Fulwider Patton LLP |
| **INTERNAL ADDRESS** | Howard Hughes Center |
| **STREET** | 6060 Center Drive, Tenth Floor |
| **CITY** | Los Angeles |
| **STATE** | California |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 90045 |

| PHONE | 310-824-5555 |
|---|---|
| FAX | 310-824-9696 |
| EMAIL | DocketLA@fulpat.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER | MILPRC-96070 |
| OTHER APPOINTED ATTORNEY | all attorneys of Fulwider Patton LLP |

## SIGNATURE SECTION

| SIGNATORY FILE | |
|---|---|
| ORIGINAL PDF FILE | hw_38751434-184058648_._MILPRC_Power_of_Attorney_Signature_Page.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\868\016\86801644\xml10\RAA0002.JPG |
| SIGNATORY NAME | G. T. Dave |
| SIGNATORY POSITION | Chief Executive Officer, CocoKefir, LLC, a Delaware limited liability company |
| SIGNATORY PHONE NUMBER | 323-581-7787 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Wed May 11 18:43:56 EDT 2016 |
|---|---|
| TEAS STAMP | USPTO/RAA-XX.XX.XX.XX-201 60511184356538409-8680164 4-5508438a986cfefeb91f71d c4afeb0b9d3fa0824698c9eb2 c613888d48f56d2c-N/A-N/A- 20160511184058648112 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2196 (Rev 09/2005)
OMB No. 0651-0056 (Exp 09/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** COCOKEFIR (stylized and/or with design)
**SERIAL NUMBER:** 86801644
**ATTORNEY DOCKET NUMBER** MILPRC-96070

**Original Correspondence Address :**
COCOKEFIR, L.L.C.
COCOKEFIR, L.L.C.
716 TOWER DRIVE
MEDINA Minnesota 55340
US
763-478-3195
763-478-3619
mlarsen@cocokefir.com

By submission of this request, the undersigned updates the attorney information of record. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Craig B. Bailey
Fulwider Patton LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
United States
310-824-5555
310-824-9696
DocketLA@fulpat.com
**Other Appointed Attorneys:**
all attorneys of Fulwider Patton LLP

**The following is to be used as the correspondence address:**
Craig B. Bailey
Fulwider Patton LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
United States

310-824-5555
310-824-9696
DocketLA@fulpat.com
The attorney docket/reference number is MILPRC-96070.

**Original PDF file:**
hw_38751434-184058648_._MILPRC_Power_of_Attorney_Signature_Page.pdf
**Converted PDF file(s) (1 page)**
Signature File1

Signatory's Name: G. T. Dave
Signatory's Position: Chief Executive Officer, CocoKefir, LLC, a Delaware limited liability company
Signatory's Phone Number: 323-581-7787

Serial Number: 86801644
Internet Transmission Date: Wed May 11 18:43:56 EDT 2016
TEAS Stamp: USPTO/RAA-XX.XX.XX.XX-201605111843565384
09-86801644-5508438a986cfefeb91f71dc4afe
b0b9d3fa0824698c9eb2c613888d48f56d2c-N/A
-N/A-20160511184058648112

**Revocation of Attorney/Domestic Representative and/or Appointment of
Attorney/Domestic Representative**

**Handwritten Signature**

**Signature Section:**

Signature: _____

Date: _____

Signatory's Name: G. T. Dave

Signatory's Position: Chief Executive Officer, CocoKefir, LLC, a Delaware limited liability company

Signatory's Phone Number: 323-581-7787

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an
image file), include only the signature page (no declaration is required, nor should any other information
from the actual revocation be included).

Back

Page 077

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, April 26, 2016 00:43 AM |
| **To:** | mlarsen@cocokefir.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 86801644: COCOKEFIR (Stylized/Design) |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:**  86801644
**Mark:**  COCOKEFIR (Stylized/Design)
**International Class(es):**  005
**Owner:**  COCOKEFIR, LLC
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Apr 26, 2016.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2016-04-26&serialNumber=86801644

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov.  For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86801644&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86801644&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Apr 6, 2016

## NOTICE OF PUBLICATION

1.  Serial No.:
    86-801,644

2.  Mark:
    COCOKEFIR
    (STYLIZED/DESIGN)

3.  International Class(es):
    5

4.  Publication Date:
    Apr 26, 2016

5.  Applicant:
    COCOKEFIR, LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

mlarsen@cocokefir.com

Page 079

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, April 6, 2016 04:06 AM |
| **To:** | mlarsen@cocokefir.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 86801644: COCOKEFIR (Stylized/Design) |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (Serial No. 86801644) is scheduled to publish in the *Official Gazette* on Apr 26, 2016.  To preview the Notice of Publication, go to <u>http://tdr.uspto.gov/search.action?sn=86801644</u>.  If you have difficulty accessing the Notice of Publication, contact <u>TDR@uspto.gov</u>.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification.  If you have any questions about the content of the Notice of Publication, contact <u>TMPostPubQuery@uspto.gov</u>.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86801644 | FILING DATE | 10/28/2015 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | MEYERS, MORGAN LAURA | L.O. ASSIGNED | 117 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/24/2016 |
| PUB DATE | 04/26/2016 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 03/23/2016 |
| LITERAL MARK ELEMENT | COCOKEFIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | COCOKEFIR |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | COCOKEFIR, LLC |
| ADDRESS | 4646 HAMPTON STREET<br>VERNON, CA 90058 |
| ENTITY | 16-LTD LIAB CO |

