1 RICK L. SHACKELFORD (SBN 151262)
2 DANIELL K. NEWMAN (SBN 242834)
3 RYAN C. BYKERK (SBN 274534)
GREENBERG TRAURIG, LLP
4 1840 Century Park East, Suite 1900
Los Angeles, California  90067
5 Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: *ShackelfordR@gtlaw.com*
6 　　　　*NewmanDK@gtlaw.com*
7 　　　　*BykerkR@gtlaw.com*

Attorneys for Plaintiff, Lifeway Foods, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFEWAY FOODS, INC., an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MILLENNIUM PRODUCTS, INC., d/b/a GT'S KOMBUCHA / SYNERGY DRINKS, a California corporation; COCOKEFIR LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.  2:16-CV-07099<br><br>Hon. Manuel L. Real<br><br>**DECLARATION OF RICK L. SHACKELFORD IN SUPPORT OF PLAINTIFF LIFEWAY FOODS, INC.'S SUPPLEMENTAL BRIFING IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>TIME:　　　10:00 a.m.<br>DATE:　　　November 7, 2016<br>LOCATION:　Spring Street Courthouse<br>　　　　　　Courtroom 8, 2nd Floor<br><br>Complaint Filed:　September 21, 2016<br>Trial Date:　　　None Set |

SHACKELFORD DECLARATION ISO LIFEWAY'S SUPPLEMENTAL BRIEFING ISO
MOTION FOR PRELIMINARY INJUNCTION

I, Rick L. Shackelford, declare and state:

1. I am an attorney duly licensed to practice law by the State of California and before this court, and am a shareholder in the law firm of Greenberg Traurig, LLP, counsel of record for Plaintiff Lifeway Foods, Inc. ("Lifeway") in this action. Unless expressly otherwise stated, I have personal knowledge of the matters stated herein and could competently testify thereto.

2. On September 20, 2016, I went to the Café Gratitude located at 512 Rose Avenue, Venice, California. There I purchased six (6) bottles of "GT's CocoKefir," two bottles each of the three varieties Café Gratitude stocked.

3. Photographic images depicting a true and accurate representation of the bottle label of the "CocoKefir Cacao" flavor, including the principal display panel, Nutrition Facts panel and ingredient list, are attached hereto as **Exhibit 1**.

4. Photographic images depicting a true and accurate representation of the bottle label of the "CocoKefir Matcha" flavor, including the principal display panel, Nutrition Facts panel and ingredient list are attached hereto as **Exhibit 2**.

5. Photographic images depicting a true and accurate representation of the bottle label of the "CocoKefir Pure" flavor, including the principal display panel, Nutrition Facts panel and ingredient list are attached hereto as **Exhibit 3**.

6. True and correct copies of receipts for the purchases are attached as **Exhibit 4**.

7. On September 23, 2016, I received an email from Defendants' counsel Jordan Raphael with an attached letter from Defendants' counsel Allan Fanucchi purportedly dated, September 15, 2016. A true and correct copy of Mr. Raphael's email and the attached letter from Mr. Fanucchi are attached hereto as **Exhibit 5**.

8. A true and correct copy of a Google Consumer Surveys, consumer survey report is attached hereto as **Exhibit 6**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and covet.  Executed this 10th day of October, 2016 at Los Angeles, California.

                                        */s/  Rick L. Shackelford*
                                        Rick L. Shackelford