# EXHIBIT 1




Exhibit 001

Case 2:16-cv-07099-R-JEM   Document 12-4   Filed 10/10/16   Page 3 of 20   Page ID #:249



Exhibit 002

# EXHIBIT 2




Exhibit 003



Exhibit 004

# EXHIBIT 3




Exhibit 005



Exhibit 006

# EXHIBIT 4

```
COPY COPY COPY COPY COPY COPY COPY COPY
         CAFE GRATITUDE VENICE
              512 ROSE AVE.
0362  Table 994  #Party 1
JENNIFER A   SvrCk: 72   6:19p 09/20/16

2 GT COCONUT KIEFER                  20.00

                    Sub Total:        20.00
                       Tax      :      1.80
09/20  6:19pTOTAL:    21.80

         WE ARE GRATEFUL FOR YOU!
          www.cafegratitudeVENICE.com
                424.231.8000
           Free 90 Validated Parking




                AMT-TEND   CHANGE   TALLY
CASH             25.00      0.00
CASH/PAIDOUT                3.20    21.80
                --------           --------
                 25.00              21.80
09/20/16  6:19p

JENNIFER A
```

```
COPY COPY COPY COPY COPY COPY COPY COPY
         CAFE GRATITUDE VENICE
              512 ROSE AVE.
0359  Table 994  #Party 1
JENNIFER A   SvrCk: 71   6:18p 09/20/16

4 GT COCONUT KIEFER                  40.00

                    Sub Total:        40.00
                       Tax      :      3.60
09/20  6:19pTOTAL:    43.60

         WE ARE GRATEFUL FOR YOU!
          www.cafegratitudeVENICE.com
                424.231.8000
           Free 90 Validated Parking


                AMT-TEND   CHANGE   TALLY
CASH             50.00      0.00
CASH/PAIDOUT                6.40    43.60
                --------           --------
                 50.00              43.60
09/20/16  6:19p

JENNIFER A
```

Exhibit 007

# EXHIBIT 5

| | |
|---|---|
| **Subject:** | Letter |
| **Attachments:** | 2016_09_15_16_35_13.pdf |

**From:** Raphael, Jordan [mailto:jraphael@omm.com]
**Sent:** Friday, September 23, 2016 5:50 PM
**To:** Shackelford, Rick L. (Shld-LA-LT)
**Cc:** Raphael, Jordan
**Subject:** Letter

Rick:

The letter I mentioned is attached.  It was sent to Mr. Hass on Sept. 15.

I look forward to a productive discussion next Tuesday.

Regards,

**O'Melveny**

**Jordan Raphael**
Counsel
jraphael@omm.com
O: +1-213-430-7734

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio | LinkedIn

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

Exhibit 008

# LAW OFFICE OF ALLAN FANUCCHI, ESQ
8383 Wilshire Blvd. Suite 610
Beverly Hills, CA 90211
Phone: (323)653-4444
Fax: (323)653-4445
allan@razilaw.com

September 15, 2016

**VIA U.S. MAIL & FACSIMILE**
(847)647-6305

Douglas A. Hass
LifeWay Foods, Icn
7625 Austin Ave.
Skokie, IL 60077

Dear Mr. Hass,

    We are in receipt of your correspondence dated September 14, 2016, wherein, you request Millennium Products, Inc, on behalf of Lifeway Foods, Inc., to cease and desist in its use of the term "kefir" in its labeling and communications materials for its CocoKefir™ product. The purpose of this correspondence is to address your request.

    In your letter you cite Codex Alimentarius standards that suggest "Prepackaged food shall not be described or presented on any label or in any labeling in a manner that is false, misleading or deceptive or is liable to create an erroneous impression regarding character in any respect." (Codex Stan 1-1955, § 3.1) We are in complete agreement with you in this regard. Our Company takes its labeling and communications content very seriously and we have taken great care to ensure the messages we present to consumers are factual and comply with the laws of United State of America and the State of California, including current FDA regulations.

    In your letter you state that our use of the term "kefir" constitutes a misleading representation to consumers. We disagree with this conclusion. Your letter states, "The Codex defines "kefir" as one of a category of 'milk products obtained fermentation of milk,'" citing Codex Alimentarius Standard 243-2003, § 2.1. Upon reviewing this Codex, it does not define kefir as you describe, but rather defines kefir as "Starter culture prepared from kefir grains, *Lactobacillus kefiri*, species of the genera *Leuconostoc, Lactococcus* and *Acetobacter* growing in a strong specific relationship. Kefir grains constitute both lactose fermenting yeasts *(Kluyveromyces marxianus*) and non-lactose-fermenting yeasts *(Saccharomyces unisporus, Saccharomyces cerevisiae* and *Saccharomyces exiguus*)." Codex Alimentarius Standard 243-2003, § 2.1. As our product provides consumers with a blend of probiotic bacterium and yeast which includes species of the general nature and types as those described in this Codex, we are confident that our label and use of term kefir correctly informs consumers as to the characteristics, composition, and ingredients of CocoKefir™.

Exhibit 009

As further evidence that the term "kefir" is commonly understood as a probiotic culture and not as a term specific to milk-based beverages, a simple search of the word "kefir" on the Internet yields a myriad of references to kefir as a variety of beverages containing probiotic bacterium and yeasts found in traditional kefir grains or similar species to these. The search also yields many references to non-dairy kefirs "…such as coconut milk kefir and soy kefir."[1]
Your letter also states "…that the label for [our] CocoKefir™ drink product is ambiguous with regard to the nature and composition of the drink product," further stating that "…the ingredients panel does not identify any active kefir cultures." On the contrary, the CocoKefir™ label clearly states the ingredients of the product, including "probiotic culture." In addition, our website and promotional flyer list the individual components of the kefir culture used in the production of CocoKefir™.

Additionally, you claim the FDA has specifically addressed the misuse of "CocoKefir" in the past with a previous product that attempted to violate FDA labeling regulations in exactly the same way as our product. Further, you state the FDA found that the same brand name, "CocoKefir," could mislead consumers because of the implication that it is a dairy beverage (kefir). We are unaware of such "findings" and should you have actual documentation solidifying your claims please feel free to send our office to review; However, we are currently unaware of such "findings" by the FDA.

In conclusion, the claims made in your letter are baseless, as they do not cite current U.S. or state law nor do you include any documentation to support you claims of FDA findings. For the foregoing reasons, Millennium Products, Inc. will not cease and desist in its use of the term Kefir as an element in its trademark (current label use) and its communications materials. Should you feel you need to respond to this letter for any reason, please direct your responses to the undersigned. We feel this issue is closed.

Sincerely,

Allan Panucchi Esq.

Exhibit 010

# EXHIBIT 6

# EXHIBIT 6



| Group | Response | Non-response | Internet Population | Bias |
|---|---|---|---|---|
| 45-54 | 18.8% | 21.1% | 18.3% | 0.5% |
| 55-64 | 15.7% | 22.4% | 16.4% | -0.7% |
| 65+ | 9.5% | 19.2% | 14.2% | -4.8% |
| Midwest | 29.1% | 21.7% | 22.0% | 7.2% |
| Northeast | 19.0% | 20.6% | 18.0% | 1.0% |
| South | 30.4% | 34.2% | 36.4% | -6.1% |
| West | 21.5% | 23.5% | 23.6% | -2.2% |
| | | | **RMSE score** | 2.3% |



©2016 Google - About - Terms - Privacy Policy - Program Policies - Send Feedback

