BRIAN M. BERLINER (S.B. #156732)
bberliner@omm.com
JORDAN RAPHAEL (S.B. #252344)
jraphael@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

TIM BYRON (S.B. #277569)
tbyron@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
MILLENNIUM PRODUCTS, INC. and
COCOKEFIR LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LIFEWAY FOODS, INC., | Case No. 2:16-cv-07099-R-JEM |
|---|---|
| Plaintiff, | **DECLARATION OF JORDAN RAPHAEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION & AMENDED MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| MILLENNIUM PRODUCTS, INC., d/b/a GT'S KOMBUCHA / SYNERGY DRINKS; COCOKEFIR LLC | |
| Defendants. | Judge: Hon. Manuel L. Real |
| | Hearing Date: Nov. 7, 2016 |
| | Complaint Filed: Sept. 21, 2016 |
| | Trial Date: Not Set |

RAPHAEL DECL. ISO OPPO.
TO PRELIMINARY INJ. MOTION
2:16-cv-07099-R-JEM

1    I, Jordan Raphael, under penalty of perjury, declare as follows:

2    1.    I am a member in good standing of the Bar of the State of California. I

3    am an attorney at the law firm of O'Melveny & Myers, LLP, attorneys of record for

4    Defendants Millennium Products, Inc. and CocoKefir LLC (collectively,

5    "Defendants") in this case, and am one of the attorneys principally responsible for

6    handling this case. I submit this declaration based upon my personal knowledge in

7    support of Defendants' Opposition to Plaintiff's *Ex Parte* Application and

8    Amended Motion for Preliminary Injunction in the above-captioned action. If

9    called to testify as a witness, I could and would do so under oath.

10    2.    Attached hereto as **Exhibit A** is a true and correct copy of a printout of

11    the Codex Alimentarius "About Codex" webpage.

12    3.    Attached hereto as **Exhibit B** is a true and correct copy of Codex

13    Alimentarius's Codex Standard for Fermented Milk, Codex Stan 243-2003.

14    4.    Attached hereto as **Exhibit C** is a true and correct copy of the

15    successful fax transmission results message counsel for Defendants received when

16    he faxed a September 15, 2016 response letter to the fax number provided by Mr.

17    Douglas A. Hass, counsel for Plaintiff Lifeway Foods, Inc. ("Lifeway") on the

18    letterhead of Lifeway's September 14, 2016 cease and desist letter.

19    5.    Attached hereto as **Exhibit D** is a true and correct copy of the Food &

20    Drug Administration's ("FDA") May 15, 2008 press release concerning its entry

21    into a consent decree with Lifeway.

22    6.    Attached hereto as **Exhibit E** is a true and correct copy of a February

23    18, 2011 warning letter from the FDA to Lifeway.

24    7.    Attached hereto as **Exhibit F** is a true and correct copy of a January 7,

25    2016 blog post by Lifeway from its website, titled *Kefir Beer - Is It a Thing?*

26    8.    Attached hereto as **Exhibit G** is a true and correct copy of a June 1,

27    2015 blog post by Lifeway from its website, titled *5 Easy Ways to Improve*

28    *Digestive Health*.

2

1    9.    Attached hereto as **Exhibit H** is a true and correct copy of the file
2  history for Lifeway's U.S. Trademark Application Serial No. 75787565.

3    10.   Attached hereto as **Exhibit I** is a true and correct copy of the file
4  history for Lifeway's U.S. Trademark Application Serial No. 75787577.

5    11.   Attached hereto as **Exhibit J** is a true and correct copy of the file
6  history for Lifeway's U.S. Trademark Application Serial No. 75790707.

7    12.   Attached hereto as **Exhibit K** is a true and correct copy of a
8  photograph of a bottle of The Living Apothecary nondairy kefir water tea taken on
9  October 6, 2016.  This product was purchased at my direction by another
10  O'Melveny & Myers attorney from a Berkeley Bowl grocery store in Berkeley,
11  California.

12    13.   Attached hereto as **Exhibit L** is a true and correct copy of an email
13  correspondence I received from counsel for Lifeway on October 11, 2016
14  concerning the Google survey submitted with the Declaration of Rick L.
15  Shackelford, ECF No. 12-3.

16    14.   Attached hereto as **Exhibit M** is a true and correct copy of an image of
17  a Lifeway kefir product from the website of supermarket chain Giant Eagle.

18    I declare under penalty of perjury under the laws of the United States of
19  America that the foregoing is true and correct to the best of my knowledge,
20  information, and belief.

21    Executed at Los Angeles, California, this 17th day of October, 2016.

22

23    By:   */s/ Jordan Raphael*
         Jordan Raphael
24

25

26

27

28

RAPHAEL DECL. ISO OPPO.
TO PRELIMINARY INJ. MOTION
2:16-cv-07099-R-JEM

# EXHIBIT A

english | français | español | العربية | 中文 | русский

# C O D E X   A L I M E N T A R I U S

## About Codex

C O D E X   A L I M E N T A R I U S   is about safe, good food for everyone - everywhere.

International food trade has existed for thousands of years but until not too long ago food was mainly produced, sold and consumed locally. Over the last century the amount of food traded internationally has grown exponentially, and a quantity and variety of food never before possible travels the globe today.

The C O D E X   A L I M E N T A R I U S international food standards, guidelines and codes of practice contribute to the safety, quality and fairness of this international food trade. Consumers can trust the safety and quality of the food products they buy and importers can trust that the food they ordered will be in accordance with their specifications.



Public concerns about food safety issues are often placing Codex at the centre of global debates. Biotechnology, pesticides, food additives and contaminants are some of the issues discussed in Codex meetings. Codex standards are based on the best available science assisted by independent international risk assessment bodies or ad-hoc consultations organized by FAO and WHO.



While being recommendations for voluntary application by members, Codex standards serve in many cases as a basis for national legislation.





The reference made to Codex food safety standards in the World Trade Organization's Agreement on Sanitary and Phytosanitary measures (SPS Agreement) means that Codex has far reaching implications for resolving trade disputes. WTO members that wish to apply stricter food safety measures than those set by Codex may be required to justify these measures scientifically.

Codex members cover 99% of the world's population. More and more developing countries are taking an active part in the Codex process - in many cases assisted by the Codex Trust Fund, which strives to finance - and train - participants from such countries to enable efficient participation. Being an active member of Codex helps countries to compete in sophisticated world markets - and to improve food safety for their own population. At the same time exporters know what importers demand, and importers are protected from substandard shipments.

International governmental and non-governmental organizations can become accredited Codex observers to provide expert information, advice and assistance to the Commission.

Since its beginnings in 1963, the Codex system has evolved in an open, transparent and inclusive way to meet emerging challenges. International food trade is a 200 billion dollar a year industry, with billions of tonnes of food produced, marketed and transported.

There is a lot at stake for protecting consumers' health and ensuring fair practices in the food trade.

All information on Codex is public and free. For any questions please contact the

**Exhibit A**

**Page 4**

1/2

10/5/2016                                CODEX Alimentarius: About Codex

Codex Secretariat.



Updated on 16-02-2016

© Copyright 2016 Codex Alimentarius | RSS Feed | Help | Sitemap | Contact us | Print | Send link | Custom footer

Exhibit A
Page 5

2/2

# EXHIBIT B

# CODEX STANDARD FOR FERMENTED MILKS

**CODEX STAN 243-2003**

## 1. SCOPE

This standard applies to fermented milks, that is Fermented Milk including, Heat Treated Fermented Milks, Concentrated Fermented Milks and composite milk products based on these products, for direct consumption or further processing in conformity with the definitions in Section 2 of this Standard.

## 2. DESCRIPTION

2.1 *Fermented Milk* is a milk product obtained by fermentation of milk, which milk may have been manufactured from products obtained from milk with or without compositional modification as limited by the provision in Section 3.3, by the action of suitable microorganisms and resulting in reduction of pH with or without coagulation (iso-electric precipitation). These starter microorganisms shall be viable, active and abundant in the product to the date of minimum durability. If the product is heat-treated after fermentation the requirement for viable microorganisms does not apply.

Certain Fermented Milks are characterized by specific starter culture(s) used for fermentation as follows:

| | |
|---|---|
| **Yoghurt:** | Symbiotic cultures of *Streptococcus thermophilus* and *Lactobacillus delbrueckii* subsp. *bulgaricus*. |
| **Alternate Culture Yoghurt:** | Cultures of *Streptococcus thermophilus* and any *Lactobacillus* species. |
| **Acidophilus Milk:** | *Lactobacillus acidophilus*. |
| **Kefir:** | Starter culture prepared from kefir grains, *Lactobacillus kefiri*, species of the genera *Leuconostoc*, *Lactococcus* and *Acetobacter* growing in a strong specific relationship. Kefir grains constitute both lactose fermenting yeasts (*Kluyveromyces marxianus*) and non-lactose-fermenting yeasts (*Saccharomyces unisporus*, *Saccharomyces cerevisiae* and *Saccharomyces exiguus*). |
| **Kumys:** | *Lactobacillus delbrueckii* subsp. *bulgaricus* and *Kluyveromyces marxianus*. |

Other microorganisms than those constituting the specific starter culture(s) specified above may be added.

2.2 *Concentrated Fermented Milk* is a Fermented Milk the protein of which has been increased prior to or after fermentation to minimum 5.6%. Concentrated Fermented Milks includes traditional products such as Stragisto (strained yoghurt), Labneh, Ymer and Ylette.

2.3 *Flavoured Fermented Milks* are composite milk products, as defined in Section 2.3 of the *General Standard for the Use of Dairy Terms* (CODEX STAN 206-1999) which contain a maximum of 50% (m/m) of non-dairy ingredients (such as nutritive and non nutritive sweeteners, fruits and vegetables as well as juices, purees, pulps, preparations and

Exhibit B
Page 6

1

MILK AND MILK PRODUCTS (2nd Edition)

preserves derived therefrom, cereals, honey, chocolate, nuts, coffee, spices and other harmless natural flavouring foods) and/or flavours. The non-dairy ingredients can be mixed in prior to/or after fermentation.

2.4 **Drinks based on Fermented Milk** are composite milk products, as defined in Section 2.3 of the *General Standard for the Use of Dairy Terms* (CODEX STAN 206-1999), obtained by mixing Fermented Milk as described in Section 2.1 with potable water with or without the addition of other ingredients such as whey, other non-dairy ingredients, and flavourings. Drinks Based on Fermented Milk contain a minimum of **40%** (m/m) fermented milk.

Other microorganisms than those constituting the specific starter cultures may be added.

## 3. ESSENTIAL COMPOSITION AND QUALITY FACTORS

### 3.1 Raw materials
- Milk and/or products obtained from milk.
- Potable water for the use in reconstitution or recombination.

### 3.2 Permitted ingredients
- Starter cultures of harmless microorganisms including those specified in Section 2;
- Other suitable and harmless microorganisms (*in products covered by Section 2.4*);
- Sodium chloride;
- Non-dairy ingredients as listed in Section 2.3 (Flavoured Fermented Milks);
- Potable water (*in products covered by Section 2.4*);
- Milk and milk products (*in products covered by Section 2.4*);
- Gelatine and starch in:
  - fermented milks heat-treated after fermentation;
  - flavoured fermented milk;
  - drinks based on fermented milk; and
  - plain fermented milks if permitted by national legislation in the country of sale to the final consumer;

  provided they are added only in amounts functionally necessary as governed by Good Manufacturing Practice, taking into account any use of the stabilizers/thickeners listed in section 4. These substances may be added either before or after adding the non-dairy ingredients.

