RICK L. SHACKELFORD (SBN 151262)
DANIELL K. NEWMAN (SBN 242834)
ADAM SIEGLER (SBN 116233)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: *ShackelfordR@gtlaw.com*
       *NewmanDK@gtlaw.com*
       *SieglerA@gtlaw.com*

Attorneys for Plaintiff, Lifeway Foods, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEWAY FOODS, INC., an Illinois corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>MILLENNIUM PRODUCTS, INC., d/b/a GT'S KOMBUCHA / SYNERGY DRINKS, a California corporation; COCOKEFIR LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No.  2:16-CV-07099-R-(JEM)<br><br>[Honorable Manuel L. Real]<br><br>**DECLARATION OF RICK L. SHACKELFORD  IN SUPPORT OF PLAINTIFF LIFEWAY FOODS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date:     December 5, 2016<br>Time:     10:00 a.m.<br><br>Complaint Filed:   September 21, 2016<br>Trial Date:              None Set |

I, Rick L. Shackelford, declare and state:

1. I am an attorney duly licensed to practice law by the State of California and before this court, and am a shareholder in the law firm of Greenberg Traurig, LLP, counsel of record for Plaintiff Lifeway Foods, Inc. ("Lifeway") in this action. Unless expressly otherwise stated, I have personal knowledge of the matters stated herein and could competently testify thereto.

2. A true and correct copy of a Google Consumer Surveys, consumer survey report is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of November, 2016 at Los Angeles, California.

                                           /s/  Rick L. Shackelford
                                           Rick L. Shackelford

TCO 362228258v2