*Kefir* is commonly understood to be a dairy beverage of fermented milk from cows, she...   Page 1 of 2



*Kefir* is commonly understood to be a dairy beverage of fermented milk from cows, she...   Page 2 of 2

| Group | Response | Non-response | Internet Population | Bias |
|---|---|---|---|---|
| 45-54 | 18.8% | 21.1% | 18.3% | 0.5% |
| 55-64 | 15.7% | 22.4% | 16.4% | -0.7% |
| 65+ | 9.5% | 19.2% | 14.2% | -4.8% |
| Midwest | 29.1% | 21.7% | 22.0% | 7.2% |
| Northeast | 19.0% | 20.6% | 18.0% | 1.0% |
| South | 30.4% | 34.2% | 36.4% | -6.1% |
| West | 21.5% | 23.5% | 23.6% | -2.2% |
| | | | RMSE score | 2.3% |



Absolute bias
-10%          +10%

©2016 Google - About - Terms - Privacy Policy - Program Policies - Send Feedback

*Kefir* is commonly understood to be a dairy beverage of fermented milk from cows, she...   Page 1 of 1