Page 081

| CITIZENSHIP | Delaware |
|---|---|

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---|---|
| DESCRIPTION TEXT | Dietary and nutritional supplements containing kefir |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 01/02/2009 | FIRST USE IN COMMERCE DATE | 03/01/2010 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) gray and blue is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/23/2016 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 011 |
| 03/19/2016 | ALIE | A | ASSIGNED TO LIE | 010 |
| 03/16/2016 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 009 |
| 03/03/2016 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 02/25/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 02/25/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 02/25/2016 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 02/25/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 02/20/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/02/2015 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 10/31/2015 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | COCOKEFIR, L.L.C.<br>COCOKEFIR, L.L.C.<br>716 TOWER DRIVE<br>MEDINA, MN 55340 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | CocoKefir, L.L.C. |
| ADDRESS | 716 Tower Drive<br>Medina, MN 55340 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Minnesota |

CocoKefir

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86801644 | FILING DATE | 10/28/2015 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | MEYERS, MORGAN LAURA | L.O. ASSIGNED | 117 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/04/2016 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 03/03/2016 |
| LITERAL MARK ELEMENT | COCOKEFIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | COCOKEFIR |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | CocoKefir, L.L.C. |
| ADDRESS | 716 Tower Drive<br>Medina, MN 55340 |
| ENTITY | 16-LTD LIAB CO |

| CITIZENSHIP | Minnesota |
|---|---|

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---|---|
| DESCRIPTION TEXT | Dietary and nutritional supplements containing kefir |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 01/02/2009 | FIRST USE IN COMMERCE DATE | 03/01/2010 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) gray and blue is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/03/2016 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 02/25/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 02/25/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 02/25/2016 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 02/25/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 02/20/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/02/2015 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 10/31/2015 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | COCOKEFIR, L.L.C.<br>COCOKEFIR, L.L.C.<br>716 TOWER DRIVE<br>MEDINA, MN 55340 |
| DOMESTIC REPRESENTATIVE | NONE |

CocoKefir

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86801644 | FILING DATE | 10/28/2015 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | MEYERS, MORGAN LAURA | L.O. ASSIGNED | 117 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/26/2016 |
| PUB DATE | N/A |
| STATUS | 647-EXAMINERS AMENDMENT - MAILED |
| STATUS DATE | 02/25/2016 |
| LITERAL MARK ELEMENT | COCOKEFIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | COCOKEFIR |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | CocoKefir, L.L.C. |
| ADDRESS | 716 Tower Drive<br>Medina, MN 55340 |
| ENTITY | 16-LTD LIAB CO |

| CITIZENSHIP | Minnesota |
|---|---|

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 005 |
|---|---|
| DESCRIPTION TEXT | Dietary and nutritional supplements containing kefir |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 005 | FIRST USE DATE | 01/02/2009 | FIRST USE IN COMMERCE DATE | 03/01/2010 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) gray and blue is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/25/2016 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 02/25/2016 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 02/25/2016 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 02/25/2016 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 02/20/2016 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/02/2015 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 10/31/2015 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | COCOKEFIR, L.L.C.<br>COCOKEFIR, L.L.C.<br>716 TOWER DRIVE<br>MEDINA, MN 55340 |
| DOMESTIC REPRESENTATIVE | NONE |

# CocoKefir

| | |
|---|---|
| **To:** | CocoKefir, L.L.C. (mlarsen@cocokefir.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86801644 - COCOKEFIR - N/A |
| **Sent:** | 2/25/2016 6:07:03 AM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.**  86801644

**MARK:** COCOKEFIR

**CORRESPONDENT ADDRESS:**
    COCOKEFIR, L.L.C.
    COCOKEFIR, L.L.C.
    716 TOWER DRIVE
    MEDINA, MN 55340

**APPLICANT:** CocoKefir, L.L.C.

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    N/A
**CORRESPONDENT E-MAIL ADDRESS:**
    mlarsen@cocokefir.com

# *86801644*

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/trademarks/index.jsp

VIEW YOUR APPLICATION FILE

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 2/25/2016**

**DATABASE SEARCH:**  The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:**  In accordance with the authorization granted by Michael Larsen on 2/24/2016, the trademark examining attorney has amended the application as indicated below.  Please advise the undersigned immediately of any objections.  Otherwise, no response is necessary.  TMEP §707.  Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services.  37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

The identification of goods is amended to read as follows:  "Dietary and nutritional supplements containing kefir."  *See* TMEP §§1402.01, 1402.01(e).

The following statement is added to the record:

    The colors blue and gray are claimed as a feature of the mark.