### 3.3 Composition

| | Fermented Milk | Yoghurt, Alternate Culture Yoghurt and Acidophilus milk | Kefir | Kumys |
|---|---|---|---|---|
| Milk protein[a] (% m/m) | min. 2.7% | min. 2.7% | min. 2.7% | |
| Milk fat (% m/m) | less than 10% | less than 15% | less than 10% | less than 10% |
| Titrable acidity, expressed as % lactic acid (% m/m) | min. 0.3% | min. 0.6% | min. 0.6% | min. 0.7% |
| Ethanol (% vol./w) | | | | min. 0.5% |

2

| | Fermented Milk | Yoghurt, Alternate Culture Yoghurt and Acidophilus milk | Kefir | Kumys |
|---|---|---|---|---|
| Sum of microorganisms constituting the starter culture defined in section 2.1 (cfu/g, in total) | min. $10^7$ | min. $10^7$ | min. $10^7$ | min. $10^7$ |
| Labelled microorganisms[b] (cfu/g, total) | min. $10^6$ | min. $10^6$ | | |
| Yeasts (cfu/g) | | | min. $10^4$ | min. $10^4$ |

(a)  Protein content is 6.38 multiplied by the total Kjeldahl nitrogen determined.
(b)  Applies where a content claim is made in the labelling that refers to the presence of a specific microorganism (other than those specified in section 2.1 for the product concerned) that has been added as a supplement to the specific starter culture.

In Flavoured Fermented Milks and Drinks based on Fermented Milk the above criteria apply to the fermented milk part. The microbiological criteria (based on the proportion of fermented milk product) are valid up to the date of minimum durability. This requirement does not apply to products heat-treated after fermentation.

Compliance with the microbiological criteria specified above is to be verified through analytical testing of the product through to "the date of minimum durability" after the product has been stored under the storage conditions specified in the labeling.

### 3.4 Essential manufacturing characteristics
Whey removal after fermentation is not permitted in the manufacture of fermented milks, except for Concentrated Fermented Milk (Section 2.2).

## 4.  FOOD ADDITIVES

Only those additives classes indicated in the table below may be used for the product categories specified. Within each additive class, and where permitted according to the table, only those individual additives listed may be used and only within the limits specified.

In accordance with Section 4.1 of the Preamble to the *General Standard for Food Additives* (CODEX STAN 192-1995), additional additives may be present in the flavoured fermented milks and drinks based on fermented milk as a result of carry-over from non-dairy ingredients.

| | Fermented Milks and Drinks based on Fermented Milk | | Fermented Milks Heat Treated After Fermentation and Drinks based on Fermented Milk Heat Treated After Fermentation | |
|---|---|---|---|---|
| Additive class | Plain | Flavoured | Plain | Flavoured |
| Acidity regulators | – | X | X | X |
| Carbonating agents | $X^{(b)}$ | $X^{(b)}$ | $X^{(b)}$ | $X^{(b)}$ |
| Colours | – | X | – | X |

3

Exhibit B
Page 8

MILK AND MILK PRODUCTS (2nd Edition)

| Additive class | Fermented Milks and Drinks based on Fermented Milk | | Fermented Milks Heat Treated After Fermentation and Drinks based on Fermented Milk Heat Treated After Fermentation | |
|---|---|---|---|---|
| | Plain | Flavoured | Plain | Flavoured |
| Emulsifiers | – | X | – | X |
| Flavour enhancers | – | X | – | X |
| Packaging gases | – | X | X | X |
| Preservatives | – | – | – | X |
| Stabilizers | X(a) | X | X | X |
| Sweeteners | – | X | – | X |
| Thickeners | X(a) | X | X | X |

(a) Use is restricted to reconstitution and recombination and if permitted by national legislation in the country of sale to the final consumer.

(b) Use of carbonating agents is technologically justified in Drinks based on Fermented Milk only.

X   The use of additives belonging to the class is technologically justified. In the case of flavoured products the additives are technologically justified in the dairy portion.

–   The use of additives belonging to the class is not technologically justified

Acidity regulators, colours, emulsifiers, packaging gases and preservatives listed in Table 3 of the *General Standard for Food Additives* (CODEX STAN 192-1995) are acceptable for use in fermented milk products categories as specified in the table above.

| INS No. | Name of additive | Maximum level |
|---|---|---|
| **Acidity regulators** | | |
| 334 | Tartaric acid L(+)- | |
| 335(i) | Monosodium tartrate | |
| 335(ii) | Sodium L(+)-tartrate | |
| 336(i) | Monopotassium tartrate | 2 000 mg/kg as tartaric acid |
| 336(ii) | Dipotassium tartrate | |
| 337 | Potassium sodium L(+)-tartrate | |
| 355 | Adipic acid | |
| 356 | Sodium adipate | |
| 357 | Potassium adipate | 1 500 mg/kg as adipic acid |
| 359 | Ammonium adipate | |
| **Carbonating agents** | | |
| 290 | Carbon dioxide | GMP |
| **Colours** | | |
| 100(i) | Curcumin | 100 mg/kg |
| 101(i) | Riboflavin, synthetic | 300 mg/kg |
| 101(ii) | Riboflavin 5'-phosphate, sodium | |
| 102 | Tartrazine | 300 mg/kg |
| 104 | Quinoline yellow | 150 mg/kg |
| 110 | Sunset yellow FCF | 300 mg/kg |
| 120 | Carmines | 150 mg/kg |

4

**Exhibit B**
**Page 9**

| INS No. | Name of additive | Maximum level |
|---|---|---|
| 122 | Azorubine (Carmoisine) | 150 mg/kg |
| 124 | Ponceau 4R (Cochineal red A) | 150 mg/kg |
| 129 | Allura red AC | 300 mg/kg |
| 132 | Indigotine | 100 mg/kg |
| 133 | Brilliant blue FCF | 150 mg/kg |
| 141(i) | Chlorophylls, copper complexes | 500 mg/kg |
| 141(ii) | Chlorophyllins, copper complexes, sodium and potassium salts | |
| 143 | Fast green FCF | 100 mg/kg |
| 150b | Caramel II – sulfite caramel | 150 mg/kg |
| 150c | Caramel III – ammonia caramel | 2 000 mg/kg |
| 150d | Caramel IV – sulfite ammonia caramel | 2 000 mg/kg |
| 151 | Brilliant black (Black PN) | 150 mg/kg |
| 155 | Brown HT | 150 mg/kg |
| 160a(i) | Carotene, *beta*-, synthetic | 100 mg/kg |
| 160e | Carotenal, *beta*-apo-8'- | |
| 160f | Carotenoic acid, methyl or ethyl ester, *beta*-apo-8'- | |
| 160a(iii) | Carotenes, *beta*-, *Blakeslea trispora* | |
| 160a(ii) | Carotenes, *beta*-, vegetable | 600 mg/kg |
| 160b(i) | Annatto extracts, bixin-based | 20 mg/kg as bixin |
| 160b(ii) | Annatto extracts, norbixin-based | 20 mg/kg as norbixin |
| 160d | Lycopenes | 30 mg/kg as pure lycopene |
| 161b(i) | Lutein from *Tagetes erecta* | 150 mg/kg |
| 161h(i) | Zeaxanthin, synthetic | 150 mg/kg |
| 163(ii) | Grape skin extract | 100 mg/kg |
| 172(i) | Iron oxide, black | 100 mg/kg |
| 172(ii) | Iron oxide, red | |
| 172(iii) | Iron oxide, yellow | |
| **Emulsifiers** | | |
| 432 | Polyoxyethylene (20) sorbitan monolaurate | 3 000 mg/kg |
| 433 | Polyoxyethylene (20) sorbitan monooleate | |
| 434 | Polyoxyethylene (20) sorbitan monopalmitate | |
| 435 | Polyoxyethylene (20) sorbitan monostearate | |
| 436 | Polyoxyethylene (20) sorbitan tristearate | |
| 472e | Diacetyltartaric and fatty acid esters of glycerol | 10 000 mg/kg |
| 473 | Sucrose esters of fatty acids | 5 000 mg/kg |
| 474 | Sucroglycerides | 5 000 mg/kg |
| 475 | Polyglycerol esters of fatty acids | 2 000 mg/kg |
| 477 | Propylene glycol esters of fatty acids | 5 000 mg/kg |
| 481(i) | Sodium stearoyl lactylate | 10 000 mg/kg |
| 482(i) | Calcium stearoyl lactylate | 10 000 mg/kg |

MILK AND MILK PRODUCTS (2nd Edition)

| INS No. | Name of additive | Maximum level |
|---------|------------------|---------------|
| 491 | Sorbitan monostearate | |
| 492 | Sorbitan tristearate | |
| 493 | Sorbitan monolaurate | 5 000 mg/kg |
| 494 | Sorbitan monooleate | |
| 495 | Sorbitan monopalmitate | |
| 900a | Polydimethylsiloxane | 50 mg/kg |

**Flavour enhancers**

| | | |
|---------|------------------|---------------|
| 580 | Magnesium gluconate | GMP |
| 620 | Glutamic acid, (L+)- | GMP |
| 621 | Monosodium L-glutamate | GMP |
| 622 | Monopotassium L-glutamate | GMP |
| 623 | Calcium di-L-glutamate | GMP |
| 624 | Monoammonium L-glutamate | GMP |
| 625 | Magnesium di-L-glutamate | GMP |
| 626 | Guanylic acid, 5'- | GMP |
| 627 | Disodium 5'-guanylate- | GMP |
| 628 | Dipotassium 5'-guanylate- | GMP |
| 629 | Calcium 5'-guanylate | GMP |
| 630 | Inosinic acid, 5'- | GMP |
| 631 | Disodium 5'-inosinate | GMP |
| 632 | Dipotassium 5'-inosinate | GMP |
| 633 | Calcium 5'-inosinate | GMP |
| 634 | Calcium 5'-ribonucleotides- | GMP |
| 635 | Disodium 5'-ribonucleotides- | GMP |
| 636 | Maltol | GMP |
| 637 | Ethyl maltol | GMP |

**Preservatives**

| | | |
|---------|------------------|---------------|
| 200 | Sorbic acid | |
| 201 | Sodium sorbate | 1 000 mg/kg as sorbic acid |
| 202 | Potassium sorbate | |
| 203 | Calcium sorbate | |
| 210 | Benzoic acid | |
| 211 | Sodium benzoate | 300 mg/kg as benzoic acid |
| 212 | Potassium benzoate | |
| 213 | Calcium benzoate | |
| 234 | Nisin | 500 mg/kg |

**Stabilizers and Thickeners**

| | | |
|---------|------------------|---------------|
| 170(i) | Calcium carbonate | GMP |
| 331(iii) | Trisodium citrate | GMP |