*See* 37 C.F.R. §2.37; TMEP §§808 *et seq.*

        /Morgan L. Meyers/
        Trademark Attorney
        U.S. Patent and Trademark Office
        Law Office 117
        Direct: 571-272-8290
        morgan.meyers@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

Page 091

| To: | CocoKefir, L.L.C. (mlarsen@cocokefir.com) |
| --- | --- |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86801644 - COCOKEFIR - N/A |
| **Sent:** | 2/25/2016 6:07:04 AM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR<br>U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **2/25/2016** FOR U.S. APPLICATION SERIAL NO.86801644

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this  link  or go to  http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney.  For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## <u>WARNING</u>

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

\*\*\* User:mwynne \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|------|-----|----|----|------|------------------------|
| 01 | 1    | 0   | 1  | 1  | 0:01 | 86801644[SN]           |
| 02 | 2    | 1   | 1  | 1  | 0:02 | *c{v}co$2kef* [bi,ti]  |
| 03 | 0    | 0   | 0  | 0  | 0:01 | *k{v}co$2kef* [bi,ti]  |
| 04 | 0    | 0   | 0  | 0  | 0:01 | *k{v}ko$2kef* [bi,ti]  |
| 05 | 0    | 0   | 0  | 0  | 0:01 | *c{v}ko$2kef* [bi,ti]  |
| 06 | 3758 | N/A | 0  | 0  | 0:02 | *coc* [bi,ti] not dead [ld] |
| 07 | 276  | N/A | 0  | 0  | 0:02 | *kef* [bi,ti] not dead [ld] |
| 08 | 1    | N/A | 0  | 0  | 0:01 | 6 and 7                |
| 09 | 13   | 0   | 13 | 13 | 0:02 | *kefir* [bi,ti] not dead [ld] |

Session started 2/24/2016 2:51:07 PM

Session finished 2/24/2016 2:58:36 PM

Total search duration 0 minutes 13 seconds

Session duration 7 minutes 29 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 86801644

# CocoKefir



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86801644**
**Filing Date: 10/28/2015**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT16\IMAGEOUT 16\868\016\86801644\xml1\ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | CocoKefir |
| ***COLOR MARK** | YES |
| ***COLOR(S) CLAIMED** (If applicable) | The color(s) Gray, Red 117, Green 117, Blue 117 Blue, Red 1, Green 86, Blue 115. is/are claimed as a feature of the mark. |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of The first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 646 x 250 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | CocoKefir, L.L.C. |
| ***STREET** | 716 Tower Drive |
| ***CITY** | Medina |
| ***STATE** (Required for U.S. applicants) | Minnesota |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants) | 55340 |
| **PHONE** | 763-478-3195 |
| **FAX** | 763-478-3619 |
| **EMAIL ADDRESS** | mlarsen@cocokefir.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

Page 096

| WEBSITE ADDRESS | www.cocokefir.com |
|---|---|
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Minnesota |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | Dietary and nutritional supplements |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/02/2009 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/01/2010 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\868\016\86801644\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | CocoKefir dietary supplement product image. |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | CocoKefir, L.L.C. |
| FIRM NAME | CocoKefir, L.L.C. |
| *STREET | 716 Tower Drive |
| *CITY | Medina |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 55340 |
| PHONE | 763-478-3195 |
| FAX | 763-478-3619 |
| *EMAIL ADDRESS | mlarsen@cocokefir.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | |

| *TOTAL FEE PAID | 225 |
|---|---|
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Michael Larsen/ |
| * SIGNATORY'S NAME | Michael Larsen |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 763-478-3195 |
| * DATE SIGNED | 10/28/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

Serial Number: 86801644
Filing Date: 10/28/2015

## To the Commissioner for Trademarks:

**MARK:** CocoKefir (stylized and/or with design, see mark)

The literal element of the mark consists of CocoKefir.
The color(s) Gray, Red 117, Green 117, Blue 117 Blue, Red 1, Green 86, Blue 115. is/are claimed as a feature of the mark. The mark consists of The first four letters "Coco" are in the gray color. The last five letters "Kefir" are in the blue color.
The applicant, CocoKefir, L.L.C., a limited liability company legally organized under the laws of Minnesota, having an address of

716 Tower Drive
Medina, Minnesota 55340
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 005:  Dietary and nutritional supplements

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/02/2009, and first used in commerce at least as early as 03/01/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) CocoKefir dietary supplement product image..
Specimen File1

For informational purposes only, applicant's website address is: www.cocokefir.com
The applicant's current Correspondence Information:

CocoKefir, L.L.C.

CocoKefir, L.L.C.

716 Tower Drive

Medina, Minnesota 55340

763-478-3195(phone)

763-478-3619(fax)

mlarsen@cocokefir.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Michael Larsen/   Date Signed: 10/28/2015
Signatory's Name: Michael Larsen
Signatory's Position: CEO

RAM Sale Number: 86801644
RAM Accounting Date: 10/28/2015

Serial Number: 86801644
Internet Transmission Date: Wed Oct 28 10:07:48 EDT 2015
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20151028100748721
747-86801644-54018589d6e4df0a91c2695ac3d
aed411a923ae43cfd1247a9dad381c4865ae-CC-
12128-20151028093935856380

CocoKefir