6

**Exhibit B**
**Page 11**

FERMENTED MILKS (CODEX STAN 243-2003)

| INS No. | Name of additive | Maximum level |
|---|---|---|
| 338 | Phosphoric acid | |
| 339(i) | Sodium dihydrogen phosphate | |
| 339(ii) | Disodium hydrogen phosphate | |
| 339(iii) | Trisodium phosphate | |
| 340(i) | Potassium dihydrogen phosphate | |
| 340(ii) | Dipotassium hydrogen phosphate | |
| 340(iii) | Tripotassium phosphate | |
| 341(i) | Monocalcium dihydrogen phosphate | |
| 341(ii) | Calcium hydrogen phosphate | |
| 341(iii) | Tricalcium orthophosphate | |
| 342(i) | Ammonium dihydrogen phosphate | |
| 342(ii) | Diammonium hydrogen phosphate | |
| 343(i) | Monomagnesium phosphate | |
| 343(ii) | Magnesium hydrogen phosphate | |
| 343(iii) | Trimagnesium phosphate | 1 000 mg/kg, singly or in combination, as phosphorus |
| 450(i) | Disodium diphosphate | |
| 450(ii) | Trisodium diphosphate | |
| 450(iii) | Tetrasodium diphosphate | |
| 450(v) | Tetrapotassium diphosphate | |
| 450(vi) | Dicalcium diphosphate | |
| 450(vii) | Calcium dihydrogen diphosphate | |
| 451(i) | Pentasodium triphosphate | |
| 451(ii) | Pentapotassium triphosphate | |
| 452(i) | Sodium polyphosphate | |
| 452(ii) | Potassium polyphosphate | |
| 452(iii) | Sodium calcium polyphosphate | |
| 452(iv) | Calcium polyphosphate | |
| 452(v) | Ammonium polyphosphate | |
| 542 | Bone phosphate | |
| 400 | Alginic acid | GMP |
| 401 | Sodium alginate | GMP |
| 402 | Potassium alginate | GMP |
| 403 | Ammonium alginate | GMP |
| 404 | Calcium alginate | GMP |
| 405 | Propylene glycol alginate | GMP |
| 406 | Agar | GMP |
| 407 | Carrageenan | GMP |
| 407a | Processed euchema seaweed (PES) | GMP |
| 410 | Carob bean gum | GMP |
| 412 | Guar gum | GMP |
| 413 | Tragacanth gum | GMP |
| 414 | Gum Arabic (Acacia gum) | GMP |
| 415 | Xanthan gum | GMP |
| 416 | Karaya gum | GMP |
| 417 | Tara gum | GMP |
| 418 | Gellan gum | GMP |

7

**Exhibit B**
**Page 12**

MILK AND MILK PRODUCTS (2nd Edition)

| INS No. | Name of additive | Maximum level |
|---|---|---|
| 425 | Konjac flour | GMP |
| 440 | Pectins | GMP |
| 459 | Cyclodextrin, -beta | 5 mg/kg |
| 460(i) | Microcrystalline cellulose (Cellulose gel) | GMP |
| 460(ii) | Powdered cellulose | GMP |
| 461 | Methyl cellulose | GMP |
| 463 | Hydroxypropyl cellulose | GMP |
| 464 | Hydroxypropyl methyl cellulose | GMP |
| 465 | Methyl ethyl cellulose | GMP |
| 466 | Sodium carboxymethyl cellulose (Cellulose gum) | GMP |
| 467 | Ethyl hydroxyethyl cellulose | GMP |
| 468 | Cross-linked sodium carboxymethyl cellulose (Cross-linked cellulose gum) | GMP |
| 469 | Sodium carboxymethyl cellulose, enzymatically hydrolyzed (Cellulose gum, enzymatically hydrolyzed) | GMP |
| 470(i) | Salts of myristic, palmitic and stearic acids with ammonia, calcium, potassium and sodium | GMP |
| 470(ii) | Salts of oleic acid with calcium, potassium and sodium | GMP |
| 471 | Mono- and di- glycerides of fatty acids | GMP |
| 472a | Acetic and fatty acid esters of glycerol | GMP |
| 472b | Lactic and fatty acid esters of glycerol | GMP |
| 472c | Citric and fatty acid esters of glycerol | GMP |
| 508 | Potassium chloride | GMP |
| 509 | Calcium chloride | GMP |
| 511 | Magnesium chloride | GMP |
| 1200 | Polydextrose | GMP |
| 1400 | Dextrins, roasted starch | GMP |
| 1401 | Acid treated starch | GMP |
| 1402 | Alkaline treated starch | GMP |
| 1403 | Bleached starch | GMP |
| 1404 | Oxidized starch | GMP |
| 1405 | Starches, enzyme treated | GMP |
| 1410 | Mono starch phosphate | GMP |
| 1412 | Distarch phosphate | GMP |
| 1413 | Phosphated distarch phosphate | GMP |
| 1414 | Acetylated distarch phosphate | GMP |
| 1420 | Starch acetate | GMP |
| 1422 | Acetylated distarch adipate | GMP |
| 1440 | Hydroxypropyl starch | GMP |
| 1442 | Hydroxypropyl distarch phosphate | GMP |
| 1450 | Starch sodium octenyl succinate | GMP |
| 1451 | Acetylated oxidized starch | GMP |

**Sweeteners[a]**

| | | |
|---|---|---|
| 420 | Sorbitol | GMP |
| 421 | Mannitol | GMP |

8

| INS No. | Name of additive | Maximum level |
|---------|------------------|---------------|
| 950 | Acesulfame potassium | 350 mg/kg |
| 951 | Aspartame | 1 000 mg/kg |
| 952 | Cyclamates | 250 mg/kg |
| 953 | Isomalt (Hydrogenated isomaltulose) | GMP |
| 954 | Saccharin | 100 mg/kg |
| 955 | Sucralose (Trichlorogalactosucrose) | 400 mg/kg |
| 956 | Alitame | 100 mg/kg |
| 961 | Neotame | 100 mg/kg |
| 962 | Aspartame-acesulfame salt | 350 mg/kg on an acesulfame potassium equivalent basis |
| 964 | Polyglycitol syrup | GMP |
| 965 | Maltitols | GMP |
| 966 | Lactitol | GMP |
| 967 | Xylitol | GMP |
| 968 | Erythritol | GMP |

(a)  The use of sweeteners is limited to milk-and milk derivative-based products energy reduced or with no added sugar.

## 5.  CONTAMINANTS

The products covered by this Standard shall comply with the Maximum Levels for contaminants that are specified for the product in the *General Standard for Contaminants and Toxins in Foods and Feeds* (CODEX STAN 193-1995).

The milk used in the manufacture of the products covered by this Standard shall comply with the Maximum Levels for contaminants and toxins specified for milk by the *General Standard for Contaminants and Toxins in Foods and Feeds* (CODEX STAN 193-1995) and with the maximum residue limits for veterinary drug residues and pesticides established for milk by the CAC.

## 6.  HYGIENE

It is recommended that the products covered by the provisions of this standard be prepared and handled in accordance with the appropriate sections of the *General Principles of Food Hygiene* (CAC/RCP 1-1969), the *Code of Hygienic Practice for Milk and Milk Products* (CAC/RCP 57-2004) and other relevant Codex texts such as Codes of Hygienic Practice and Codes of Practice. The products should comply with any microbiological criteria established in accordance with the *Principles for the Establishment and Application of Microbiological Criteria for Foods* (CAC/GL 21-1997).

## 7.  LABELLING

In addition to the provisions of the *General Standard for the Labelling of Prepackaged Foods* (CODEX STAN 1-1985) and the *General Standard for the Use of Dairy Terms* (CODEX STAN 206-1999), the following specific provisions apply:

9

## 7.1 Name of the food

7.1.1 The name of the products covered by sections 2.1, 2.2 and 2.3, shall be fermented milk or concentrated fermented milk as appropriate.

However, these names may be replaced by the designations Yoghurt, Acidophilus Milk, Kefir, Kumys, Stragisto, Labneh, Ymer and Ylette, provided that the product complies with the specific provisions of this Standard. Yoghurt may be spelled as appropriate in the country of retail sale.

"Alternate culture yoghurt", as defined in Section 2, shall be named through the use of an appropriate qualifier in conjunction with the word "yoghurt". The chosen qualifier shall describe, in a way that is accurate and not misleading to the consumer, the nature of the change imparted to the yoghurt through the selection of the specific *Lactobacilli* in the culture for manufacturing the product. Such change may include a marked difference in the fermentation organisms, metabolites and/or sensory properties of the product when compared to the product designated solely as "yoghurt". Examples of qualifiers which describe differences in sensory properties include terms such as "mild" and "tangy". The term "alternate culture yoghurt" shall not apply as a designation.

The above specific terms may be used in connection with the term "frozen" provided (i) that the product submitted to freezing complies with the requirements in this Standard, (ii) that the specific starter cultures can be reactivated in reasonable numbers by thawing, and (iii) that the frozen product is named as such and is sold for direct consumption, only.

Other fermented milks and concentrated fermented milks may be designated with other variety names as specified in the national legislation of the country in which the product is sold, or names existing by common usage, provided that such designations do not create an erroneous impression in the country of retail sale regarding the character and identity of the food.

7.1.2 Products obtained from fermented milk(s) heat treated after fermentation shall be named "Heat Treated Fermented Milk". If the consumer would be misled by this name, the products shall be named as permitted by national legislation in the country of retail sale. In countries where no such legislation exists, or no other names are in common usage, the product shall be named "Heat Treated Fermented Milk".

7.1.3 The designation of Flavoured Fermented Milks shall include the name of the principal flavouring substance(s) or flavour(s) added.

7.1.4 The name of the products defined in Section 2.4 shall be drinks based on fermented milk or may be designated with other variety names as allowed in the national legislation of the country in which the product is sold. In particular, water added as an ingredient to fermented milk shall be declared in the list of ingredients[1] and the percentage of fermented milk used (m/m) shall clearly appear on the label. When flavoured, the designation shall include the name of the principal flavouring substance(s) or flavour(s) added.

---

[1] As prescribed in section 4.2.1.5 of the *General Standard for the Labelling of Prepackaged Foods* (CODEX STAN 1-1985)

Exhibit B
Page 15

7.1.5 Fermented milks to which only nutritive carbohydrate sweeteners have been added, may be labeled as "sweetened _____", the blank being replaced by the term "Fermented Milk" or another designation as specified in Section 7.1.1 and 7.1.4. If non-nutritive sweeteners are added in partial or total substitution to sugar, the mention "sweetened with _____" or "sugared and sweetened with _____" should appear close to the name of the product, the blank being filled in with the name of the artificial sweeteners.

7.1.6 The names covered by this Standard may be used in the designation, on the label, in commercial documents and advertising of other foods, provided that it is used as an ingredient and that the characteristics of the ingredient are maintained to a relevant degree in order not to mislead the consumer.

## 7.2  Declaration of fat content

If the consumer would be mislead by the omission, the milk fat content shall be declared in a manner acceptable in the country of sale to the final consumer, either as (i) a percentage of mass or volume, or (ii) in grams per serving as qualified in the label, provided that the number of servings is stated.

## 7.3  Labelling of non-retail containers

Information required in Section 7 of this Standard and Sections 4.1 to 4.8 of the *General Standard for the Labelling of Pre-packaged Foods*, and, if necessary, storage instructions, shall be given either on the container or in accompanying documents, except that the name of the product, lot identification, and the name and address of the manufacturer or packer, shall appear on the container. However, lot identification and the name and address of the manufacturer or packager may be replaced by an identification mark, provided that such mark is clearly identifiable with the accompanying documents.

## 8.  METHODS OF SAMPLING AND ANALYSIS

See CODEX STAN 234-1999.

**Exhibit B**
**Page 16**

# EXHIBIT C

**Subject:**                              Fax Message Transmission Result  to +18476476305 – Sent

**From:** RingCentral [mailto:service@ringcentral.com]
**Sent:** Thursday, September 15, 2016 4:59 PM
**To:** RLG 1; Allan Fanucci
**Subject:** Fax Message Transmission Result to +18476476305 – Sent

---

## Fax Transmission Results

Here are the results of the 3-page fax you sent from your phone number **(877) 888-5292, Ext. 555**:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 8476476305@rcfax.com | +18476476305 | Thursday, September 15, 2016 at 04:57 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| 2016_09_15_16_35_13.pdf | Success |

1

**Exhibit C**
**Page 17**

# EXHIBIT D



U.S. Department of Health & Human Services                                                                    a A A

**FDA**  **U.S. FOOD & DRUG**
ADMINISTRATION

A to Z index | Follow FDA | En Español

SEARCH

| Home | Food | Drugs | Medical Devices | Radiation-Emitting Products | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Tobacco Products |

**Archived Content**
The content on this page is provided for reference purposes only. This content has not been altered or updated since it was archived.

Search Archive

## News & Events
Home | News & Events | Newsroom | Press Announcements | 2008

**FDA NEWS RELEASE**

**FOR IMMEDIATE RELEASE**
May 15, 2008

**Media Inquiries:**
Stephanie Kwisnek, 301-827-0955
**Consumer Inquiries:**
888-INFO-FDA

### FDA Takes Action against Cream Cheese Companies, Executives
*Repeated federal violations and failure to correct drove action*

The U.S. Food and Drug Administration today announced the shut down of cream cheese and seafood operations at Lifeway Foods, Inc. and its subsidiary, LFI Enterprises, Inc., both Illinois companies, until they are found compliant with food-safety laws. A consent decree of permanent injunction, signed by both corporations and two of their top executives, Julie and Edward Smolyansky (the defendants), halts cream cheese and seafood processing in facilities in Skokie, Ill., and Philadelphia, Pa.

The FDA's enforcement action follows the defendants' extensive history of violations of the Federal Food, Drug, and Cosmetic Act dating back to at least 2004. The complaint, filed by the U.S. Department of Justice, alleges that the defendants:

- Labeled and distributed cream cheese products with inadequate labels, including labels that did not disclose major food allergens, trans fat levels, and complete ingredient lists;
- Processed and distributed products with seafood, including whitefish salad, ground nova salmon, and lox cream cheese and lox cream cheese spreads, without adequate Hazard Analysis and Critical Control Point (HACCP) plans to ensure the safe and sanitary processing of seafood containing products; and
- Failed to document that they monitored sanitation conditions to keep food contact surfaces clean, to prevent cross-contamination from unsanitary objects, and to maintain hand washing, hand sanitizing, and toilet facilities.

"We simply can't allow companies to put the public's health at risk by not having adequate procedures and plans to produce safe food and proper labeling," said Margaret O'K. Glavin, associate commissioner for regulatory affairs. "We will work to take action against companies and their executives that violate the law."

Under the consent decree, operations may resume only after the FDA determines that the defendants have come into full compliance will all food-safety requirements. The consent decree requires the defendants to hire a seafood-processing expert to prepare a HACCP plan and to submit the plan to the FDA.

The HACCP violations pose a public health hazard because, without adequate controls, the defendants' seafood products could foster dangerous bacteria, such as *Vibrio* species, *Salmonella*, *Escherichia coli*, *Campylobacter jejuni*, *Staphylococcus aureus*, and *Listeria monocytogenes*. Food products with these kinds of pathogens can cause serious illnesses for people who eat them. Further, foods sold with labels that do not disclose major food allergens and complete ingredient lists can cause severe or life-threatening allergic reactions in people who are allergic to the undisclosed allergens.

The decree does not include other products manufactured by Lifeway including kefir, Farmers cheese, and spreadable cheese products.

The decree was signed by Judge Wayne R. Andersen on May 15, 2008, in the U.S. District Court for the Northern District of Illinois.

#

RSS Feed for FDA News Releases [what is RSS?]

Page Last Updated: 04/15/2013
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

**FDA** | Accessibility | Contact FDA | Careers | FDA Basics | FOIA | No FEAR Act | Site Map | Transparency | Website Policies

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

**Combination Products**
**Advisory Committees**
**Science & Research**
**Regulatory Information**
**Safety**

U.S. Department of Health & Human Services

**Exhibit D**
**Page 18**



For Government | For Press

Emergency Preparedness
International Programs
News & Events
Training and Continuing Education
Inspections/Compliance
State & Local Officials
Consumers
Industry
Health Professionals
FDA Archive

Exhibit D
Page 19

# EXHIBIT E



U.S. Department of **Health & Human Services**

a A A

**FDA** **U.S. FOOD & DRUG**
ADMINISTRATION

A to Z Index | Follow FDA | En Español

SEARCH

| Home | Food | Drugs | Medical Devices | Radiation-Emitting Products | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Tobacco Products |

**Archived Content**
The content on this page is provided for reference purposes only. This content has not been altered or updated since it was archived.

Search Archive

# Inspections, Compliance, Enforcement, and Criminal Investigations

Home ▣ Inspections, Compliance, Enforcement, and Criminal Investigations ▣ Compliance Actions and Activities ▣ Warning Letters
▣ 2011

**Compliance Actions and Activities**
**Warning Letters**
**2011**

## Lifeway Foods, Inc. 2/18/11

**Department of Health and Human Services**

Public Health Service
Food and Drug Administration
Chicago District
550 West Jackson Blvd., 15th Floor
Chicago, Illinois 60661
Telephone: 312-353-5863

February 18, 2011

**WARNING LETTER**

CHI-05-11

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Julie Smolyansky, President and CEO
Lifeway Foods, Inc.
6431 West Oakton Street
Morton Grove, IL 60053

Dear Ms. Smolyansky:

This is to advise you that the Food and Drug Administration (FDA) has reviewed your web site at the Internet address http://lifeway.net and labels for some of your products and has determined that the products, "Lifeway Kefir," "Lifeway ProBoost™," "BioKefir Blackberry"and "ProBugs Goo-Berry Pie" are promoted for conditions that cause the product to be drugs under Section 201(g)(1) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. § 321(g)(1)]. The therapeutic claims on your web site establish that these products are drugs because they are intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease. The marketing of this product with these claims violates the Act.

Examples of some of the claims for **"Lifeway Kefir"** products observed on your web site include:

In the table with the heading, "How Lifeway Kefir Helps You":

**For "Celiac Disease":**
- "[M]ay help alleviate the severity of celiac disease...due to the anti-inflammatory properties of its 112 live and active Probiotic cultures."
**For "Crohn's and Colitis":**
- "Reduces the severity of symptoms, lessening abdominal pain, diarrhea and nausea."
**For "Immune Deficiency":**
- "Probiotics stimulate the production of immune cells, suppress inflammatory response and help to control intestinal inflammatory diseases."
**For "Infantile Colic":**
- "[G]iving probiotics to breastfed, colicky infants overwhelmingly improves symptoms within one week of

**Exhibit E**
**Page 20**

treatment."

> **For "Seasonal Allergies":**

- "[A]lleviate seasonal allergic rhinitis...."

> **For "Yeast Infections":**

- "[R]educe both the number and severity of yeast infections."

For your "Lifeway ProBoost" product, you make the following claim on your website:

- "[H]elpful at alleviating...symptoms of irritable bowel syndrome. It can even have a positive effect...fighting cancer."

We also obtained labels for your "BioKefir Blackberry" and "Pro Bugs Goo-Berry Pie" products and they contain the following claims:

**BioKefir Blackberry:**
- "The antioxidant blend also contains resveratrol that is believed to help ward of carcinogens..."

**ProBugs Goo-Berry Pie:**
- "[F]ocusing on getting rid of all the bad bacteria."

Your products as noted above are not generally recognized as safe and effective for the above referenced uses and therefore, the products are "new drugs" under Section 201(p) of the Act [21 U.S.C. § 321(p)]. Under Section 301(d) and 505(a) of the Act [21 U.S.C. §§ 331(d) and 355(a)], a new drug may not be introduced or delivered for introduction into interstate commerce unless an FDA-approved application is in effect for it. The introduction into interstate commerce of unapproved new drugs without approved applications violates these provisions of the Act.

Furthermore, because your products are offered for conditions that are not amenable to self-diagnosis and treatment by individuals who are not medical practitioners, adequate directions cannot be written so that a layman can use the products safely for their intended uses. Thus, the labeling fails to bear adequate directions for its intended uses, causing the products to be misbranded under Section 502(f)(1) of the Act, [21 U.S.C. § 352(f)(1)]. The introduction of a misbranded drug into interstate commerce is a violation of § 301(a) of the Act, [21 U.S.C. § 331(a)].

The above violations are not meant to be an all-inclusive list of deficiencies in your products and their labeling. While reviewing your website, we noticed that you were promoting other products for disease treatment and/or prevention. The unlawful disease treatment and prevention claims on your website were too numerous to list in this letter. It is your responsibility to ensure that products marketed by your firm comply with the Act and its implementing regulations. We advise you to review your website, product labels, and other labeling and promotional materials for your products to ensure that the claims that you make for your products do not cause them to violate the Act.

You should take prompt action to correct the violations described above and prevent their future recurrence. Failure to do so may result in enforcement action without further notice. The Act authorizes the seizure of illegal products and injunctions against manufacturers and distributors of those products [21 U.S.C. §§ 332 and 334].

Please notify this office, in writing, within fifteen (15) working days of the receipt of this letter, as to the specific steps you have taken to correct the violations noted above and to assure that similar violations do not occur. Include any documentation necessary to show that correction has been achieved. If corrective actions cannot be completed within fifteen working days, state the reason for the delay and the time in which the corrections will be completed.

Please send your reply to the Food and Drug Administration, Attention: Rosemary Sexton, Compliance Officer, at the address above. If you have any questions regarding any issues in this letter, please contact Ms. Sexton at 312-596-4225 or rosemary.sexton@fda.hhs.gov.

Sincerely,
/S/
Scott J. MacIntire
District Director

Page Last Updated: 03/03/2011
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

**FDA**

Accessibility  |  Contact FDA  |  Careers  |  FDA Basics  |  FOIA  |  No FEAR Act  |  Site Map  |  Transparency  |  Website Policies

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

Combination Products
Advisory Committees
Science & Research
Regulatory Information
Safety
Emergency Preparedness

U.S. Department of **Health & Human Services**

USA.gov

**Exhibit E**
**Page 21**

For Government | For Press

International Programs

News & Events

Training and Continuing Education

Inspections/Compliance

State & Local Officials

Consumers

Industry

Health Professionals

FDA Archive

Exhibit E

Page 22

# EXHIBIT F

select your country



What Is Kefir?
(http://lifewaykefir.com/what-is-kefir/)

Products
(http://lifewaykefir.com/all-products/)

Recipes
(http://lifewaykefir.com/recipes/)

About Lifeway
(http://lifewaykefir.com/the-about-lifeway/)
Blog
(http://lifewaykefir.com/blog/)

Where To Buy
(http://lifewaykefir.com/where-to-buy/)

SHARE



VIEW ALL BLOG POSTS (/blog/)
January 7, 2016

# Kefir Beer: Is It a Thing?

Here at Lifeway, we like to refer to our kefir as "**the champagne of dairy (http://lifewaykefir.com/year-review-12-posts-2015/)**" We were intrigued therefore, when news started popping up about a drink called kefir beer – beer brewed with traditional kefir cultures – was making the rounds on internet. A bit of digging showed up that this is thanks to a preliminary study that links kefir beer to the reduction of inflammation and stomach ulcers in rats. Very interesting...

## A Different Kind of Homebrew



Exhibit F
Page 23



In the study, published in the upcoming March 2016 issue of **Journal of Functional Foods (http://www.sciencedirect.com/science/article/pii/S1756464615005824)**, Brazilian researchers first made kefir beer by adding kefir grains to a **malted barley (http://beer.about.com/od/homebrewingextract/f/What-Is-Malted-Barley.htm)** (a key ingredient in brewing some forms of beer). The bacteria and yeast in the grains then fermented the malt, turning it into an alcoholic beverage. Researchers induced inflammation in the paws of 48 rats and divided the them into six groups; some rats received kefir beer, while others received plain kefir, plain beer, water, ethanol or an anti-inflammatory medications.

The results are pretty cool: plain kefir, kefir beer and plain beer all helped alleviate **inflammation (http://lifewaykefir.com/7-smoothies-to-boost-your-immune-system/)**. But when kefir beer and plain beer were compared head on, the kefir beer slashed inflammation by nearly half, and astounding 48 percent – 20 percent more than traditional beer alone! In another experiment, when **kefiran (https://en.wikipedia.org/wiki/Kefiran)** (a substance produced by kefir grains) was added to plain beer and fed to the rats, their ulcers essentially disappeared.

While mainstream publications like **The Daily Meal (http://www.thedailymeal.com/drink/kefir-beer-could-reduce-inflammation-risk-stomach-ulcers/010516)** are now asking, "could craft kefir beer be the next **kombucha (http://lifewaykefir.com/whats-the-deal-with-fermented-foods/)**," researchers say it's too soon to say whether similar effects might be seen in human subjects. We for one can't wait to see what more studies show.

So to answer the question you undoubtedly are ready to ask: we don't have plans to come out with a kefir beer just yet (but who knows what the future will hold?). Until then, enjoy your beer and champagne — responsibly, of course -- as well as your daily helping of **Lifeway Kefir (http://lifewaykefir.com/products/organic-kefir-plain-low-fat-kefir/)**.

Tags: anti-inflammatory (http://lifewaykefir.com/tag/anti-inflammatory/), antioxidants (http://lifewaykefir.com/tag/antioxidants/), benefits of beer (http://lifewaykefir.com/tag/benefits-of-beer/), benefits of kefir (http://lifewaykefir.com/tag/benefits-of-kefir/), healthy eating (http://lifewaykefir.com/tag/healthy-eating/), healthy living (http://lifewaykefir.com/tag/healthy-living/), kefir beer (http://lifewaykefir.com/tag/kefir-beer/), probiotic beer (http://lifewaykefir.com/tag/probiotic-beer/)

Search Our Blog

**Browse By Topic**

- #AndMe (http://lifewaykefir.com/category/andme/) (5)
- #MotherCulture (http://lifewaykefir.com/category/motherculture/) (8)
- Charitable Partners (http://lifewaykefir.com/category/charitable-partners/) (29)
- Childhood Nutrition (http://lifewaykefir.com/category/childhood-nutrition/) (12)
- Community (http://lifewaykefir.com/category/community/) (52)
- Digestion (http://lifewaykefir.com/category/digestion/) (13)
- Environment (http://lifewaykefir.com/category/environment/) (5)
- Health (http://lifewaykefir.com/category/health/) (58)
- Healthy Living (http://lifewaykefir.com/category/healthy-living/) (98)
- Holiday (http://lifewaykefir.com/category/holiday/) (21)
- Infographic (http://lifewaykefir.com/category/infographic/) (2)
- New Products (http://lifewaykefir.com/category/new-products/) (12)
- Powerful Women (http://lifewaykefir.com/category/powerful-women/) (4)
- Recipe (http://lifewaykefir.com/category/recipe/) (38)
- Recipe Book (http://lifewaykefir.com/category/recipe-book/) (5)
- Round Up (http://lifewaykefir.com/category/round-up/) (8)
- Starfruit (http://lifewaykefir.com/category/starfruit/) (2)
- Superfood Spotlight (http://lifewaykefir.com/category/superfood-spotlight/) (27)

CONTACT US (HTTP://LIFEWAYKEFIR.COM/CONTACT-US/)

ONLINE STORE (HTTPS://EYELEVELLINK.COM/COLLECTIONS/VENDORS?Q=LIFEWAY)      FAQ (HTTP://LIFEWAYKEFIR.COM/FAQ/)

CAREERS (HTTP://LIFEWAYKEFIR.COM/CAREERS/)      PRESS RELEASES (HTTP://LIFEWAYKEFIR.COM/PRESS-RELEASES/)

INVESTOR RELATIONS (HTTP://LIFEWAYKEFIR.COM/INVESTOR-RELATIONS/)

© 2015 Lifeway Foods, Inc. | Privacy Policy (http://lifewaykefir.com/privacy-policy/) | Terms of Use (http://lifewaykefir.com/terms-of-use/)

CONTACT US (HTTP://LIFEWAYKEFIR.COM/CONTACT-US/)

FAQ (HTTP://LIFEWAYKEFIR.COM/FAQ/)

ONLINE STORE
(HTTPS://EYELEVELLINK.COM/COLLECTIONS/VENDORS?
Q=LIFEWAY)

CAREERS (HTTP://LIFEWAYKEFIR.COM/CAREERS/)

INVESTOR RELATIONS (HTTP://LIFEWAYKEFIR.COM/INVESTOR-

PRESS RELEASES (HTTP://LIFEWAYKEFIR.COM/PRESS-RELEASES/)    RELATIONS/)

© 2016 Lifeway Foods, Inc. | Privacy Policy (http://lifewaykefir.com/privacy-policy/) | Terms of Use (http://lifewaykefir.com/terms-of-use/)

**Exhibit F**
**Page 26**

# EXHIBIT G

  

VIEW ALL BLOG POSTS

June 1, 2015

# 5 Easy Ways to Improve Digestive Health



Summer schedules typically fill up fast — longer days allow for more activities. Summer's also a time when healthy eating is tossed to the wind in favor of convenience, when homemade meals are replaced by packaged snacks or drive-through bags. Bloating, gas, constipation, and pain in general, are all symptoms of a stressed stomach looking for relief.

**Exhibit G**
**Page 27**

Case 2:16-cv-07099-R-JEM   Document 18   Filed 10/17/16   Page 35 of 81   Page ID #:976



Digestive health doesn't have to be complicated. In fact, keeping your tummy in tip-top shape is rather simple. It comes down to being conscious of what you eat, how much you eat, and how often you move. Below are five easy things you can do to improve your digestion starting now:

## Include Probiotics

Probiotics are live microorganisms that may provide health benefits when consumed in adequate amounts. The benefits of these good bacteria may include supporting immunity and a healthy digestive system. Our favorite probiotic food, of course, is kefir. Blend it in a **smoothie**, drizzle it on your **salad,** or drink it straight from the **bottle.**

**Exhibit G**
**Page 28**

## Increase Fiber

There are two types of fiber to consider – soluble and insoluble. Soluble fiber dissolves in water and is digested more slowly, which helps you feel fuller longer. Insoluble fiber is considered gut-healthy fiber because they pass relatively intact through your gastrointestinal tract and speed up food waste passage. Make sure you're getting enough of both. For a quick probiotic-fiber fix, grab a bottle of our

**Kefir with Oats** — each eight ounce serving contains three grams of fiber — a combination of soluble and insoluble!

## Avoid Highly Processed Foods

In general, it's good to limit your intake of processed foods, opting instead for whole, real foods. Highly processed foods are typically filled with sugar, fat and artificial ingredients, which can irritate your stomach. Furthermore, too much sugar can cause your blood sugar to spike, while some kinds of fats can actually slow down your digestive system.

## Drink More Water

Water is the key to good digestive health. Fluids are needed to digest foods and move them through the gastrointestinal tract. They're also necessary to digest and break down fiber and fat. Everyone has different needs for water, but aim for about 9-13 cups per day, depending on your age, weight, activity level, and gender.

## Get Moving

We all know that adequate exercise helps you maintain a healthy weight, but it's also crucial for

Case 2:16-cv-07099-R-JEM   Document 18   Filed 10/17/16   Page 37 of 81   Page ID #:978

digestive health. Aerobic and deep breathing exercises, such as **running**, **yoga** and cycling, stimulate the contractions in your intestines, which is how food waste passes through the body. Just be sure not to overdo it, and avoid strenuous workouts too soon after meals.

Sources:

http://www.webmd.com/diet/insoluble-soluble-fiber

http://www.everydayhealth.com/hs/healthy-eating/tips-for-better-digestive-health/

http://www.mayoclinic.org/healthy-lifestyle/nutrition-and-healthy-eating/in-depth/water/art-20044256

http://www.harvardhealthcontent.com/healthcommentaries/66,col051603

Tags: digestive health, digestive system, healthy eating, kefir for digestion, kefir health benefits, probiotics

EMAIL SIGN UP

CONTACT US                                    ONLINE STORE

FAQ                                           CAREERS

PRESS RELEASES                                INVESTOR RELATIONS

**Lifeway.**

   

© 2016 Lifeway Foods, Inc | Privacy Policy | Terms of Use

Exhibit G
Page 30

# EXHIBIT H

Generated on: This page was generated by TSDR on 2016-10-11 20:55:27 EDT

Mark: IT'S MORE THAN SOY, IT'S PROBIOTIC!

IT'S MORE THAN SOY, IT'S PROBIOTIC!

US Serial Number: 75787565

Application Filing Date: Aug. 30, 1999

Register: Principal

Mark Type: Trademark

Status: Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Apr. 11, 2001

Publication Date: Jul. 18, 2000

Notice of Allowance Date: Oct. 10, 2000

Date Abandoned: Apr. 11, 2001

## Mark Information

Mark Literal Elements: IT'S MORE THAN SOY, IT'S PROBIOTIC!

Standard Character Claim: No

Mark Drawing Type: 1 – TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Soy-based food beverage intended for use as a dietary supplement

International Class(es): 005 - Primary Class

U.S Class(es): 006, 018, 044, 046, 051, 052

Class Status: ACTIVE

Basis: 1(b)

For: Soy-based food beverage intended for use as a cultured milk substitute

International Class(es): 029 - Primary Class

U.S Class(es): 046

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| Filed Use: | No | Currently Use: | No | Amended Use: | No |
|---|---|---|---|---|---|
| Filed ITU: | Yes | Currently ITU: | Yes | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

Owner Name: Lifeway Foods, Inc.

Owner Address: 6431 West Oakton St.

**Exhibit H**
**Page 31**

Morton Grove, ILLINOIS 60053
UNITED STATES

**Legal Entity Type:** CORPORATION   **State or Country** ILLINOIS
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** YURI A. PINSKER

### Correspondent

**Correspondent** YURI A PINSKER
**Name/Address:** 6431 W OAKTON ST STE D
MORTON GROVE, ILLINOIS 60053
UNITED STATES

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 23, 2001 | ABANDONMENT - NO USE STATEMENT FILED | |
| Oct. 10, 2000 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 18, 2000 | PUBLISHED FOR OPPOSITION | |
| Jun. 16, 2000 | NOTICE OF PUBLICATION | |
| Feb. 29, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 24, 2000 | EXAMINER'S AMENDMENT MAILED | |
| Feb. 14, 2000 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Dec. 15, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 13, 1999 | ASSIGNED TO EXAMINER | 74819 |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** EDWARDS, ALICIA COLLIN   **Law Office** LAW OFFICE 115
**Assigned:**

### File Location

**Current Location:** FILE REPOSITORY (FRANCONIA)   **Date in Location:** Sep. 12, 2002

PTO Drawing Page

Page 1 of 1

**Drawing Page**
**Date/Time Stamp:** Thursday, 08-26-1999 19:04:09 EST

08-30-1999
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #34

**Applicant:**
Lifeway Foods, Inc.
6431 West Oakton St.
Morton Grove , Illinois 60053
USA

**Goods and Services:**
Soy-based food beverage intended for use as a dietary supplement.

**Goods and Services:**
Soy-based food beverage intended for use as a cultured milk substitute.

**Mark:**

IT'S MORE THAN SOY, IT'S PROBIOTIC!



TRADEMARK

75787565

**Exhibit H**
**Page 33**

# 75787565

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/07/1999 TEVANS   00000032 75787565

01 FC:361                    490.00 OP

# YURI A. PINSKER

ATTORNEY & COUNSELOR AT LAW
6431 WEST OAKTON ST.
SUITE D
MORTON GROVE, IL 60053

TEL (847) 583-1075
FAX (847) 583-1069

E-MAIL: ypinsker@xsite.net

***E-Mail has changed to:
*yuri.pinsker@mciworld.com*

August 27, 1999

**VIA FIRST CLASS MAIL**

Assistant Commissioner for Trademarks
Box NEW APP-FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

       Re:    Trademark – IT'S MORE THAN SOY, IT'S PROBIOTIC!™
       File No.:    LWAY 99-027

Dear Sir/Madam:

Please find enclosed an original signed scannable form version Trademark Application, Principal Register, with Declaration in regard to the mark "IT'S MORE THAN SOY, IT'S PROBIOTIC!™." Also enclosed is my client's check in the amount of $490.00.

It is kindly requested that this application be filed with your office and that my name is recorded as the submitting attorney.

If there are any questions, please do not hesitate to contact me.

Yours very truly,

Yuri A. Pinsker

Encl.

**Exhibit H**
**Page 35**

Trademark/Service Mark Application                                    Page 1 of 4

PTO Form 1478 (Rev 9/98)
OMB No. 0651-0009 (Exp. 08/31/01)

# ⋆ Trademark/Service Mark Application ⋆

## ⋆ To the Assistant Commissioner for Trademarks ⋆

&lt;DOCUMENT INFORMATION&gt;
&lt;TRADEMARK/SERVICEMARK APPLICATION&gt;
&lt;VERSION 1.0&gt;

**&lt;APPLICANT INFORMATION&gt;**
&lt;NAME&gt;                              Lifeway Foods, Inc.
&lt;STREET ADDRESS&gt;                    6431 West Oakton St.
&lt;CITY&gt;                              Morton Grove
&lt;STATE&gt;                             Illinois
&lt;COUNTRY&gt;                           USA
&lt;ZIP CODE&gt;                          60053
&lt;TELEPHONE NUMBER&gt;                  847-967-1010
&lt;FAX NUMBER&gt;                        847-967-6558
&lt;INTERNET/E MAIL ADDRESS&gt;  lway@linkom.net

**&lt;APPLICANT ENTITY INFORMATION&gt;**
&lt;CORPORATION: STATE/COUNTRY OF INCORPORATION&gt;   Illinois

**&lt;TRADEMARK/SERVICEMARK INFORMATION&gt;**
&lt;MARK&gt;   IT'S MORE THAN SOY, IT'S PROBIOTIC!
&lt;TYPED FORM&gt;   Yes

~ Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. §1051 et seq., as amended) for the following Class(es) and Goods and Services: ~

**&lt;GOODS AND SERVICE&gt;**
&lt;INTERNATIONAL CLASS NUMBER&gt;   005
&lt;RECITATION OF GOODS AND/OR SERVICES&gt;   Soy-based food beverage intended for use as a dietary supplement.
&lt;INTERNATIONAL CLASS NUMBER&gt;   029
&lt;RECITATION OF GOODS AND/OR SERVICES&gt;   Soy-based food beverage intended for use as a cultured milk substitute.

**&lt;FEE INFORMATION&gt;**
&lt;TOTAL FEES PAID&gt;   490
&lt;NUMBER OF CLASSES&gt;   2

**&lt;FILING BASIS INFORMATION&gt;**
&lt;INTENT TO USE: SECTION 1(b)&gt;Yes

**Exhibit H**
**Page 36**

~ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services (15 U.S.C. Section 1051(b), as amended). Applicant intends to use the mark on the goods, on labels or packaging for the goods, on displays associated with the goods, as a configuration of the goods, or in other ways customary in the trade; or for services in connection with the rendering or advertising of the services, or in other ways customary in the trade. ~

**<FILING BASIS INFORMATION>**
<INTENT TO USE: SECTION 1(b)>Yes

~ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services (15 U.S.C. Section 1051(b), as amended). Applicant intends to use the mark on the goods, on labels or packaging for the goods, on displays associated with the goods, as a configuration of the goods, or in other ways customary in the trade; or for services in connection with the rendering or advertising of the services, or in other ways customary in the trade. ~

**<OPTIONAL INFORMATION>**
<DISCLAIMER>   "No claim is made to the exclusive right to use the term "IT'S" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "MORE" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "THAN" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "SOY" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "PROBIOTIC" apart from the mark as shown."

**<ATTORNEY INFORMATION>**

| | |
|---|---|
| <NAME> | Yuri A. Pinsker |
| <STREET ADDRESS> | 6431 West Oakton St. Suite D |
| <CITY> | Morton Grove |
| <STATE> | Illinois |
| <COUNTRY> | USA |
| <ZIP CODE> | 60053 |
| <INTERNET/E MAIL ADDRESS> | yuri.pinsker@mciworld.com |
| <FIRM NAME> | Yuri A. Pinsker, Attorney at Law |
| <TELEPHONE NUMBER> | 847-583-1075 |
| <FAX NUMBER> | 847-583-1069 |
| <ATTORNEY DOCKET NUMBER> | 36631 |

~ **PTO-Application Declaration**: The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements

.../teasTGet1?USPTO-20722719259-19990826190217290-PrinTEAS-112522ee727a7a54a3e08/26/1999

Trademark/Service Mark Application                                          Page 3 of 4

made on information and belief are believed to be true. ~

**<REQUIRED SIGNATURE AND OTHER INFORMATION>**

<SIGNATURE>                                          * please sign here *
<DATE SIGNED>    8, 26, 99
<NAME>    Michael Smolyansky
<TITLE>    President/CEO, Lifeway Foods, Inc.

.../teasTGet1?USPTO-20722719259-19990826190217290-PrinTEAS-112522ee727a7a54a3e08/26/1999

PTO Drawing Page

Page 1 of 1

**Drawing Page**
**Date/Time Stamp:** Thursday, 08-26-1999 19:04:09 EST

08-30-1999
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #34

**Applicant:**
Lifeway Foods, Inc.
6431 West Oakton St.
Morton Grove , Illinois 60053
USA

**Goods and Services:**
Soy-based food beverage intended for use as a dietary supplement.

**Goods and Services:**
Soy-based food beverage intended for use as a cultured milk substitute.

**Mark:**

IT'S MORE THAN SOY, IT'S PROBIOTIC!



TRADEMARK

75787565

.../teasTGet1?USPTO-20722719259-19990826190217290-PrinTEAS-112522ee727a7a54a3e08/26/1999

**Exhibit H**
**Page 39**

# EXHIBIT I

Generated on: This page was generated by TSDR on 2016-10-11 20:58:47 EDT

Mark: IT' S MORE THAN MILK, IT' S PROBIOTIC!

IT'S MORE THAN MILK, IT'S PROBIOTIC!

US Serial Number: 75787577

Application Filing Date: Aug. 30, 1999

Register: Principal

Mark Type: Trademark

Status: Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Dec. 29, 2000

Date Abandoned: Nov. 20, 2000

# Mark Information

Mark Literal Elements: IT' S MORE THAN MILK, IT' S PROBIOTIC!

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Dairy-based foods, including foods for medically restricted diets, foods for babies, food supplements, and dairy based food beverages for use as dietary supplements

International Class(es): 005 - Primary Class

U.S Class(es): 006, 018, 044, 046, 051, 052

Class Status: ACTIVE

Basis: 1(b)

For: Dairy-based foods, excluding ice cream, ice milk and frozen yogurt, and dairy-based food beverages

International Class(es): 029 - Primary Class

U.S Class(es): 046

Class Status: ACTIVE

Basis: 1(b)

# Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

# Current Owner(s) Information

Owner Name: Lifeway Foods, Inc.

Owner Address: 6431 West Oakton St.
Morton Grove, ILLINOIS 60053
UNITED STATES

Exhibit I
Page 40

| | |
|---|---|
| **Legal Entity Type:** CORPORATION | **State or Country** ILLINOIS **Where Organized:** |

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** YURI A. PINSKER

### Correspondent

**Correspondent** YURI A PINSKER
**Name/Address:** 6431 W OAKTON
STE D
MORTON GROVE, ILLINOIS 60053
UNITED STATES

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 29, 2000 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| May 18, 2000 | FINAL REFUSAL MAILED | |
| Jan. 06, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 20, 1999 | NON-FINAL ACTION MAILED | |
| Dec. 13, 1999 | ASSIGNED TO EXAMINER | 74819 |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** EDWARDS, ALICIA COLLIN      **Law Office** LAW OFFICE 115
**Assigned:**

### File Location

**Current Location:** FILE REPOSITORY (FRANCONIA)      **Date in Location:** Jan. 05, 2001

**Exhibit I**
**Page 41**

PTO Drawing Page

Page 1 of 1

**Drawing Page**
**Date/Time Stamp:** Thursday, 08-26-1999 17:01:34 EST



08-30-1999
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #34

**Applicant:**
Lifeway Foods, Inc.
6431 West Oakton St.
Morton Grove , Illinois 60053
USA

**Goods and Services:**
Dairy-based foods and food beverages used as dietary supplements.

**Goods and Services:**
Dairy based foods and food beverages.

 **Mark:**

IT'S MORE THAN MILK, IT'S PROBIOTIC!



**TRADEMARK**

75787577

**Exhibit I**
**Page 42**

75787577

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/07/1999 TEVANS   00000044 75787577
01 FC:361                    490.00 OP

Exhibit I
Page 43

# YURI A. PINSKER

ATTORNEY & COUNSELOR AT LAW
6431 WEST OAKTON ST.
SUITE D
MORTON GROVE, IL 60053

TEL. (847) 583-1075
FAX (847) 583-1069

E-MAIL: ypinsker@xsite.net

***E-Mail has changed to:
yuri.pinsker@mciworld.com

August 27, 1999

**VIA FIRST CLASS MAIL**

Assistant Commissioner for Trademarks
Box NEW APP-FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

      Re:    Trademark – IT'S MORE THAN MILK, IT'S PROBIOTIC!™
              File No.:    LWAY 99-025

Dear Sir/Madam:

Please find enclosed an original signed scannable form version Trademark Application, Principal Register, with Declaration in regard to the mark "IT'S MORE THAN MILK, IT'S PROBIOTIC!™." Also enclosed is my client's check in the amount of $490.00.

It is kindly requested that this application be filed with your office and that my name is recorded as the submitting attorney.

If there are any questions, please do not hesitate to contact me.

Yours very truly,

Yuri A. Pinsker

Encl.

**Exhibit I**
**Page 44**

Trademark/Service Mark Application                                    Page 1 of 4

PTO Form 1478 (Rev 9/98)
OMB No. 0651-0009 (Exp. 08/31/01)

# ∗ Trademark/Service Mark Application ∗

## ∗ To the Assistant Commissioner for Trademarks ∗

<DOCUMENT INFORMATION>
<TRADEMARK/SERVICEMARK APPLICATION>
<VERSION 1.0>

### <APPLICANT INFORMATION>
<NAME>                            Lifeway Foods, Inc.
<STREET ADDRESS>                  6431 West Oakton St.
<CITY>                            Morton Grove
<STATE>                           Illinois
<COUNTRY>                         USA
<ZIP CODE>                        60053
<TELEPHONE NUMBER>                847-967-1010
<FAX NUMBER>                      847-967-6558
<INTERNET/E MAIL ADDRESS>         lway@linkom.net

### <APPLICANT ENTITY INFORMATION>
<CORPORATION: STATE/COUNTRY OF INCORPORATION>   Illinois

### <TRADEMARK/SERVICEMARK INFORMATION>
<MARK>   IT'S MORE THAN MILK, IT'S PROBIOTIC!
<TYPED FORM>   Yes

~ Applicant requests registration of the above-identified trademark/service mark in the
United States Patent and Trademark Office on the Principal Register established by the Act
of July 5, 1946 (15 U.S.C. §1051 et seq., as amended) for the following Class(es) and
Goods and Services: ~

### <GOODS AND SERVICE>
<INTERNATIONAL CLASS NUMBER>   005
<RECITATION OF GOODS AND/OR SERVICES>   Dairy-based foods and food beverages used as
dietary supplements.
<INTERNATIONAL CLASS NUMBER>   029
<RECITATION OF GOODS AND/OR SERVICES>   Dairy based foods and food beverages.

### <FEE INFORMATION>
<TOTAL FEES PAID>   490
<NUMBER OF CLASSES>   2

### <FILING BASIS INFORMATION>
<INTENT TO USE: SECTION 1(b)>Yes

~ Applicant has a bona fide intention to use the mark in commerce on or in connection with

.../teasTGet1?USPTO-20722719268-1999082617003527-PrinTEAS-112beb8dc1dc0ed49bc108/26/1999

**Exhibit I**
**Page 45**

the above identified goods/services (15 U.S.C. Section 1051(b), as amended). Applicant intends to use the mark on the goods, on labels or packaging for the goods, on displays associated with the goods, as a configuration of the goods, or in other ways customary in the trade; or for services in connection with the rendering or advertising of the services, or in other ways customary in the trade. ~

**<FILING BASIS INFORMATION>**
<INTENT TO USE: SECTION 1(b)>Yes

~ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services (15 U.S.C. Section 1051(b), as amended). Applicant intends to use the mark on the goods, on labels or packaging for the goods, on displays associated with the goods, as a configuration of the goods, or in other ways customary in the trade; or for services in connection with the rendering or advertising of the services, or in other ways customary in the trade. ~

**<OPTIONAL INFORMATION>**
<DISCLAIMER>  "No claim is made to the exclusive right to use the term "IT'S" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "MORE" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "THAN" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "MILK" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "PROBIOTIC" apart from the mark as shown."

**<ATTORNEY INFORMATION>**

| | |
|---|---|
| <NAME> | Yuri A.Pinsker |
| <STREET ADDRESS> | 6431 West Oakton St. Suite D |
| <CITY> | Morton Grove |
| <STATE> | Illinois |
| <COUNTRY> | USA |
| <ZIP CODE> | 60053 |
| <INTERNET/E MAIL ADDRESS> | yuri.pinsker@mciworld.com |
| <FIRM NAME> | Yuri A. Pinsker, Attorney at Law |
| <TELEPHONE NUMBER> | 847-583-1075 |
| <FAX NUMBER> | 847-583-1069 |
| <ATTORNEY DOCKET NUMBER> | 36631 |

~ **PTO-Application Declaration**: The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true. ~

**Exhibit I**
**Page 46**

Trademark/Service Mark Application                                          Page 3 of 4

**<REQUIRED SIGNATURE AND OTHER INFORMATION>**

<SIGNATURE>   _Michael Smolyansky_  please sign here *
<DATE SIGNED>   _8, 26, 99_
<NAME>   Michael Smolyansky
<TITLE>   President/CEO, Lifeway Foods, Inc.

.../teasTGet1?USPTO-20722719268-1999082617094500-PrinTEAS-11202a30504a285ffcfd 08/26/1999

**Exhibit I**
**Page 47**

PTO Drawing Page                                                      Page 1 of 1

**Drawing Page**
**Date/Time Stamp:** Thursday, 08-26-1999 17:01:34 EST



08-30-1999
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #34

**Applicant:**
Lifeway Foods, Inc.
6431 West Oakton St.
Morton Grove , Illinois 60053
USA

**Goods and Services:**
Dairy-based foods and food beverages used as dietary supplements.

**Goods and Services:**
Dairy based foods and food beverages.

**Mark:**

IT'S MORE THAN MILK, IT'S PROBIOTIC!



TRADEMARK

75787577

**Exhibit I**
**Page 48**

# EXHIBIT J

Generated on: This page was generated by TSDR on 2016-10-11 20:59:37 EDT

Mark: IT'S MORE THAN MILK, IT'S CULTURED!

IT'S MORE THAN MILK, IT'S CULTURED!

US Serial Number: 75790707      Application Filing Date: Aug. 30, 1999

Register: Principal

Mark Type: Trademark

Status: Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Dec. 29, 2000

Date Abandoned: Nov. 20, 2000

## Mark Information

Mark Literal Elements: IT'S MORE THAN MILK, IT'S CULTURED!

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

Disclaimer: "IT'S", "MORE", "THAN", "MILK", "CULTURED"

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Dairy-based foods, including foods for medically restricted diets, foods for babies, food supplements, and dairy based food beverages for use as dietary supplements

International Class(es): 005 - Primary Class      U.S Class(es): 006, 018, 044, 046, 051, 052

Class Status: ACTIVE

Basis: 1(b)

For: Dairy-based foods, excluding ice cream, ice milk and frozen yogurt, and dairy-based food beverages

International Class(es): 029 - Primary Class      U.S Class(es): 046

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Lifeway Foods, Inc.

Owner Address: 6431 West Oakton St.
Morton Grove, ILLINOIS 60053
UNITED STATES

| Legal Entity Type: | CORPORATION | State or Country Where Organized: | ILLINOIS |
|---|---|---|---|

## Attorney/Correspondence Information

### Attorney of Record

| Attorney Name: | Yuri A. Pinsker | Docket Number: | LWAY 99-026 |
|---|---|---|---|

### Correspondent

| Correspondent Name/Address: | YURI A PINSKER<br>6431 W OAKTON ST STE D<br>MORTON GROVE, ILLINOIS 60053<br>UNITED STATES |
|---|---|

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 29, 2000 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| May 18, 2000 | FINAL REFUSAL MAILED | |
| Jan. 06, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 20, 1999 | NON-FINAL ACTION MAILED | |
| Dec. 13, 1999 | ASSIGNED TO EXAMINER | 74819 |

## TM Staff and Location Information

### TM Staff Information

| TM Attorney: | EDWARDS, ALICIA COLLIN | Law Office Assigned: | LAW OFFICE 115 |
|---|---|---|---|

### File Location

| Current Location: | FILE REPOSITORY (FRANCONIA) | Date in Location: | Jan. 05, 2001 |
|---|---|---|---|

PTO Drawing Page

Page 1 of 1

**Drawing Page**
**Date/Time Stamp:** Thursday, 08-26-1999 17:10:24 EST



**08-30-1999**
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #61

**Applicant:**
Lifeway Foods, Inc.
6431 West Oakton St.
Morton Grove , Illinois 60053
USA

**Goods and Services:**
Dairy-based foods and food beverages used as dietary supplements.

**Goods and Services:**
Dairy-based foods and food beverages.

**Mark:**

IT'S MORE THAN MILK, IT'S CULTURED!

.../teasTGet1?USPTO-20722719268-1999082617094500-PrinTEAS-1



**TRADEMARK**
75790707

**Exhibit J**
**Page 51**

# 75790707

TRADEMARK  APPLICATION  SERIAL  NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT  AND  TRADEMARK  OFFICE
FEE RECORD SHEET

09/09/1999 THINTON  00000074 75790707
01 FC:361                      490.00 OP

PTO-1555
(5/87)

Exhibit J
Page 52

# YURI A. PINSKER

ATTORNEY & COUNSELOR AT LAW
6431 WEST OAKTON ST.
SUITE D
MORTON GROVE, IL 60053

TEL. (847) 583-1075
FAX (847) 583-1069

E-MAIL: ypinsker@xsite.net

***E-Mail has changed to:
yuri.pinsker@mciworld.com

August 27, 1999

**VIA FIRST CLASS MAIL**

Assistant Commissioner for Trademarks
Box NEW APP-FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

> Re:   Trademark – IT'S MORE THAN MILK, IT'S CULTURED!™
> File No.:   LWAY 99-026

Dear Sir/Madam:

Please find enclosed an original signed scannable form version Trademark Application, Principal Register, with Declaration in regard to the mark "IT'S MORE THAN MILK, IT'S CULTURED!™." Also enclosed is my client's check in the amount of $490.00.

It is kindly requested that this application be filed with your office and that my name is recorded as the submitting attorney.

If there are any questions, please do not hesitate to contact me.

Yours very truly,

Yuri A. Pinsker

Encl.

Trademark/Service Mark Application                                    Page 1 of 4

PTO Form 1478 (Rev 9/98)
OMB No 0651-0009 (Exp 08/31/01)

# * Trademark/Service Mark Application *

## * To the Assistant Commissioner for Trademarks *

<DOCUMENT INFORMATION>
<TRADEMARK/SERVICEMARK APPLICATION>
<VERSION 1.0>

### <APPLICANT INFORMATION>
<NAME>                           Lifeway Foods, Inc.
<STREET ADDRESS>                 6431 West Oakton St.
<CITY>                           Morton Grove
<STATE>                          Illinois
<COUNTRY>                        USA
<ZIP CODE>                       60053
<TELEPHONE NUMBER>               847-967-1010
<FAX NUMBER>                     847-967-6558
<INTERNET/E MAIL ADDRESS>  lway@linkom.net

### <APPLICANT ENTITY INFORMATION>
<CORPORATION: STATE/COUNTRY OF INCORPORATION>   Illinois

### <TRADEMARK/SERVICEMARK INFORMATION>
<MARK>   IT'S MORE THAN MILK, IT'S CULTURED!
<TYPED FORM>   Yes

~ Applicant requests registration of the above-identified trademark/service mark in the
United States Patent and Trademark Office on the Principal Register established by the Act
of July 5, 1946 (15 U.S.C. §1051 et seq., as amended) for the following Class(es) and
Goods and Services: ~

### <GOODS AND SERVICE>
<INTERNATIONAL CLASS NUMBER>   005
<RECITATION OF GOODS AND/OR SERVICES>   Dairy-based foods and food beverages used as
dietary supplements.
<INTERNATIONAL CLASS NUMBER>   029
<RECITATION OF GOODS AND/OR SERVICES>   Dairy-based foods and food beverages.

### <FEE INFORMATION>
<TOTAL FEES PAID>   490
<NUMBER OF CLASSES>   2

### <FILING BASIS INFORMATION>
<INTENT TO USE: SECTION 1(b)>Yes

~ Applicant has a bona fide intention to use the mark in commerce on or in connection with

.../teasTGet1?USPTO-20722719268-1999082617094500-PrinTEAS-11202a30504a285ffcfdc08/26/1999

**Exhibit J**
**Page 54**

the above identified goods/services (15 U.S.C. Section 1051(b), as amended). Applicant intends to use the mark on the goods, on labels or packaging for the goods, on displays associated with the goods, as a configuration of the goods, or in other ways customary in the trade; or for services in connection with the rendering or advertising of the services, or in other ways customary in the trade. ~

**<FILING BASIS INFORMATION>**
<INTENT TO USE: SECTION 1(b)>Yes

~ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services (15 U.S.C. Section 1051(b), as amended). Applicant intends to use the mark on the goods, on labels or packaging for the goods, on displays associated with the goods, as a configuration of the goods, or in other ways customary in the trade; or for services in connection with the rendering or advertising of the services, or in other ways customary in the trade. ~

**<OPTIONAL INFORMATION>**
<DISCLAIMER>   "No claim is made to the exclusive right to use the term "IT'S" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "MORE" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "THAN" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "MILK" apart from the mark as shown." DISCLAIMER: "No claim is made to the exclusive right to use the term "CULTURED" apart from the mark as shown."

**<ATTORNEY INFORMATION>**
| | |
|---|---|
| <NAME> | Yuri A. Pinsker |
| <STREET ADDRESS> | 6431 West Oakton St. Suite D |
| <CITY> | Morton Grove |
| <STATE> | Illinois |
| <COUNTRY> | USA |
| <ZIP CODE> | 60053 |
| <INTERNET/E MAIL ADDRESS> | yuri.pinsker@mciworld.com |
| <FIRM NAME> | Yuri A. Pinsker, Attorney at Law |
| <TELEPHONE NUMBER> | 847-583-1075 |
| <FAX NUMBER> | 847-583-1069 |
| <ATTORNEY DOCKET NUMBER> | 36631 |

~ **PTO-Application Declaration**: The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true. ~

.../teasTGet1?USPTO-20722719268-1999082617094500-PrinTEAS-11202a30504a285ffcfd 08/26/1999

Trademark/Service Mark Application

**\<REQUIRED SIGNATURE AND OTHER INFORMATION\>**

\<SIGNATURE\>     *[signature]* please sign here *

\<DATE SIGNED\>     *8,26, 99*

\<NAME\>    Michael Smolyansky

\<TITLE\>    President/CEO, Lifeway Foods, Inc.

.../teasTGet1?USPTO-20722719268-1999082617003527-PrinTEAS-112beb8dc1dc0ed49bc  08/26/1999

**Exhibit J**
**Page 56**

**Drawing Page**
**Date/Time Stamp:** Thursday, 08-26-1999 17:10:24 EST

08-30-1999
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #61

**Applicant:**
Lifeway Foods, Inc.
6431 West Oakton St.
Morton Grove , Illinois 60053
USA

**Goods and Services:**
Dairy-based foods and food beverages used as dietary supplements.

**Goods and Services:**
Dairy-based foods and food beverages.

**Mark:**

IT'S MORE THAN MILK, IT'S CULTURED!



**TRADEMARK**
75790707

**Exhibit J**
**Page 57**

# EXHIBIT K

Exhibit D
Page 58





Exhibit K
Page 59

# EXHIBIT L

| From: | shackelfordr@gtlaw.com |
|---|---|
| To: | Raphael, Jordan |
| Subject: | FW: Lifeway v. Millennium (Case No. CV 16-7099-R) -- Google Survey Submitted With Amended Preliminary Injunction Motion |
| Date: | Tuesday, October 11, 2016 2:39:27 PM |
| Attachments: | GoogleSurveyAsAppeared.pdf |
| | GoogleSurveyResults.xls |

As requested.

---

**From:** Newman, Daniell (Shld-LA-LT)
**Sent:** Tuesday, October 11, 2016 1:48 PM
**To:** Shackelford, Rick L. (Shld-LA-LT)
**Subject:** FW: Lifeway v. Millennium (Case No. CV 16-7099-R) -- Google Survey Submitted With Amended Preliminary Injunction Motion

1. The survey targeted adult Google users (those over 18) in the continental US.
2. The survey was in progress at time of filing and it reported 890 respondents.  I cannot provide the spreadsheet for the data at 890 but can for the full survey of 1001 respondents. That spreadsheet is attached
   a. Note, the percentages changed slightly showing 36.6% believed the product contains milk (vs. 36.9% at 890 respondents).
3. Our target was adult US food consumers.  We are confident that anyone who responded consumes food.
4. The attached PDF shows precisely how the survey appeared to respondents.
5. Full data for all respondents provided in attached Excel spreadsheet.
6. See above
7. Google ran the survey without our intervention and the numbers we reported reflect the specific responses given.
8. None

---

**From:** Shackelford, Rick L. (Shld-LA-LT)
**Sent:** Tuesday, October 11, 2016 12:16 PM
**To:** Newman, Daniell (Shld-LA-LT)
**Subject:** Fwd: Lifeway v. Millennium (Case No. CV 16-7099-R) -- Google Survey Submitted With Amended Preliminary Injunction Motion

See if we can give him what he wants.

Sent from my iPhone

Begin forwarded message:

> **From:** "Raphael, Jordan" <jraphael@omm.com>
> **Date:** October 11, 2016 at 12:14:12 PM PDT
> **To:** "shackelfordr@gtlaw.com" <shackelfordr@gtlaw.com>
> **Cc:** "Raphael, Jordan" <jraphael@omm.com>
> **Subject: Lifeway v. Millennium (Case No. CV 16-7099-R) -- Google Survey Submitted**

**Exhibit L**
**Page 60**

**With Amended Preliminary Injunction Motion**

Rick:

We received your amended preliminary injunction late last night (Oct. 10). It contains a survey that appears to have been conducted using Google Consumer Surveys (https://www.google.com/insights/consumersurveys/). *See* ECF No. 12-4. However, the documents you provided do not contain information concerning several aspects of the survey that enable a meaningful analysis of the survey and its purported results. The missing information includes, without limitation:

1. How, if at all, the relevant population was defined for purposes of the survey.
2. What procedures, if any, were used to sample from the relevant population.
3. How, if at all, respondents were qualified to participate in the survey.
4. The actual survey stimuli and questions as they were presented to respondents. (The pages provided show only a summary of results, not the actual materials shown to respondents.)
5. Data concerning an apparently missing 207 responses. We note that the summary references results for 683 responses, although 890 responses were apparently collected in total.
6. An excel or .csv data file containing the raw data of the survey results, which the Google Consumer Surveys website confirms is available (https://www.google.com/insights/consumersurveys/how).
7. The protocol, if any, that was used to calculate the results from the survey.
8. What procedures, if any, were used to validate the survey's results.

As our response to the preliminary injunction motion is due next Monday, Oct. 17, we request that Lifeway provide this information **by the close of business today** (October 11).

We, of course, reserve all rights to seek exclusion of the survey on any and all available grounds.

Thank you,

## O'Melveny

**Jordan Raphael**
Counsel
jraphael@omm.com
O: +1-213-430-7734

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio | LinkedIn

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error,*

**Exhibit L**
**Page 61**

*please notify the sender immediately by reply e-mail and then delete this message.*

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

**Exhibit L**
**Page 62**

**The Daily**
**Globe**

Top Stories    World    US    **Business**    Entertainment    Sports

## Fair Use Digital Circulation Strategy Information Overload

*The Work of Art in the Age of Mechanical Reproduction*

*Matthew Dodd* from the January 16, 2013 issue



:y put the paper to bed Fuego news.me photo source:
ios/flickr

Jurgen Habermas R&D Android cops beat The Weekender mathewi Tim Carmody attracting young readers tweets, collaboration tags the medium is the message blog plagiarism horse-race coverage advertising the other longer Book Review....

### Popular on The Daily Globe

| MOST EMAILED | MOST VIEWED |
| --- | --- |

OPINION
A Line in the Sand Against Rate Hikes

ENTERTAINMENT
A-List Guide to Oscar Parties

THE BUZZ
Memorable Quotes from 2012

SPORTS VIDEO
LeBron James Youngest to Score 20000

HOME & GARDEN
How to Plant a Winter Garden

**Exhibit L**
**Page 63**

Please complete the following
survey to access this premium
content.

**Kefir** is commonly
understood to be a dairy
beverage of fermented milk
from cows, sheep, or goats.

Does the product below
contain milk?



NO the product does not contain
milk

OR

YES the product contains milk

Show me a different question

Skip survey

------ ------- - --- -- -----
---- ------- ------- ------
--- ----- ------- ---------
--------------- ------- ---

Top Stories - World - US - Business - Technology - Entertainment

About - Advertisers

Exhibit L
Page 66

| Survey ID | Question number | Question text | Winning answer | Response count |
|---|---|---|---|---|
| 7kshyvvtmsu5afulqpgz6f3v4e | 1 | "Kefir" is commonly understood to be a dairy beverage of fermented milk from cows, sheep, or goats. Does the product below contain milk? | NO the product does not contain milk | 1001 |

Exhibit L
Page 67

# EXHIBIT M

